**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| TAJE DHATT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENVIVA INC., *et al*<br><br>Defendants. | Civil Action No.: 8:23-cv-02474-DLB |

**NOTICE OF MOTION OF THE POPPEL GROUP FOR APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on a date and time as the Court may direct, at the United States Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770, Harvey L. Poppel, Dr. Clinton Scott Poppel, Poptech, LP, and Poptech GC, LLC (the "Poppel Group"), by and through its counsel, will move this Court pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*, for an Order: (1) appointing the Poppel Group as Lead Plaintiff in this action; (2) approving the Poppel Group's selection of Wolf Popper LLP to serve as Lead Counsel and The Kaplan Law Firm to serve as Local Liaison Counsel; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

In support of its Motion, the Poppel Group relies on the accompanying Memorandum of Law, the Declaration of Adam Savett and supporting exhibits, and all filings in the action.

Dated: November 13, 2023

**THE KAPLAN LAW FIRM**

/s/ *Matthew B. Kaplan*
Matthew B. Kaplan, Bar No. 18724
1100 N Glebe Rd
Suite 1010
Arlington, VA 22201
Tel: (703) 665-9529
Email: mbkaplan@thekaplanlawfirm.com

*Counsel for Movant the Poppel Group and*
*Proposed Local Liaison Counsel for the Class*

**WOLF POPPER LLP**
Robert C. Finkel (*pro hac vice* motion to be filed)
Joshua Ruthizer (*pro hac vice* motion to be filed)
Adam Savett (*pro hac vice* motion to be filed)
845 Third Avenue, 12th Floor
New York, NY 10022
Tel: (212) 759-4600
Email: rfinkel@wolfpopper.com
Email: jruthizer@wolfpopper.com
Email: asavett@wolfpopper.com

*Counsel for Movant the Poppel Group and*
*Proposed Lead Counsel for the Class*