**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION**

|  |  |
|---|---|
| TAJE DHATT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENVIVA INC., *et al*<br><br>Defendants. | Civil Action No.: 8:23-cv-02474-DLB |

**DECLARATION OF ADAM SAVETT IN SUPPORT OF THE POPPEL GROUP'S
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Adam Savett, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the States of New Jersey and Virginia, the District of Columbia, and various federal courts.

2.      I am Of Counsel in the law firm of Wolf Popper LLP, counsel to proposed lead plaintiff Harvey L. Poppel, Dr. Clinton Scott Poppel, Poptech, LP, and Poptech GC, LLC (the "Poppel Group"), and proposed lead counsel for the Class in the above-captioned action.

3.      I make this declaration in support of the Motion by the Poppel Group for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

4.      I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

5.      Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:    Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), notice of pendency of the class action, published on September 13, 2023.

Exhibit 2:   Certifications of Harvey L. Poppel on behalf of himself and Poptech, LP, and Dr. Clinton Scott Poppel on behalf of himself and Poptech GC, LLC, pursuant to the Federal Securities Laws

Exhibit 3:   Chart of Estimated Losses of the Poppel Group

Exhibit 4:   Joint Declaration of Harvey Poppel, Poptech, LP, Dr. Clinton Scott Poppel, and Poptech CG, LLC

Exhibit 5:   Resume of Wolf Popper LLP

Exhibit 6:   Resume of Matthew B. Kaplan

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of November, 2023, at Solon, Ohio

/s/    Adam Savett
Adam Savett