# EXHIBIT 2

## <u>CERTIFICATION OF HARVEY L. POPPEL PURSUANT TO<br>THE FEDERAL SECURITIES LAWS</u>

I, Harvey L. Poppel, declare the following as to the claims asserted or to be asserted under the federal securities laws:

1. I make this Certification individually and on behalf of Poptech, LP. Poptech, LP is a Family Limited Partnership controlled by me and my wife Emily A Poppel. My wife and I are the sole members of Poptech, LLC. Poptech, LLC is the sole General Partner of Poptech, LP. I am duly authorized to execute this Certification and initiate litigation on behalf of Poptech, LP.

2. I have extensive experience as an active investor in public and private markets. My LinkedIn profile is available at https://www.linkedin.com/in/harvey-l-poppel-a7589a37/. Poptech, LP maintains a website at http://www.poptechlp.com/home.html.

3. I have reviewed the complaint filed in *Dhatt v. Enviva Inc.,* No. 8:23-cv-02474-DLB, ECF No. 1 (D. Md. Sept. 12, 2023).

4. I have authorized my counsel in this action, Wolf Popper LLP and The Kaplan Law Firm, to file a motion for appointment as lead plaintiff in this action on behalf of a group composed of Poptech, LP, me, my son Dr. Clinton S. Poppel, and Poptech GC, LLC (the "Poppel Group").

5. I and Poptech, LP did not engage in transactions in the securities that are the subject of the complaint at the direction of our counsel or in order to participate in this or any other litigation under the federal securities laws.

6. A list of all of my and Poptech, LP's transactions in Enviva common stock during the class period alleged in the compliant of November 3, 2022 through May 3, 2023, inclusive, is set forth in Exhibit A hereto.

7. I, individually and as a member of the General Partner of Poptech, LP, am willing to serve as a lead plaintiff and representative party on behalf of the class, including providing

1

testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

8.      During the three years preceding the date of the certification, I and Poptech, LP have not sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

9.      I and Poptech, LP will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of November, 2023    11/13/2023

By: _____
Harvey L. Poppel

2

## EXHIBIT A

### Transactions in Enviva, Inc.. Common Stock (NYSE: EVA)

| POPTECH, LP | | | |
|---|---|---|---|
| PURCHASE OR SALE | TRADE DATE | QUANTITY | PRICE PER SHARE |
| Purchase | 2/8/2023 | 3,530 | $46.5200 |
| Purchase | 2/8/2023 | 74 | $46.5500 |
| Purchase | 2/8/2023 | 100 | $46.5400 |
| Purchase | 2/8/2023 | 85 | $46.5300 |
| Purchase | 2/8/2023 | 15 | $46.5200 |
| Purchase | 2/8/2023 | 2 | $46.5300 |
| Purchase | 2/8/2023 | 1 | $46.5300 |
| Purchase | 2/8/2023 | 6 | $46.5200 |
| Purchase | 2/8/2023 | 5 | $46.5200 |
| Purchase | 2/8/2023 | 4 | $46.5200 |
| Purchase | 2/8/2023 | 2 | $46.5200 |
| Purchase | 2/8/2023 | 89 | $46.5200 |
| Purchase | 2/8/2023 | 6 | $46.5200 |
| Purchase | 2/8/2023 | 7 | $46.5200 |
| Purchase | 2/8/2023 | 5 | $46.5200 |
| Purchase | 2/8/2023 | 10 | $46.4900 |
| Purchase | 2/8/2023 | 100 | $46.4900 |
| Purchase | 2/8/2023 | 10 | $46.4900 |
| Purchase | 2/8/2023 | 10 | $46.4900 |
| Purchase | 2/8/2023 | 10 | $46.4900 |
| Purchase | 2/8/2023 | 100 | $46.4900 |
| Purchase | 2/17/2023 | 243 | $44.6800 |
| Purchase | 2/17/2023 | 100 | $44.7000 |
| Purchase | 2/17/2023 | 200 | $44.7000 |
| Purchase | 2/17/2023 | 5 | $44.7000 |
| Purchase | 2/17/2023 | 1 | $44.6900 |
| Purchase | 2/17/2023 | 5 | $44.6800 |
| Purchase | 2/17/2023 | 50 | $44.6700 |
| Purchase | 2/17/2023 | 5 | $44.6700 |
| Purchase | 2/17/2023 | 5 | $44.6700 |
| Purchase | 2/17/2023 | 40 | $44.6700 |
| Purchase | 2/17/2023 | 10 | $44.6700 |
| Purchase | 2/17/2023 | 5 | $44.6700 |
| Purchase | 2/17/2023 | 10 | $44.6700 |

