# EXHIBIT 3

**ENVIVA INC. (NYSE: EVA)**                                              **Total Lax Factors**

| | | |
|---|---|---|
| Class Period: 11/3/2022 - 5/3/2023 | Shares Purchased: | 31,971 |
| Average Closing Price: $10.7902 | Net Shares Purchaed (NSP): | 29,971 |
| Average Closing Period: 5/4/2023 - 8/2/2023 | Net Funds Expended: | $1,241,375 |
| Alleged Stock Price Decline: $14.34 | Gain (Loss): | ($917,982) |
| | Dura Damages: | $429,784 |

**POPTECH, LP**

| | | | Purchases | | | Sales | |
|---|---|---|---|---|---|---|---|
| Trade Type | Date | Quantity | Price | Cost | Quantity | Price | Cost |
| Purchase | 2/8/2023 | 3,530 | $46.5200 | $164,215.60 | | | |
| Purchase | 2/8/2023 | 74 | $46.5500 | $3,444.70 | | | |
| Purchase | 2/8/2023 | 100 | $46.5400 | $4,654.00 | | | |
| Purchase | 2/8/2023 | 85 | $46.5300 | $3,955.05 | | | |
| Purchase | 2/8/2023 | 15 | $46.5200 | $697.80 | | | |
| Purchase | 2/8/2023 | 2 | $46.5300 | $93.06 | | | |
| Purchase | 2/8/2023 | 1 | $46.5300 | $46.53 | | | |
| Purchase | 2/8/2023 | 6 | $46.5200 | $279.12 | | | |
| Purchase | 2/8/2023 | 5 | $46.5200 | $232.60 | | | |
| Purchase | 2/8/2023 | 4 | $46.5200 | $186.08 | | | |
| Purchase | 2/8/2023 | 2 | $46.5200 | $93.04 | | | |
| Purchase | 2/8/2023 | 89 | $46.5200 | $4,140.28 | | | |
| Purchase | 2/8/2023 | 6 | $46.5200 | $279.12 | | | |
| Purchase | 2/8/2023 | 7 | $46.5200 | $325.64 | | | |
| Purchase | 2/8/2023 | 5 | $46.5200 | $232.60 | | | |
| Purchase | 2/8/2023 | 10 | $46.4900 | $464.90 | | | |
| Purchase | 2/8/2023 | 100 | $46.4900 | $4,649.00 | | | |
| Purchase | 2/8/2023 | 10 | $46.4900 | $464.90 | | | |
| Purchase | 2/8/2023 | 10 | $46.4900 | $464.90 | | | |
| Purchase | 2/8/2023 | 10 | $46.4900 | $464.90 | | | |
| Purchase | 2/8/2023 | 100 | $46.4900 | $4,649.00 | | | |
| Purchase | 2/17/2023 | 243 | $44.6800 | $10,857.24 | | | |
| Purchase | 2/17/2023 | 100 | $44.7000 | $4,470.00 | | | |
| Purchase | 2/17/2023 | 200 | $44.7000 | $8,940.00 | | | |
| Purchase | 2/17/2023 | 5 | $44.7000 | $223.50 | | | |
| Purchase | 2/17/2023 | 1 | $44.6900 | $44.69 | | | |
| Purchase | 2/17/2023 | 5 | $44.6800 | $223.40 | | | |
| Purchase | 2/17/2023 | 50 | $44.6700 | $2,233.50 | | | |
| Purchase | 2/17/2023 | 5 | $44.6700 | $223.35 | | | |
| Purchase | 2/17/2023 | 5 | $44.6700 | $223.35 | | | |
| Purchase | 2/17/2023 | 40 | $44.6700 | $1,786.80 | | | |
| Purchase | 2/17/2023 | 10 | $44.6700 | $446.70 | | | |
| Purchase | 2/17/2023 | 5 | $44.6700 | $223.35 | | | |
| Purchase | 2/17/2023 | 10 | $44.6700 | $446.70 | | | |
| Purchase | 2/17/2023 | 71 | $44.6700 | $3,171.57 | | | |
| Purchase | 2/17/2023 | 14 | $44.6700 | $625.38 | | | |
| Purchase | 2/17/2023 | 27 | $44.6700 | $1,206.09 | | | |
| Purchase | 2/17/2023 | 10 | $44.6700 | $446.70 | | | |
| Purchase | 2/17/2023 | 5 | $44.6700 | $223.35 | | | |
| Purchase | 2/17/2023 | 100 | $44.6600 | $4,466.00 | | | |
| Purchase | 2/17/2023 | 5 | $44.6600 | $223.30 | | | |

