# Matthew B. Kaplan

**The Kaplan Law Firm, 1100 N Glebe Rd., Suite 1010, Arlington, VA 22201**
**Phone: (703) 665-9529   email: mbkaplan@thekaplanlawfirm.com   website:thekaplanlawfirm.com**

## LEGAL EXPERIENCE

### The Kaplan Law Firm
**Principal Attorney, Arlington, Virginia**                                          **2012-present**

- Principal attorney at law firm that represents clients in complex civil litigation and in civil and criminal appeals.
- As Member of the Criminal Justice Act Panels of the District of Columbia Circuit Court of Appeals, the Fourth Circuit Court of Appeals and the District of Columbia Court of Appeals, regularly appointed by those courts to represent indigent defendants appealing felony convictions.
- Obtained reversal of client's conviction in *Mason v. United States*, 170 A.3d 182 (D.C. 2017), which held that a juror cannot be disqualified because she believes that the criminal justice system treats Black males unfairly.
- Obtained reversal of client's conviction in *Malloy v. United States*, 186 A.3d 802 (D.C. 2018); case clarified law regarding "plain error" standard of review.
- Successfully prosecuted numerous collective actions and individual claims brought under wage payment, minimum wage and overtime legislation in state and federal courts in Maryland, Virginia and the District of Columbia; obtained substantial recoveries for clients.
- Litigation counsel for prominent local non-profit.
- Current President of the Virginia Employment Lawyers Association, the principal plaintiffs' employment attorney organization in Virginia.

### Cohen Milstein Sellers & Toll PLLC
**Associate, Securities Practice Group, Washington, DC**                              **2005–2012**

- Successfully litigated class action securities cases on behalf of clients of prominent plaintiffs' law firm with nationwide practice.
- Member of team prosecuting groundbreaking federal securities cases arising from collapse in value of mortgage backed securities.
- Principal attorney responsible for prosecution of *In re LDK Solar Securities Litigation*, which resulted in publicly traded corporation paying $16 million settlement after more than three years of litigation; developed novel legal argument that allowed service on Chinese Defendants; presented oral arguments; drafted nearly all briefs and other filings; supervised testifying experts; deposed eight fact and expert witnesses in Hong Kong and Hawaii.
- Litigated claims against corporations who wrongfully backdated stock options; recovered approximately $10 million from Staples, Inc. insiders.
- Associate responsible for *In re Buca Inc. Securities Litigation*, which recovered $1.6 million for investors.
- Litigated other securities cases, including *Moomjy v. HQ Sustainable Maritime Industries, Inc.*, *In re Dura Pharmaceuticals Securities Litigation*, *In re ProQuest Securities Litigation*, *In re JDS Uniphase Corporation Securities Litigation*, *In re Sirius Satellite Radio Securities Litigation*, *Tripp v. IndyMac Bancorp., Inc.*, and *In re C.P. Ships Securities Litigation*.
- Represented four detainees at Guantanamo Bay Naval Base in district court and the Court of Appeals; one client was released after extensive litigation.

# Matthew B. Kaplan

## White & Case, LLP
### Associate, Litigation Section, Washington, DC                    2003–2005
- Represented clients in high stakes civil and white-collar criminal cases.
- Managed large-scale document review in support of defense of major client in multidistrict antitrust litigation.
- Litigated *pro bono* Fair Labor Standards Act lawsuit, recovering $52,000.

## Office of the Federal Public Defender
### Volunteer Intern, Alexandria, Virginia          September 2002-December 2002
- Researched legal theory adopted by the Fourth Circuit in dismissing felony case.

# OTHER EXPERIENCE

## U.S. Department of State
### Foreign Service Officer                                        1988–2003
- Promoted interests of the United States and reported on developments abroad. Served as Political Officer, Desk Officer and Intelligence Analyst in Colombia, Venezuela, Nicaragua and Washington, DC; managed multimillion-dollar counternarcotics program in The Bahamas. Worked with the Department of Justice on extradition, foreign judicial reform and other issues.

## Central Intelligence Agency
### Intelligence Analyst                                           1987–1988
- Regularly drafted President's Daily Brief and National Intelligence Daily articles; received Meritorious Honor Award.

# BAR ADMISSIONS
- State:    District of Columbia, Maryland, Virginia
- Federal:  Supreme Court; Courts of Appeals for the Fourth, Ninth and District of Columbia Circuits; District Courts for the for the District of Columbia, District of Maryland and the Eastern and Western Districts of Virginia; Bankruptcy Court for the Eastern District of Virginia

# EDUCATION
### George Washington University Law School          August 1999–January 2003
- J.D. With Highest Honors (top 3% of class).
- Member: George Washington Law Review; Moot Court Board; Order of the Coif.
- Awards:  highest Evening Division GPA; most outstanding tort law student.
### Georgetown University, School of Foreign Service          August 1982–May 1986
- B. S. in Foreign Affairs *cum laude*, specializing in Latin American Studies.

# LANGUAGES
- Spanish:  Fluent.

2