**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| TAJE DHATT, Individually and On Behalf of All Others Similarly Situated, | Case No. 8:23-cv-02474-DLB |
| Plaintiff, | |
| v. | |
| ENVIVA INC., *et al.*, | |
| Defendants. | |

**ANDREW DAVIS' MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Andrew Davis ("Davis"), on behalf of himself, and as Trustee of the Katherine J. Davis Irrevocable Trust, by and through counsel, respectfully moves this Court for an order: (1) appointing Davis as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Davis' selection of Glancy Prongay & Murray LLP as Lead Counsel for the class and Weisbrod Matteis & Copley PLLC as Liaison Counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

Davis seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act and the PSLRA. This motion is based on this notice, the attached memorandum of law, the Declaration of Stephen A. Weisbrod, submitted herewith, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

1

Respectfully submitted,

DATED: November 13, 2023

**WEISBROD MATTEIS & COPLEY PLLC**

By: */s/ William E. Jacobs*
Stephen A. Weisbrod (# 14795)
William E. Jacobs (#21975)
3000 K Street NW, Suite 275
Washington, D.C. 20007
Telephone: (202) 499-7900
Email: sweisbrod@wmclaw.com
        wjacobs@wmclaw.com

*Liaison Counsel for Andrew Davis and Proposed*
*Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (*pro hac vice* to be filed)
Charles H. Linehan (*pro hac vice* to be filed)
Pavithra Rajesh (*pro hac vice* to be filed)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for Andrew Davis and Proposed Lead*
*Counsel for the Class*

2