**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| TAJE DHATT, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ENVIVA INC., *et al.*,<br><br>    Defendants. | Case No. 8:23-cv-02474-DLB |

**[PROPOSED] ORDER GRANTING ANDREW DAVIS' MOTION FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Having considered Andrew Davis' Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), APPOINTS Andrew Davis, on behalf of himself, and as Trustee of the Katherine J. Davis Irrevocable Trust, as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court APPROVES Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class and Weisbrod Matteis & Copley PLLC as Liaison Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2022        _____
                                       HON. DEBORAH L. BOARDMAN
                                       UNITED STATES DISTRICT JUDGE

1