**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| TAJE DHATT, Individually and On Behalf of All Others Similarly Situated, | Case No. 8:23-cv-02474-DLB |
| Plaintiff, | |
| v. | |
| ENVIVA INC., *et al.*, | |
| Defendants. | |

**DECLARATION OF STEPHEN A. WEISBROD IN SUPPORT OF
ANDREW DAVIS' MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Stephen A. Weisbrod, hereby declare as follows:

1.      I am an attorney with the law firm Weisbrod Matteis & Copley PLLC, counsel for Lead Plaintiff Movant Andrew Davis ("Davis") and proposed Liaison Counsel for the class in the above-captioned action. I make this declaration in support of Davis' Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I am admitted to practice law in California, the District of Columbia, Florida, Illinois, New York, and Washington. I also am admitted to the United States District Court for the District of Maryland.

3.      I am a founding partner of Weisbrod Matteis & Copley PLLC ("WMC"). WMC is a litigation firm with a national practice. WMC specializes in representing insurance policyholders, including in the mass litigation context. WMC employs approximately twenty-six lawyers in five offices, which are located in D.C., Florida, Mississippi, Puerto Rico, and Washington. WMC has been named on the National Law Journal's Litigation Boutiques Hot List and has prevailed in litigation against insurance companies (and other parties) in trial courts and arbitral forums, appellate courts, and the U.S. Supreme Court.

4.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published September 13, 2023 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Davis' Signed PSLRA Certification;

Exhibit C:    Analysis of Davis' financial interest; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 13th day of November, 2023.

*/s/*_____
Stephen A. Weisbrod

2