# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**ENVIVA INC. SECURITIES LITIGATION**

I, Andrew Davis, on behalf of myself, and as Trustee of the Katherine J. Davis Irrevocable Trust (the "Trust"), certify that:

1.　　I have reviewed the complaint and authorize its filing and/or the filing of lead plaintiff motion on behalf of myself and the Trust.

2.　　I am duly authorized to institute legal action on the Trust's behalf, including legal action against Enviva Inc. and other defendants.

3.　　I and the Trust did not purchase the Enviva Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.　　I and the Trust are willing to serve as representative parties on behalf of a class and I am willing to provide testimony at deposition and trial, if necessary.

5.　　I and the Trust's transactions in Enviva Inc. securities during the class period are as follows:

　　　　(See attached transactions)

6.　　I and the Trust have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7.　　I and the Trust will not accept any payment for serving as a representative party, except to receive our pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

11/12/2023

*Andrew Davis*

_____　　　_____
　　　　Date　　　　　　　　　　Andrew Davis, Trustee
　　　　　　　　　　　　　　　　Katherine J. Davis Irrevocable Trust

**Andrew Davis' Transactions in Enviva Inc. (EVA)**

**Andrew Davis**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|---------:|-----------:|
| 2/16/2023 | Bought | 2,641 | $46.3000 |
| 4/18/2023 | Bought | 5 | $22.7000 |

**Katherine J. Davis Irrevocable Trust**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|---------:|-----------:|
| 4/6/2023 | Bought | 196,925 | $24.9952 |
| 5/9/2023 | Sold | -196,925 | $9.0069 |