# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Enviva Inc.
**Ticker:** EVA
**Class Period:** November 3, 2022 to May 3, 2023

**Name:** Andrew Davis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/16/2023 | 2,641 | $46.3000 | -$122,278.3000 | | $0.0000 | -$122,278.30 |
| 4/18/2023 | 5 | $22.7000 | -$113.5000 | | $0.0000 | -$113.50 |

| **Shares Retained:** | **2,646** | | | | **Subtotal:** | **-$122,391.80** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$28,459.25** |
| | | | $10.7556 | 2,646 | **Total:** | **-$93,932.55** |

**Name:** Katherine J. Davis Irrevocable Trust

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/6/2023 | 196,925 | $24.9952 | -$4,922,179.7600 | | $0.0000 | -$4,922,179.76 |
| 5/9/2023 | -196,925 | | $0.0000 | $9.0069 | $1,773,683.7825 | $1,773,683.78 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$3,148,495.98** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$0.00** |
| | | | $10.7556 | 0 | **Total:** | **-$3,148,495.98** |

| Enviva Financial Interest Analysis | |
|---|---|
| Andrew Davis | -$93,932.55 |
| Katherine J. Davis Irrevocable Trust | -$3,148,495.98 |
| **Total** | **-$3,242,428.53** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between May 4, 2023 to August 1, 2023. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.