UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| TAJE DHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENVIVA INC., *et al.*,<br><br>Defendants. | Civil Case No. 23-cv-2474 DLB<br><br>**Motion for Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel and Liaison Counsel** |

Pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3), Edward Friedman and Henry Rich (together, the "Friedman-Rich Group") move this Court, located at Courtroom 4A, United States Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, at a date and time as set by the Court, for an order:

- appointing the Friedman-Rich Group or, in the alternative, one of the group members, as lead plaintiff in this action;

- approving the Friedman-Rich Group's selection of (1) Bottini & Bottini, Inc. as lead counsel for plaintiffs and the class; and (2) Ice Miller LLP as liaison counsel; and

- granting such other and further relief as the Court deems just and proper.

This motion is based on the accompanying memorandum of law, the Declaration of Albert Y. Chang with exhibits, the proposed order, and all papers and proceedings in this action.

Dated:  November 13, 2023

Respectfully submitted,

ICE MILLER LLP
Kevin G. Hroblak
(Maryland Bar No. 26180)
Michael P. Collins, Jr.
(Maryland Bar No. 20805)

 s/ Kevin G. Hroblak
_____
     Kevin G. Hroblak

100 Light Street, Suite 1350
Baltimore, Maryland 21202
Telephone:  (410) 951-5874
Email:       kevin.hroblak@icemiller.com
             michael.collins@icemiller.com

*Counsel for the Friedman-Rich Group and
Proposed Liaison Counsel*

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr.
(*pro hac vice* to be submitted)
Albert Y. Chang
(*pro hac vice* to be submitted)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Email:       fbottini@bottinilaw.com
             achang@bottinilaw.com

*Counsel for the Friedman-Rich Group and
Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/     *Michael P. Collins, Jr.*

**Michael P. Collins, Jr.**