UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |
|---|---|
| TAJE DHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENVIVA INC., *et al.*,<br><br>Defendants. | Civil Case No. 23-cv-2474 DLB<br><br>**[Proposed] Order Appointing Lead Plaintiff and Approving Selection of Lead Counsel and Liaison Counsel** |

Having considered the motion of Edward Friedman and Henry Rich (the "Friedman-Rich Group") for appointment of lead plaintiff and for approval of selection of lead counsel and liaison counsel, and for good cause shown, the Court grants the motion and orders that:

1.      Both members of the Friedman-Rich Group shall be appointed as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), because the group has the largest financial interest in this litigation and otherwise satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure.

2.      The Friedman-Rich Group's choice of counsel shall be approved.  Bottini & Bottini, Inc. shall be appointed as Lead Counsel for plaintiffs and the putative class.  Ice Miller LLP shall be appointed as Liaison Counsel.

3.      Lead Counsel shall manage the prosecution of this litigation on behalf of plaintiffs and the putative class.  Lead Counsel shall be responsible for, among other things, (a) preparing all pleadings; (b) briefing and arguing motions; (c) conducting

discovery; (d) preparing the case for trial; and (e) conducting any settlement negotiations on behalf of plaintiffs and the putative class.

     IT IS SO ORDERED.

Dated: _____, 2023

_____
The Honorable Deborah L. Boardman
United States District Judge