UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| TAJE DHATT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ENVIVA INC., *et al.*, <br><br> Defendants. | Civil Case No. 23-cv-2474 DLB <br><br> **Declaration of Albert Y. Chang in Support of the Friedman-Rich Group's Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel and Liaison Counsel** |

Under 28 U.S.C. § 1746, I, Albert Y. Chang, declare as follows:

1.      I am an attorney with the law firm of Bottini & Bottini, Inc., counsel for movants Edward Friedman and Henry Rich (the "Friedman-Rich Group"). I make this declaration in support of the Friedman-Rich Group's motion for: (1) appointment of the group or, in the alternative, one of the group members individually, as lead plaintiff pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); and (2) approval of the group's selection of Bottini & Bottini, Inc. as lead counsel and Ice Miller LLP as liaison counsel for the class. I have personal knowledge of the facts stated in this declaration; I could and would testify to these facts, if called upon to do so.

2.      Attached as Exhibit A is a true and correct copy of the notice of pendency of class action published on *Accesswire* on September 13, 2023.

3.      Attached as Exhibit B are true and correct copies of the certifications required by the PSLRA signed by Edward Friedman and Henry Rich.

4.      Attached as Exhibit C are true and correct copies of a Summary Loss Chart and two Loss Charts of each individual group member, setting forth the details of each group member's purchases and sales of Enviva Inc. stock during the class period.

5.      Attached as Exhibit D is a true and correct copy of a joint declaration executed by Edward Friedman and Henry Rich on November 9, 2023.

6.      Attached as Exhibit E is a true and correct copy of Bottini & Bottini, Inc.'s firm resume.

7.      Attached as Exhibit F are true and correct copies of the biographies of Kevin G. Hroblak, Aaron L. Casagrande, and Michael P. Collins Jr., three seasoned litigators at the Baltimore office of Ice Miller LLP.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on November 13, 2023, at La Jolla, California.

s/ Albert Y. Chang
Albert Y. Chang
