# EXHIBIT A

# EXHIBIT A

# Shareholder Alert: Wolf Popper LLP Announces the Filing of Securities Class Action Lawsuit Against Enviva Inc. (NYSE: EVA)

*Wolf Popper LLP*

**NEW YORK, NY / ACCESSWIRE / September 13, 2023 /** Prominent investor rights law firm Wolf Popper LLP ("Wolf Popper") filed a class action lawsuit for violation of the federal securities laws in the U.S. District Court for the District of Maryland against Enviva Inc. ("Enviva") and certain of the Company's senior executives (collectively, "Defendants") on behalf of investors who purchased shares of Enviva common stock during the period from November 3, 2022 through May 3, 2023, inclusive (the "Class").

The case is captioned *Taje Dhatt v. Enviva Inc. et al.*, No. 8:23-cv-02474 (U.S. District Court for the District of Maryland). A copy of the complaint is available on Wolf Popper's website by clicking [here](#).

The complaint alleges that throughout the Class Period, Defendants misrepresented to investors facts concerning Enviva's operational improvements and the stability of its dividend.

The truth was revealed on May 3, 2023, when, after the market closed, Enviva issued a press release announcing results for the first quarter of 2023 that came in below the Street's revenue and EPS expectations. The complaint alleges that in speaking the truth Enviva acknowledged that "specific" previously undisclosed "issues" impacting Enviva's plans to improve productivity and reduce costs caused Enviva's operating results to fall behind expectations. As a result, Enviva eliminated its $0.905 per share quarterly dividend to preserve liquidity and dramatically lowered its 2023 net loss and adjusted EBITDA guidance.

In response to this news, on May 4, 2023, the price of Enviva's common stock fell $14.34 per share to $7.01 or a 67.2% drop on exceptionally heavy volume of 15.6 million shares, more than 28 times the average daily trading volume of Enviva's common stock.

## Deadline to Seek Appointment as Lead Plaintiff

If you wish to serve as Lead Plaintiff for the Class, you must file a motion with the Court no later than November 13, 2023. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

Case 8:23-cv-02474-MJM    Document 16-4    Filed 11/13/23    Page 3 of 3

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Adam Savett of Wolf Popper at (212) 451-9655, or via e-mail at asavett@wolfpopper.com.

## About Wolf Popper

Wolf Popper has successfully recovered billions of dollars for defrauded investors. Wolf Popper's reputation and expertise have been repeatedly recognized by the courts, which have appointed the firm to major positions in securities litigation. For more information about Wolf Popper, please visit the Firm's website at www.wolfpopper.com.

Attorney Advertising: Prior Results Do Not Guarantee A Similar Outcome.

## Contact

Wolf Popper LLP
Adam T. Savett
845 Third Avenue
New York, NY 10022
Tel.: (212) 451-9655
Tel.: (877) 370-7703
Email: asavett@wolfpopper.com

**SOURCE:** Wolf Popper LLP