# EXHIBIT B

# EXHIBIT B

## CERTIFICATION OF LEAD PLAINTIFF PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Edward Friedman, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.    I have reviewed the complaint on file with my counsel.

2.    I did not purchase or sell the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action or any other litigation under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of the class, including testifying at deposition or trial, if necessary.

4.    The following are my transactions during the Class Period in the common stock of Enviva Inc. are set forth in **Exhibit 1**.

5.    I will not accept any payment for serving as a representative party beyond my pro-rata share of any recovery, except reasonable costs and expenses — such as lost wages and travel expenses — directly related to the class representation, as ordered or approved by the Court pursuant to law.

6.    I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2023, at Wilmington, Delaware.

*Edward Friedman*

_____

EDWARD FRIEDMAN

# Exhibit 1

**ENVIVA PURCHASE AND SALES**
**Between November 3, 2022 and May 3, 2023**

**EDWARD FRIEDMAN**

| Purchase Date | Security Type | Shares Purchased | Share Price | Sale Date | Security Type | Shares Sold | Share Price |
|---|---|---|---|---|---|---|---|
| 11/22/2022 | EVA Common Shares | 113 | $59.33 | 2/7/2023 | EVA Call Options | (1,000) | $0.05 |
| 12/20/2022 | EVA Assigned Put Options | 1,000 | $55.00 | 2/7/2023 | EVA Call Options | (4,000) | $0.76 |
| 12/21/2022 | EVA Common Shares | 45 | $54.98 | 2/7/2023 | EVA Call Options | (4,000) | $0.66 |
| 2/2/2023 | EVA Common Shares | 1 | $45.71 | 2/7/2023 | EVA Call Options | (2,000) | $0.76 |
| 2/2/2023 | EVA Common Shares | 2 | $45.55 | 2/7/2023 | EVA Call Options | (1,400) | $0.65 |
| 2/2/2023 | EVA Common Shares | 10 | $45.75 | 2/10/2023 | EVA Call Options | (1,000) | $0.22 |
| 2/2/2023 | EVA Common Shares | 10 | $45.90 | 3/13/2023 | EVA Common Shares | (100) | $31.74 |
| 2/2/2023 | EVA Common Shares | 10 | $45.91 | 3/13/2023 | EVA Common Shares | (86) | $31.79 |
| 2/2/2023 | EVA Common Shares | 12 | $45.95 | 3/13/2023 | EVA Common Shares | (46) | $31.77 |
| 2/2/2023 | EVA Common Shares | 62 | $45.88 | 3/13/2023 | EVA Common Shares | (1) | $31.81 |
| 2/2/2023 | EVA Common Shares | 98 | $45.63 | 3/16/2023 | EVA Common Shares | (298) | $30.85 |
| 2/2/2023 | EVA Common Shares | 100 | $45.64 | 3/24/2023 | EVA Common Shares | (2,700) | $27.44 |
| 2/2/2023 | EVA Common Shares | 100 | $45.81 | | | | |
| 2/2/2023 | EVA Common Shares | 100 | $45.84 | | | | |
| 2/2/2023 | EVA Common Shares | 100 | $45.95 | | | | |
| 2/2/2023 | EVA Common Shares | 167 | $45.68 | | | | |
| 2/2/2023 | EVA Common Shares | 200 | $45.92 | | | | |
| 2/2/2023 | EVA Common Shares | 200 | $45.96 | | | | |
| 2/2/2023 | EVA Common Shares | 328 | $45.93 | | | | |
| 2/2/2023 | EVA Common Shares | 10,715 | $45.97 | | | | |
| 2/6/2023 | EVA Common Shares | 20 | $47.80 | | | | |
| 2/6/2023 | EVA Common Shares | 100 | $47.59 | | | | |