3

| POPTECH, LP | | | |
|---|---|---|---|
| PURCHASE OR SALE | TRADE DATE | QUANTITY | PRICE PER SHARE |
| Purchase | 2/17/2023 | 71 | $44.6700 |
| Purchase | 2/17/2023 | 14 | $44.6700 |
| Purchase | 2/17/2023 | 27 | $44.6700 |
| Purchase | 2/17/2023 | 10 | $44.6700 |
| Purchase | 2/17/2023 | 5 | $44.6700 |
| Purchase | 2/17/2023 | 100 | $44.6600 |
| Purchase | 2/17/2023 | 5 | $44.6600 |
| Purchase | 2/17/2023 | 1 | $44.6500 |
| Purchase | 2/17/2023 | 72 | $44.6300 |
| Purchase | 2/17/2023 | 1 | $44.6300 |
| Purchase | 2/17/2023 | 5 | $44.6300 |
| Purchase | 2/17/2023 | 5 | $44.6300 |
| Purchase | 2/17/2023 | 5 | $44.6300 |
| Purchase | 2/17/2023 | 1,000 | $44.5860 |
| Purchase | 2/17/2023 | 535 | $44.5700 |
| Purchase | 2/17/2023 | 2 | $44.5900 |
| Purchase | 2/17/2023 | 2 | $44.5900 |
| Purchase | 2/17/2023 | 2 | $44.5900 |
| Purchase | 2/17/2023 | 4 | $44.5900 |
| Purchase | 2/17/2023 | 2 | $44.5900 |
| Purchase | 2/17/2023 | 4 | $44.5900 |
| Purchase | 2/17/2023 | 4 | $44.5750 |
| Purchase | 2/17/2023 | 4 | $44.5800 |
| Purchase | 2/17/2023 | 5 | $44.5800 |
| Purchase | 2/17/2023 | 91 | $44.5700 |
| Purchase | 2/17/2023 | 9 | $44.5700 |
| Purchase | 2/17/2023 | 2 | $44.5800 |
| Purchase | 2/17/2023 | 100 | $44.5800 |
| Purchase | 2/17/2023 | 2 | $44.5800 |
| Purchase | 2/17/2023 | 21 | $44.5800 |
| Purchase | 2/17/2023 | 2 | $44.5800 |
| Purchase | 2/17/2023 | 2 | $44.5800 |
| Purchase | 2/17/2023 | 2 | $44.5800 |
| Purchase | 2/17/2023 | 5 | $44.5700 |
| Purchase | 2/17/2023 | 5 | $44.5700 |
| Purchase | 2/17/2023 | 5 | $44.5700 |
| Purchase | 2/17/2023 | 2 | $44.5700 |

| POPTECH, LP | | | |
|---|---|---|---|
| PURCHASE OR SALE | TRADE DATE | QUANTITY | PRICE PER SHARE |
| Purchase | 2/17/2023 | 22 | $44.5700 |
| Purchase | 2/17/2023 | 2 | $44.5700 |
| Purchase | 2/17/2023 | 2 | $44.5700 |
| Purchase | 2/17/2023 | 3 | $44.5700 |
| Purchase | 2/17/2023 | 36 | $44.5699 |
| Purchase | 2/17/2023 | 10 | $44.5700 |
| Purchase | 2/17/2023 | 1 | $44.5700 |
| Purchase | 2/17/2023 | 100 | $44.5700 |
| Purchase | 2/17/2023 | 2 | $44.5700 |
| Purchase | 2/17/2023 | 5 | $44.5700 |
| Purchase | 2/17/2023 | 5 | $44.5450 |
| Purchase | 3/1/2023 | 3,000 | $38.0799 |
| Purchase | 3/1/2023 | 2,000 | $39.1836 |
| Purchase | 3/15/2023 | 1,000 | $29.3900 |
| Purchase | 3/15/2023 | 1,000 | $29.7827 |
| Purchase | 3/15/2023 | 1,000 | $30.0099 |