**ENVIVA INC. (NYSE: EVA)**

| | | **Total Lax Factors** |
|---|---|---|
| **Class Period: 11/3/2022 - 5/3/2023** | | **Shares Purchased: 31,971** |
| **Average Closing Price: $10.7902** | | **Net Shares Purchaed (NSP): 29,971** |
| **Average Closing Period: 5/4/2023 - 8/2/2023** | | **Net Funds Expended: $1,241,375** |
| **Alleged Stock Price Decline: $14.34** | | **Gain (Loss): ($917,982)** |
| | | **Dura Damages: $429,784** |

| | | | | |
|---|---|---|---|---|
| Purchase | 2/17/2023 | 1 | $44.6500 | $44.65 |
| Purchase | 2/17/2023 | 72 | $44.6300 | $3,213.36 |
| Purchase | 2/17/2023 | 1 | $44.6300 | $44.63 |
| Purchase | 2/17/2023 | 5 | $44.6300 | $223.15 |
| Purchase | 2/17/2023 | 5 | $44.6300 | $223.15 |
| Purchase | 2/17/2023 | 5 | $44.6300 | $223.15 |
| Purchase | 2/17/2023 | 1,000 | $44.5860 | $44,586.00 |
| Purchase | 2/17/2023 | 535 | $44.5700 | $23,844.95 |
| Purchase | 2/17/2023 | 2 | $44.5900 | $89.18 |
| Purchase | 2/17/2023 | 2 | $44.5900 | $89.18 |
| Purchase | 2/17/2023 | 2 | $44.5900 | $89.18 |
| Purchase | 2/17/2023 | 4 | $44.5900 | $178.36 |
| Purchase | 2/17/2023 | 2 | $44.5900 | $89.18 |
| Purchase | 2/17/2023 | 4 | $44.5900 | $178.36 |
| Purchase | 2/17/2023 | 4 | $44.5750 | $178.30 |
| Purchase | 2/17/2023 | 4 | $44.5800 | $178.32 |
| Purchase | 2/17/2023 | 5 | $44.5800 | $222.90 |
| Purchase | 2/17/2023 | 91 | $44.5700 | $4,055.87 |
| Purchase | 2/17/2023 | 9 | $44.5700 | $401.13 |
| Purchase | 2/17/2023 | 2 | $44.5800 | $89.16 |
| Purchase | 2/17/2023 | 100 | $44.5800 | $4,458.00 |
| Purchase | 2/17/2023 | 2 | $44.5800 | $89.16 |
| Purchase | 2/17/2023 | 21 | $44.5800 | $936.18 |
| Purchase | 2/17/2023 | 2 | $44.5800 | $89.16 |
| Purchase | 2/17/2023 | 2 | $44.5800 | $89.16 |
| Purchase | 2/17/2023 | 2 | $44.5800 | $89.16 |
| Purchase | 2/17/2023 | 5 | $44.5700 | $222.85 |
| Purchase | 2/17/2023 | 5 | $44.5700 | $222.85 |
| Purchase | 2/17/2023 | 5 | $44.5700 | $222.85 |
| Purchase | 2/17/2023 | 2 | $44.5700 | $89.14 |
| Purchase | 2/17/2023 | 22 | $44.5700 | $980.54 |
| Purchase | 2/17/2023 | 2 | $44.5700 | $89.14 |
| Purchase | 2/17/2023 | 2 | $44.5700 | $89.14 |
| Purchase | 2/17/2023 | 3 | $44.5700 | $133.71 |
| Purchase | 2/17/2023 | 36 | $44.5699 | $1,604.52 |
| Purchase | 2/17/2023 | 10 | $44.5700 | $445.70 |
| Purchase | 2/17/2023 | 1 | $44.5700 | $44.57 |
| Purchase | 2/17/2023 | 100 | $44.5700 | $4,457.00 |
| Purchase | 2/17/2023 | 2 | $44.5700 | $89.14 |
| Purchase | 2/17/2023 | 5 | $44.5700 | $222.85 |
| Purchase | 2/17/2023 | 5 | $44.5450 | $222.73 |
| Purchase | 3/1/2023 | 3,000 | $38.0799 | $114,239.70 |
| Purchase | 3/1/2023 | 2,000 | $39.1836 | $78,367.20 |
| Purchase | 3/15/2023 | 1,000 | $29.3900 | $29,390.00 |