| Purchase Date | Security Type | Shares Purchased | Share Price | Sale Date | Security Type | Shares Sold | Share Price |
|---|---|---|---|---|---|---|---|
| 2/6/2023 | EVA Common Shares | 100 | $47.61 | | | | |
| 2/6/2023 | EVA Common Shares | 100 | $47.62 | | | | |
| 2/6/2023 | EVA Common Shares | 100 | $47.62 | | | | |
| 2/6/2023 | EVA Common Shares | 100 | $47.70 | | | | |
| 2/6/2023 | EVA Common Shares | 100 | $47.72 | | | | |
| 2/6/2023 | EVA Common Shares | 121 | $47.73 | | | | |
| 2/6/2023 | EVA Common Shares | 180 | $47.63 | | | | |
| 2/6/2023 | EVA Common Shares | 210 | $47.61 | | | | |
| 2/6/2023 | EVA Common Shares | 310 | $47.62 | | | | |
| 2/6/2023 | EVA Common Shares | 700 | $47.60 | | | | |
| 2/6/2023 | EVA Common Shares | 730 | $47.81 | | | | |
| 2/6/2023 | EVA Common Shares | 696 | $47.89 | | | | |
| 2/8/2023 | EVA Common Shares | 8,551 | $47.82 | | | | |
| 2/9/2023 | EVA Common Shares | 4 | $46.15 | | | | |
| 2/13/2023 | EVA Common Shares | 2 | $45.60 | | | | |
| 2/22/2023 | EVA Assigned Put Options | 1,000 | $50.00 | | | | |
| 2/21/2023 | EVA Common Shares | 14 | $43.80 | | | | |
| 3/1/2023 | EVA Common Shares | 114 | $38.70 | | | | |
| 5/1/2023 | EVA Common Shares | 119 | $20.88 | | | | |

## CERTIFICATION OF LEAD PLAINTIFF PURSUANT
## TO THE FEDERAL SECURITIES LAWS

I, Henry Rich, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.     I have reviewed the complaint on file with my counsel.

2.     I did not purchase or sell the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action or any other litigation under the federal securities laws.

3.     I am willing to serve as a representative party on behalf of the class, including testifying at deposition or trial, if necessary.

4.     The following are my transactions during the Class Period in the securities of Enviva are set forth in **Exhibit 1**.

5.     I will not accept any payment for serving as a representative party beyond my pro-rata share of any recovery, except reasonable costs and expenses — such as lost wages and travel expenses — directly related to the class representation, as ordered or approved by the Court pursuant to law.

6.     I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  11/7/2023 | 12:13 PM PST .

*Henry Rich*

_____

HENRY RICH

# Exhibit 1

**ENVIVA PURCHASE AND SALES**
**Between November 3, 2022 and May 3, 2023**

**HENRY RICH**

| Purchase Date | Security Type | Shares Purchased | Share Price | Sale Date | Security Type | Shares Sold | Share Price |
|---|---|---|---|---|---|---|---|
| 1/20/2023 | EVA Common Stock | 500 | $46.20 | 3/3/2023 | EVA Common Stock | (500) | $38.80 |
| 1/23/2023 | EVA Common Stock | 10 | $46.24 | | | | |
| 1/23/2023 | EVA Common Stock | 490 | $46.30 | | | | |
| 1/23/2023 | EVA Common Stock | 500 | $46.30 | | | | |
| 1/23/2023 | EVA Common Stock | 500 | $46.20 | | | | |
| 1/31/2023 | EVA Common Stock | 2,000 | $45.40 | | | | |
| 2/1/2023 | EVA Common Stock | 500 | $44.15 | | | | |
| 2/17/2023 | EVA Common Stock | 1,000 | $44.56 | | | | |
| 2/21/2023 | EVA Common Stock | 2,500 | $43.35 | | | | |
| 3/1/2023 | EVA Call Options | 2,500 | $17.70 | | | | |
| 3/2/2023 | EVA Common Stock | 1,000 | $36.00 | | | | |
| 3/2/2023 | EVA Common Stock | 2,000 | $36.00 | | | | |
| 3/8/2023 | EVA Common Stock | 2,500 | $34.65 | | | | |
| 3/10/2023 | EVA Common Stock | 746 | $31.67 | | | | |
| 3/10/2023 | EVA Common Stock | 673 | $31.67 | | | | |
| 3/10/2023 | EVA Common Stock | 1,079 | $31.67 | | | | |
| 3/10/2023 | EVA Common Stock | 2 | $31.66 | | | | |
| 3/15/2023 | EVA Common Stock | 2,500 | $29.70 | | | | |
| 3/20/2023 | EVA Call Options | 2,500 | $9.00 | | | | |
| 4/6/2023 | EVA Call Options | 5,000 | $4.20 | | | | |
| 4/6/2023 | EVA Call Options | 5,000 | $4.10 | | | | |
| 4/21/2023 | EVA Call Options | 5,000 | $2.90 | | | | |