| HARVEY L. POPPEL IRA | | | |
|---|---|---|---|
| PURCHASE OR SALE | TRADE DATE | QUANTITY | PRICE PER SHARE |
| Purchase | 2/13/2023 | 1,000 | $45.9715 |
| Purchase | 2/13/2023 | 1,000 | $46.0686 |
| Purchase | 2/17/2023 | 1,000 | $44.6650 |
| Purchase | 2/17/2023 | 49 | $44.7000 |
| Purchase | 2/17/2023 | 2 | $44.7100 |
| Purchase | 2/17/2023 | 94 | $44.6900 |
| Purchase | 2/17/2023 | 2 | $44.6900 |
| Purchase | 2/17/2023 | 2 | $44.7100 |
| Purchase | 2/17/2023 | 100 | $44.7100 |
| Purchase | 2/17/2023 | 36 | $44.7100 |
| Purchase | 2/17/2023 | 100 | $44.7000 |
| Purchase | 2/17/2023 | 100 | $44.7000 |
| Purchase | 2/17/2023 | 2 | $44.7000 |
| Purchase | 2/17/2023 | 100 | $44.6900 |
| Purchase | 2/17/2023 | 5 | $44.6900 |
| Purchase | 2/17/2023 | 6 | $44.6900 |
| Purchase | 2/17/2023 | 2 | $44.6800 |

5

| HARVEY L. POPPEL IRA | | | |
|---|---|---|---|
| PURCHASE OR SALE | TRADE DATE | QUANTITY | PRICE PER SHARE |
| Purchase | 2/17/2023 | 100 | $44.6600 |
| Purchase | 2/17/2023 | 100 | $44.6600 |
| Purchase | 2/17/2023 | 47 | $44.6700 |
| Purchase | 2/17/2023 | 100 | $44.6700 |
| Purchase | 2/17/2023 | 33 | $44.6500 |
| Purchase | 2/17/2023 | 15 | $44.6500 |
| Purchase | 2/17/2023 | 5 | $44.6500 |
| Purchase | 3/1/2023 | 2,174 | $39.2900 |
| Purchase | 3/1/2023 | 10 | $39.2900 |
| Purchase | 3/1/2023 | 10 | $39.2900 |
| Purchase | 3/1/2023 | 15 | $39.2900 |
| Purchase | 3/1/2023 | 15 | $39.2900 |
| Purchase | 3/1/2023 | 15 | $39.2900 |
| Purchase | 3/1/2023 | 100 | $39.2900 |
| Purchase | 3/1/2023 | 100 | $39.2900 |
| Purchase | 3/1/2023 | 10 | $39.2900 |
| Purchase | 3/1/2023 | 85 | $39.2900 |
| Purchase | 3/1/2023 | 25 | $39.2900 |
| Purchase | 3/1/2023 | 15 | $39.2900 |
| Purchase | 3/1/2023 | 10 | $39.2900 |
| Purchase | 3/1/2023 | 50 | $39.2900 |
| Purchase | 3/1/2023 | 33 | $39.2250 |
| Purchase | 3/1/2023 | 33 | $39.2250 |
| Purchase | 3/1/2023 | 300 | $39.2604 |

## CERTIFICATION OF DR. CLINTON SCOTT POPPEL PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Dr. Clinton Scott Poppel, declare the following as to the claims asserted or to be asserted under the federal securities laws:

1.      I made this Certification individually and on behalf of Poptech GC, LLC. I am the non-member manager of Poptech GC, LLC. and have authority to act for Poptech GC, LLC. I am duly authorized to execute this Certification and initiate litigation on behalf of Poptech GC, LLC. The only three members of Poptech GC, LLC are my sons Alexander J. Poppel, Lucas F. Poppel, and Winston O. Poppel, who have executed assignments of claim and assigned me Poptech GC, LLC's claims arising from violations of the federal securities laws related to the purchase of Enviva securities. These assignments were made to the extent necessary for Poptech GC, LLC to seek appointment as lead plaintiff in this action, serve as lead plaintiff or a class representative in this action, and litigate this action on behalf of the Class. My wife Helen M. Poppel, Alexander J. Poppel, and Winston O. Poppel, individually, have also executed assignments of claim and assigned me their claims arising from violations of the federal securities laws related to the purchase of Enviva securities.