**ENVIVA INC. (NYSE: EVA)**                                          **Total Lax Factors**

| | | |
|---|---|---|
| Class Period: 11/3/2022 - 5/3/2023 | Shares Purchased: | 31,971 |
| Average Closing Price: $10.7902 | Net Shares Purchaed (NSP): | 29,971 |
| Average Closing Period: 5/4/2023 - 8/2/2023 | Net Funds Expended: | $1,241,375 |
| Alleged Stock Price Decline: $14.34 | Gain (Loss): | ($917,982) |
| | Dura Damages: | $429,784 |

| | | | | |
|---|---|---|---|---|
| Purchase | 3/15/2023 | 1,000 | $29.7827 | $29,782.70 |
| Purchase | 3/15/2023 | 1,000 | $30.0099 | $30,009.90 |
| Total | | 15,171 | | $609,656.99 |

Net Shares Purchased: 15,171
Net Funds Expended: $609,657
Value of Net Shares Purchaed at Average Closing Price: $163,698
Gain (Loss): ($445,959)
Dura Damages: $217,552

**HARVEY L. POPPEL IRA**

| | | Purchases | | | Sales | | |
|---|---|---|---|---|---|---|---|
| Trade Type | Date | Quantity | Price | Cost | Quantity | Price | Cost |
| Purchase | 2/13/2023 | 1,000 | $45.9715 | $45,971.50 | | | |
| Purchase | 2/13/2023 | 1,000 | $46.0686 | $46,068.60 | | | |
| Purchase | 2/17/2023 | 1,000 | $44.6650 | $44,665.00 | | | |
| Purchase | 2/17/2023 | 49 | $44.7000 | $2,190.30 | | | |
| Purchase | 2/17/2023 | 2 | $44.7100 | $89.42 | | | |
| Purchase | 2/17/2023 | 94 | $44.6900 | $4,200.86 | | | |
| Purchase | 2/17/2023 | 2 | $44.6900 | $89.38 | | | |
| Purchase | 2/17/2023 | 2 | $44.7100 | $89.42 | | | |
| Purchase | 2/17/2023 | 100 | $44.7100 | $4,471.00 | | | |
| Purchase | 2/17/2023 | 36 | $44.7100 | $1,609.56 | | | |
| Purchase | 2/17/2023 | 100 | $44.7000 | $4,470.00 | | | |
| Purchase | 2/17/2023 | 100 | $44.7000 | $4,470.00 | | | |
| Purchase | 2/17/2023 | 2 | $44.7000 | $89.40 | | | |
| Purchase | 2/17/2023 | 100 | $44.6900 | $4,469.00 | | | |
| Purchase | 2/17/2023 | 5 | $44.6900 | $223.45 | | | |
| Purchase | 2/17/2023 | 6 | $44.6900 | $268.14 | | | |
| Purchase | 2/17/2023 | 2 | $44.6800 | $89.36 | | | |
| Purchase | 2/17/2023 | 100 | $44.6600 | $4,466.00 | | | |
| Purchase | 2/17/2023 | 100 | $44.6600 | $4,466.00 | | | |
| Purchase | 2/17/2023 | 47 | $44.6700 | $2,099.49 | | | |
| Purchase | 2/17/2023 | 100 | $44.6700 | $4,467.00 | | | |
| Purchase | 2/17/2023 | 33 | $44.6500 | $1,473.45 | | | |
| Purchase | 2/17/2023 | 15 | $44.6500 | $669.75 | | | |
| Purchase | 2/17/2023 | 5 | $44.6500 | $223.25 | | | |
| Purchase | 3/1/2023 | 2,174 | $39.2900 | $85,416.46 | | | |
| Purchase | 3/1/2023 | 10 | $39.2900 | $392.90 | | | |
| Purchase | 3/1/2023 | 10 | $39.2900 | $392.90 | | | |
| Purchase | 3/1/2023 | 15 | $39.2900 | $589.35 | | | |
| Purchase | 3/1/2023 | 15 | $39.2900 | $589.35 | | | |
| Purchase | 3/1/2023 | 15 | $39.2900 | $589.35 | | | |
| Purchase | 3/1/2023 | 100 | $39.2900 | $3,929.00 | | | |