2.      I have reviewed the complaint filed in *Dhatt v. Enviva Inc.,* No. 8:23-cv-02474-DLB, ECF No. 1 (D. Md. Sept. 12, 2023).

3.      I have authorized my counsel in this action, Wolf Popper LLP and The Kaplan Law Firm, to file a motion for appointment as lead plaintiff in this action on behalf of a group composed of me, Poptech GC, LLC, my father Harvey L. Poppel, and Poptech, LP (the "Poppel Group").

4.      I and Poptech GC, LLC did not engage in transactions in the securities that are the subject of the complaint at the direction of our counsel or in order to participate in this or any other litigation under the federal securities laws.

1

DocuSign Envelope ID: 22228F49-E1EE-4AEA-9C26-234B35FFCB15

5.      A list of all of transactions in Enviva common stock during the class period alleged in the compliant of November 3, 2022 through May 3, 2023, inclusive, by me, Poptech GC, LLC, Alexander Poppel, Winston Poppel, and Helen Poppel, is set forth in Exhibit A hereto. True and correct copies of the assignments of claim mentioned above are attached hereto as Exhibit B.

6.      I, individually and as the manager of Poptech GC, LLC, am willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

7.      During the three years preceding the date of the certification, I and Poptech GC, LLC have not sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

8.      I and Poptech GC, LC will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of November, 2023
11/13/2023

By: __Clinton Poppel__
DocuSigned by:
18D302AEC3734B8...

Dr. Clinton Scott Poppel

2

DocuSign Envelope ID: 22228F49-E1EE-4AEA-9C26-234B35FFCB15

## EXHIBIT A

### Transactions in Enviva, Inc.. Common Stock (NYSE: EVA)

| CLINTON S. POPPEL IRA | | | |
|---|---|---|---|
| **PURCHASE OR SALE** | **TRADE DATE** | **QUANTITY** | **PRICE PER SHARE** |
| Purchase | 3/3/2023 | 193 | $38.2500 |
| Purchase | 3/3/2023 | 100 | $38.2200 |
| Purchase | 3/3/2023 | 100 | $38.2200 |
| Purchase | 3/3/2023 | 3 | $38.2200 |
| Purchase | 3/3/2023 | 100 | $38.2200 |
| Purchase | 3/3/2023 | 3 | $38.2200 |
| Purchase | 3/3/2023 | 1 | $38.2200 |
| Purchase | 3/3/2023 | 100 | $38.2100 |
| Purchase | 3/3/2023 | 100 | $38.2100 |
| Purchase | 3/3/2023 | 100 | $38.2000 |
| Purchase | 3/3/2023 | 100 | $38.2000 |
| Purchase | 3/3/2023 | 100 | $38.2000 |

| POPTECH, GC | | | |
|---|---|---|---|
| **PURCHASE OR SALE** | **TRADE DATE** | **QUANTITY** | **PRICE PER SHARE** |
| Purchase | 3/3/2023 | 85 | $38.4600 |
| Purchase | 3/3/2023 | 100 | $38.4600 |
| Purchase | 3/3/2023 | 15 | $38.4600 |
| Purchase | 3/3/2023 | 400 | $38.4450 |
| Purchase | 3/3/2023 | 200 | $38.4450 |
| Purchase | 3/3/2023 | 100 | $38.4450 |
| Purchase | 3/3/2023 | 100 | $38.4450 |

| CLINTON S. POPPEL AND HELEN M. POPPEL JOINT ACCOUNT | | | |
|---|---|---|---|
| **PURCHASE OR SALE** | **TRADE DATE** | **QUANTITY** | **PRICE PER SHARE** |
| Purchase | 2/9/2023 | 2,000 | $45.9977 |
| Purchase | 2/9/2023 | 2,000 | $45.9700 |
| Sale | 2/9/2023 | 2,000 | $46.0000 |
| Purchase | 2/13/2023 | 1,000 | $45.9550 |
| Purchase | 2/13/2023 | 1,000 | $45.9741 |