**ENVIVA INC. (NYSE: EVA)**                          **Total Lax Factors**

Class Period: 11/3/2022 - 5/3/2023                 Shares Purchased: 31,971
Average Closing Price: $10.7902              Net Shares Purchaed (NSP): 29,971
Average Closing Period: 5/4/2023 - 8/2/2023        Net Funds Expended: $1,241,375
Alleged Stock Price Decline: $14.34                   Gain (Loss): ($917,982)
                                                     Dura Damages: $429,784

| Trade Type | Date | Quantity | Price | Cost |
|---|---|---|---|---|
| Purchase | 3/1/2023 | 100 | $39.2900 | $3,929.00 |
| Purchase | 3/1/2023 | 10 | $39.2900 | $392.90 |
| Purchase | 3/1/2023 | 85 | $39.2900 | $3,339.65 |
| Purchase | 3/1/2023 | 25 | $39.2900 | $982.25 |
| Purchase | 3/1/2023 | 15 | $39.2900 | $589.35 |
| Purchase | 3/1/2023 | 10 | $39.2900 | $392.90 |
| Purchase | 3/1/2023 | 50 | $39.2900 | $1,964.50 |
| Purchase | 3/1/2023 | 33 | $39.2250 | $1,294.43 |
| Purchase | 3/1/2023 | 33 | $39.2250 | $1,294.43 |
| Purchase | 3/1/2023 | 300 | $39.2604 | $11,778.12 |
| Total | | 7,000 | | $299,246.16 |

Net Shares Purchased: 7,000
Net Funds Expended: $299,246
Value of Net Shares Purchaed at Average Closing Price: $75,531
Gain (Loss): ($223,715)
Dura Damages: $100,380

**CLINTON S. POPPEL IRA**

| Trade Type | Date | Purchases Quantity | Purchases Price | Purchases Cost | Sales Quantity | Sales Price | Sales Cost |
|---|---|---|---|---|---|---|---|
| Purchase | 3/3/2023 | 193 | $38.2500 | $7,382.25 | | | |
| Purchase | 3/3/2023 | 100 | $38.2200 | $3,822.00 | | | |
| Purchase | 3/3/2023 | 100 | $38.2200 | $3,822.00 | | | |
| Purchase | 3/3/2023 | 3 | $38.2200 | $114.66 | | | |
| Purchase | 3/3/2023 | 100 | $38.2200 | $3,822.00 | | | |
| Purchase | 3/3/2023 | 3 | $38.2200 | $114.66 | | | |
| Purchase | 3/3/2023 | 1 | $38.2200 | $38.22 | | | |
| Purchase | 3/3/2023 | 100 | $38.2100 | $3,821.00 | | | |
| Purchase | 3/3/2023 | 100 | $38.2100 | $3,821.00 | | | |
| Purchase | 3/3/2023 | 100 | $38.2000 | $3,820.00 | | | |
| Purchase | 3/3/2023 | 100 | $38.2000 | $3,820.00 | | | |
| Purchase | 3/3/2023 | 100 | $38.2000 | $3,820.00 | | | |
| Total | | 1,000 | | $38,217.79 | | | |

Net Shares Purchased: 1,000
Net Funds Expended: $38,218
Value of Net Shares Purchaed at Average Closing Price: $10,790
Gain (Loss): ($27,428)
Dura Damages: $14,340

**ENVIVA INC. (NYSE: EVA)**

| | | | |
|---|---|---|---|
| Class Period: | 11/3/2022 - 5/3/2023 | | |
| Average Closing Price: | $10.7902 | | |
| Average Closing Period: | 5/4/2023 - 8/2/2023 | | |
| Alleged Stock Price Decline: | $14.34 | | |

**Total Lax Factors**

| | |
|---|---|
| Shares Purchased: | 31,971 |
| Net Shares Purchaed (NSP): | 29,971 |
| Net Funds Expended: | $1,241,375 |
| Gain (Loss): | ($917,982) |
| Dura Damages: | $429,784 |

**POPTECH GC, LLC**

| Trade Type | Date | Quantity | Purchases Price | Cost | Sales Quantity | Price | Cost |
|---|---|---|---|---|---|---|---|
| Purchase | 3/3/2023 | 85 | $38.4600 | $3,269.10 | | | |
| Purchase | 3/3/2023 | 100 | $38.4600 | $3,846.00 | | | |
| Purchase | 3/3/2023 | 15 | $38.4600 | $576.90 | | | |
| Purchase | 3/3/2023 | 400 | $38.4450 | $15,378.00 | | | |
| Purchase | 3/3/2023 | 200 | $38.4450 | $7,689.00 | | | |
| Purchase | 3/3/2023 | 100 | $38.4450 | $3,844.50 | | | |
| Purchase | 3/3/2023 | 100 | $38.4450 | $3,844.50 | | | |
| Total | | 1,000 | | $38,448.00 | | | |

| | |
|---|---|
| Net Shares Purchased: | 1,000 |
| Net Funds Expended: | $38,448 |
| Value of Net Shares Purchaed at Average Closing Price: | $10,790 |
| Gain (Loss): | ($27,658) |
| Dura Damages: | $14,340 |