3

DocuSign Envelope ID: 22228F49-E1EE-4AEA-9C26-234B35FFCB15

| CLINTON S. POPPEL ROTH IRA | | | |
|---|---|---|---|
| PURCHASE OR SALE | TRADE DATE | QUANTITY | PRICE PER SHARE |
| Purchase | 3/3/2023 | 1,000 | $38.1886 |

| ALEXANDER J. POPPEL | | | |
|---|---|---|---|
| PURCHASE OR SALE | TRADE DATE | QUANTITY | PRICE PER SHARE |
| Purchase | 2/13/2023 | 200 | $46.0754 |

| HELEN M. POPPEL ROTH IRA | | | |
|---|---|---|---|
| PURCHASE OR SALE | TRADE DATE | QUANTITY | PRICE PER SHARE |
| Purchase | 3/3/2023 | 400 | $38.3700 |

| WINSTON O. POPPEL | | | |
|---|---|---|---|
| PURCHASE OR SALE | TRADE DATE | QUANTITY | PRICE PER SHARE |
| Purchase | 2/13/2023 | 200 | $45.9512 |

4

## ASSIGNMENT

This Assignment Agreement is made and entered into as of the day of

11/7/2023

_____ (the "Effective Date"), by and between Alexander Jace Poppel

("Assignor") and Clinton Scott Poppel ("Assignee") (collectively, the "Parties").

The Parties hereby declare as follows:

1.     I hereby assign, transfer and set over to Clinton Scott Poppel, all rights, title, and interest of the Assignor in any and all claims, demands and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America, other applicable statutes, and common law doctrines, including any and all fraud and other tort claims, in connection with the purchase, acquisition, and/or sale of the publicly traded securities of Enviva Inc. ("Enviva") in the following accounts:

- Alexander Jace Poppel Schwab One Account - 0781
- Schwab Poptech GC LLC Schwab One Account - 1452

2.     Further, I hereby appoint Assignee as the Assignor's true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action, including, but not limited to, taking legal action against Enviva and others named in the matter captioned *Taje Dhatt v. Enviva Inc. et al.*, No. 8:23-cv-02474 (D. Md.) as well as any related actions that have been or may be filed, including moving for appointment as Lead Plaintiff on or around November 13, 2023.

3.     Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

DocuSign Envelope ID: E96E4E63-E0E7-452A-83C1-8944F1F73994

4.      This Assignment shall be binding upon and inure to the benefit of the Parties, their successors and assigns.

5.      We agree to be bound by the results of the litigation.

We declare under penalty of perjury that the foregoing is true and correct.

**Assignor**

Executed: 11/8/2023

DocuSigned by:

*alex Poppel*

DF78FCC1EB9149D...

Alexander Jace Poppel

**Assignee**

Executed: 11/7/2023

DocuSigned by:

*Clinton Poppel*

18D302AEC3734B8...

Clinton Scott Poppel

DocuSign Envelope ID: 08654ABE-0A0F-4125-B029-2B49C7335219

**ASSIGNMENT**

This Assignment Agreement is made and entered into as of the day of 11/7/2023 _____ (the "Effective Date"), by and between Lucas Foster Poppel ("Assignor") and Clinton Scott Poppel ("Assignee") (collectively, the "Parties").