**CLINTON S. POPPEL AND HELEN M. POPPEL JOINT ACCOUNT**

| Trade Type | Date | Quantity | Purchases Price | Cost | Sales Quantity | Price | Cost |
|---|---|---|---|---|---|---|---|
| Purchase | 2/9/2023 | 2,000 | $45.9977 | $91,995.40 | | | |
| Purchase | 2/9/2023 | 2,000 | $45.9700 | $91,940.00 | | | |
| Sale | 2/9/2023 | | | | 2,000 | $46.0000 | $92,000.00 |
| Purchase | 2/13/2023 | 1,000 | $45.9550 | $45,955.00 | | | |
| Purchase | 2/13/2023 | 1,000 | $45.9741 | $45,974.10 | | | |
| Total | | 6,000 | | $275,864.50 | 2,000 | | $92,000.00 |

| | |
|---|---|
| Net Shares Purchased: | 4,000 |
| Net Funds Expended: | $183,865 |
| Value of Net Shares Purchaed at Average Closing Price: | $43,161 |
| Gain (Loss): | ($140,704) |
| Dura Damages: | $57,360 |

**CLINTON S. POPPEL ROTH IRA**

| Trade Type | Date | Quantity | Purchases Price | Cost | Sales Quantity | Price | Cost |
|---|---|---|---|---|---|---|---|
| Purchase | 3/3/2023 | 1,000 | $38.1886 | $38,188.60 | | | |
| Total | | 1,000 | | $38,188.60 | | | |

| | |
|---|---|
| Net Shares Purchased: | 1,000 |
| Net Funds Expended: | $38,189 |
| Value of Net Shares Purchaed at Average Closing Price: | $10,790 |
| Gain (Loss): | ($27,398) |
| Dura Damages: | $14,340 |

**ENVIVA INC. (NYSE: EVA)**

| | |
|---|---|
| Class Period: | 11/3/2022 - 5/3/2023 |
| Average Closing Price: | $10.7902 |
| Average Closing Period: | 5/4/2023 - 8/2/2023 |
| Alleged Stock Price Decline: | $14.34 |

**Total Lax Factors**

| | |
|---|---|
| Shares Purchased: | 31,971 |
| Net Shares Purchaed (NSP): | 29,971 |
| Net Funds Expended: | $1,241,375 |
| Gain (Loss): | ($917,982) |
| Dura Damages: | $429,784 |

**ALEXANDER J. POPPEL**

| | | | Purchases | | | Sales | |
|---|---|---|---|---|---|---|---|
| Trade Type | Date | Quantity | Price | Cost | Quantity | Price | Cost |
| Purchase | 2/13/2023 | 200 | $46.0754 | $9,215.08 | | | |
| Total | | 200 | | $9,215.08 | | | |

| | |
|---|---|
| Net Shares Purchased: | 200 |
| Net Funds Expended: | $9,215 |
| Value of Net Shares Purchaed at Average Closing Price: | $2,158 |
| Gain (Loss): | ($7,057) |
| Dura Damages: | $2,868 |

**HELEN M. POPPEL ROTH IRA**

| | | | Purchases | | | Sales | |
|---|---|---|---|---|---|---|---|
| Trade Type | Date | Quantity | Price | Cost | Quantity | Price | Cost |
| Purchase | 3/3/2023 | 400 | $38.3700 | $15,348.00 | | | |
| Total | | 400 | | $15,348.00 | | | |

| | |
|---|---|
| Net Shares Purchased: | 400 |
| Net Funds Expended: | $15,348 |
| Value of Net Shares Purchaed at Average Closing Price: | $4,316 |
| Gain (Loss): | ($11,032) |
| Dura Damages: | $5,736 |

**WINSTON O. POPPEL**

| | | | Purchases | | | Sales | |
|---|---|---|---|---|---|---|---|
| Trade Type | Date | Quantity | Price | Cost | Quantity | Price | Cost |
| Purchase | 2/13/2023 | 200 | $45.9512 | $9,190.24 | | | |
| Total | | 200 | | $9,190.24 | | | |

| | |
|---|---|
| Net Shares Purchased: | 200 |
| Net Funds Expended: | $9,190 |
| Value of Net Shares Purchaed at Average Closing Price: | $2,158 |
| Gain (Loss): | ($7,032) |
| Dura Damages: | $2,868 |