The Parties hereby declare as follows:

1.      I hereby assign, transfer and set over to Clinton Scott Poppel, all rights, title, and interest of the Assignor in any and all claims, demands and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America, other applicable statutes, and common law doctrines, including any and all fraud and other tort claims, in connection with the purchase, acquisition, and/or sale of the publicly traded securities of Enviva Inc. ("Enviva") in the following accounts:

- Schwab Poptech GC LLC Schwab One Account - 1452

2.      Further, I hereby appoint Assignee as the Assignor's true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action, including, but not limited to, taking legal action against Enviva and others named in the matter captioned *Taje Dhatt v. Enviva Inc. et al.*, No. 8:23-cv-02474 (D. Md.) as well as any related actions that have been or may be filed, including moving for appointment as Lead Plaintiff on or around November 13, 2023.

3.      Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

4.      This Assignment shall be binding upon and inure to the benefit of the Parties, their successors and assigns.

5.      We agree to be bound by the results of the litigation.

We declare under penalty of perjury that the foregoing is true and correct.

**Assignor**

Executed: 11/8/2023

Lucas Foster Poppel

**Assignee**

Executed: 11/7/2023

Clinton Scott Poppel

DocuSign Envelope ID: B2E1ABEE-A13D-4AD4-ABF7-239ED60718E5

**ASSIGNMENT**

This Assignment Agreement is made and entered into as of the day of

_____11/7/2023_____ (the "Effective Date"), by and between Winston Oliver Poppel

("Assignor") and Clinton Scott Poppel ("Assignee") (collectively, the "Parties").

The Parties hereby declare as follows:

1.      I hereby assign, transfer and set over to Clinton Scott Poppel, all rights, title, and interest of the Assignor in any and all claims, demands and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America, other applicable statutes, and common law doctrines, including any and all fraud and other tort claims, in connection with the purchase, acquisition, and/or sale of the publicly traded securities of Enviva Inc. ("Enviva") in the following accounts:

- Winston Poppel Schwab One Account - 4738
- Schwab Poptech GC LLC Schwab One Account - 1452

2.      Further, I hereby appoint Assignee as the Assignor's true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action, including, but not limited to, taking legal action against Enviva and others named in the matter captioned *Taje Dhatt v. Enviva Inc. et al.*, No. 8:23-cv-02474 (D. Md.) as well as any related actions that have been or may be filed, including moving for appointment as Lead Plaintiff on or around November 13, 2023.

3.      Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

4.      This Assignment shall be binding upon and inure to the benefit of the Parties, their successors and assigns.

5.      We agree to be bound by the results of the litigation.

We declare under penalty of perjury that the foregoing is true and correct.

**Assignor**

Executed: 11/8/2023

Winston Oliver Poppel

**Assignee**

Executed: 11/7/2023

Clinton Scott Poppel

**ASSIGNMENT**

This Assignment Agreement is made and entered into as of the day of 11/7/2023 (the "Effective Date"), by and between Helen Mary Poppel ("Assignor") and Clinton Scott Poppel ("Assignee") (collectively, the "Parties").

The Parties hereby declare as follows:

1.      I hereby assign, transfer and set over to Clinton Scott Poppel, all rights, title, and interest of the Assignor in any and all claims, demands and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America, other applicable statutes, and common law doctrines, including any and all fraud and other tort claims, in connection with the purchase, acquisition, and/or sale of the publicly traded securities of Enviva Inc. ("Enviva") in the following accounts:

- Clinton Scott Poppel & Helen Mary Poppel Joint Schwab One Account - 4557
- Clinton Scott Poppel Schwab Traditional IRA -7783
- Clinton Scott Poppel Schwab Roth IRA -7904
- Helen Mary Poppel Schwab Roth IRA

2.      Further, I hereby appoint Assignee as the Assignor's true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action, including, but not limited to, taking legal action against Enviva and others named in the matter captioned *Taje Dhatt v. Enviva Inc. et al.*, No. 8:23-cv-02474 (D. Md.) as well as any related actions that have been or may be filed, including moving for appointment as Lead Plaintiff on or around November 13, 2023.

3.      Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

4.    This Assignment shall be binding upon and inure to the benefit of the Parties, their successors and assigns.

5.    We agree to be bound by the results of the litigation.

We declare under penalty of perjury that the foregoing is true and correct.

**Assignor**

Executed: 11/7/2023

Helen Mary Poppel

**Assignee**

Executed: 11/7/2023

Clinton Scott Poppel