# EXHIBIT C

# EXHIBIT C

**Summary Loss Chart**

**Enviva Inc.**

**Class Period: November 3, 2022 to May 3, 2023**

| Movant | Shares Purchased | Amount Expended | Shares Sold | Amount Received | 90-Day* Mean Price $10.88 Estimated Value | Losses |
|---|---|---|---|---|---|---|
| Edward Friedman | | | | | | |
| | 26,744 | ($1,262,417.36) | (16,631) | $99,062.41 | $110,029.44 | ($1,053,325.51) |
| Henry Rich | | | | | | |
| | 38,500 | ($829,109.38) | (500) | $19,400.00 | $413,440.00 | ($396,269.38) |

| | | | | |
|---|---|---|---|---|
| **Shares Purchased:** | **65,244** | Shares Sold: | (17,131) | |
| Net Shares Purchased: | 48,113 | | | |
| | | | **Total Losses:** | **($1,449,594.89)** |

**Loss Chart (Edward Friedman)**

| Name | Purchase Date | Security Type | Shares Purchased | Share Price | Total Cost | Sale Date | Security Type | Shares Sold | Share Price | Total Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Edward Friedman** | | | | | | | | | | | |
| | 11/22/2022 | EVA Common Shares | 113 | $59.33 | ($6,704.29) | 2/7/2023 | EVA Call Options | (1,000) | $0.05 | $50.00 | |
| | 12/20/2022 | EVA Assigned Put Options | 1,000 | $55.00 | ($55,000.00) | 2/7/2023 | EVA Call Options | (4,000) | $0.76 | $3,040.00 | |
| | 12/21/2022 | EVA Common Shares | 45 | $54.98 | ($2,474.10) | 2/7/2023 | EVA Call Options | (4,000) | $0.66 | $2,640.00 | |
| | 2/2/2023 | EVA Common Shares | 1 | $45.71 | ($45.71) | 2/7/2023 | EVA Call Options | (2,000) | $0.76 | $1,520.00 | |
| | 2/2/2023 | EVA Common Shares | 2 | $45.55 | ($91.10) | 2/7/2023 | EVA Call Options | (1,400) | $0.65 | $910.00 | |
| | 2/2/2023 | EVA Common Shares | 10 | $45.75 | ($457.50) | 2/10/2023 | EVA Call Options | (1,000) | $0.22 | $220.00 | |
| | 2/2/2023 | EVA Common Shares | 10 | $45.90 | ($459.00) | 3/13/2023 | EVA Common Shares | (100) | $31.74 | $3,174.00 | |
| | 2/2/2023 | EVA Common Shares | 10 | $45.91 | ($459.10) | 3/13/2023 | EVA Common Shares | (86) | $31.79 | $2,733.94 | |
| | 2/2/2023 | EVA Common Shares | 12 | $45.95 | ($551.40) | 3/13/2023 | EVA Common Shares | (46) | $31.77 | $1,461.42 | |
| | 2/2/2023 | EVA Common Shares | 62 | $45.88 | ($2,844.56) | 3/13/2023 | EVA Common Shares | (1) | $31.81 | $31.81 | |
| | 2/2/2023 | EVA Common Shares | 98 | $45.63 | ($4,471.74) | 3/16/2023 | EVA Common Shares | (298) | $30.85 | $9,193.24 | |
| | 2/2/2023 | EVA Common Shares | 100 | $45.64 | ($4,564.00) | 3/24/2023 | EVA Common Shares | (2,700) | $27.44 | $74,088.00 | |
| | 2/2/2023 | EVA Common Shares | 100 | $45.81 | ($4,581.00) | | | | | | |
| | 2/2/2023 | EVA Common Shares | 100 | $45.84 | ($4,584.00) | | | | | | |
| | 2/2/2023 | EVA Common Shares | 100 | $45.95 | ($4,595.00) | | | | | | |
| | 2/2/2023 | EVA Common Shares | 167 | $45.68 | ($7,628.56) | | | | | | |
| | 2/2/2023 | EVA Common Shares | 200 | $45.92 | ($9,184.00) | | | | | | |
| | 2/2/2023 | EVA Common Shares | 200 | $45.96 | ($9,192.00) | | | | | | |
| | 2/2/2023 | EVA Common Shares | 328 | $45.93 | ($15,065.04) | | | | | | |
| | 2/2/2023 | EVA Common Shares | 10,715 | $45.97 | ($492,568.55) | | | | | | |
| | 2/6/2023 | EVA Common Shares | 20 | $47.80 | ($956.00) | | | | | | |
| | 2/6/2023 | EVA Common Shares | 100 | $47.59 | ($4,759.00) | | | | | | |
| | 2/6/2023 | EVA Common Shares | 100 | $47.61 | ($4,760.50) | | | | | | |
| | 2/6/2023 | EVA Common Shares | 100 | $47.62 | ($4,761.50) | | | | | | |
| | 2/6/2023 | EVA Common Shares | 100 | $47.62 | ($4,761.60) | | | | | | |
| | 2/6/2023 | EVA Common Shares | 100 | $47.70 | ($4,770.00) | | | | | | |
| | 2/6/2023 | EVA Common Shares | 100 | $47.72 | ($4,772.00) | | | | | | |
| | 2/6/2023 | EVA Common Shares | 121 | $47.73 | ($5,775.33) | | | | | | |
| | 2/6/2023 | EVA Common Shares | 180 | $47.63 | ($8,573.40) | | | | | | |
| | 2/6/2023 | EVA Common Shares | 210 | $47.61 | ($9,998.10) | | | | | | |
| | 2/6/2023 | EVA Common Shares | 310 | $47.62 | ($14,762.20) | | | | | | |
| | 2/6/2023 | EVA Common Shares | 700 | $47.60 | ($33,320.00) | | | | | | |

| Name | Purchase Date | Security Type | Shares Purchased | Share Price | Total Cost | Sale Date | Security Type | Shares Sold | Share Price | Total Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2/6/2023 | EVA Common Shares | 730 | $47.81 | ($34,901.30) | | | | | | |
| | 2/6/2023 | EVA Common Shares | 696 | $47.89 | ($33,331.44) | | | | | | |
| | 2/8/2023 | EVA Common Shares | 8,551 | $47.82 | ($408,908.82) | | | | | | |
| | 2/9/2023 | EVA Common Shares | 4 | $46.15 | ($184.60) | | | | | | |
| | 2/13/2023 | EVA Common Shares | 2 | $45.60 | ($91.20) | | | | | | |
| | 2/21/2023 | EVA Common Shares | 14 | $43.80 | ($613.20) | | | | | | |
| | 2/22/2023 | EVA Assigned Put Options | 1,000 | $50.00 | ($50,000.00) | | | | | | |
| | 3/1/2023 | EVA Common Shares | 114 | $38.70 | ($4,411.80) | | | | | | |
| | 5/1/2023 | EVA Common Shares | 119 | $20.88 | ($2,484.72) | | | | | | |
| | **Subtotal:** | | **26,744** | | **($1,262,417.36)** | | | **(16,631)** | | **$99,062.41** | |
| | | | | | | **Retained:*** | | **(10,113)** | **$10.88** | **$110,029.44** | **(1,053,325.51)** |

*The value of the retained shares are calcaulated based on the 90-day look-back price of $10.88 in compliance with  15 U.S.C. § 78u-4(e)(1).

**Loss Chart (Henry Rich)**

| Name | Purchase Date | Security Type | Shares Purchased | Share Price | Total Cost | Sale Date | Security Type | Shares Sold | Share Price | Total Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Henry Rich** | | | | | | | | | | | |
| | 1/20/2023 | EVA Common Stock | 500 | $46.20 | ($23,100.00) | 3/3/2023 | EVA Common Stock | (500) | $38.80 | $19,400.00 | |
| | 1/23/2023 | EVA Common Stock | 10 | $46.24 | ($462.40) | | | | | | |
| | 1/23/2023 | EVA Common Stock | 490 | $46.30 | ($22,687.00) | | | | | | |
| | 1/23/2023 | EVA Common Stock | 500 | $46.30 | ($23,150.00) | | | | | | |
| | 1/23/2023 | EVA Common Stock | 500 | $46.20 | ($23,100.00) | | | | | | |
| | 1/31/2023 | EVA Common Stock | 2,000 | $45.40 | ($90,800.00) | | | | | | |
| | 2/1/2023 | EVA Common Stock | 500 | $44.15 | ($22,075.00) | | | | | | |
| | 2/17/2023 | EVA Common Stock | 1,000 | $44.56 | ($44,560.00) | | | | | | |
| | 2/21/2023 | EVA Common Stock | 2,500 | $43.35 | ($108,375.00) | | | | | | |
| | 3/1/2023 | EVA Call Options | 2,500 | $17.70 | ($44,250.00) | | | | | | |
| | 3/2/2023 | EVA Common Stock | 1,000 | $36.00 | ($36,000.00) | | | | | | |
| | 3/2/2023 | EVA Common Stock | 2,000 | $36.00 | ($72,000.00) | | | | | | |
| | 3/8/2023 | EVA Common Stock | 2,500 | $34.65 | ($86,625.00) | | | | | | |
| | 3/10/2023 | EVA Common Stock | 746 | $31.67 | ($23,625.82) | | | | | | |
| | 3/10/2023 | EVA Common Stock | 673 | $31.67 | ($21,313.91) | | | | | | |
| | 3/10/2023 | EVA Common Stock | 1,079 | $31.67 | ($34,171.93) | | | | | | |
| | 3/10/2023 | EVA Common Stock | 2 | $31.66 | ($63.32) | | | | | | |
| | 3/15/2023 | EVA Common Stock | 2,500 | $29.70 | ($74,250.00) | | | | | | |
| | 3/20/2023 | EVA Call Options | 2,500 | $9.00 | ($22,500.00) | | | | | | |
| | 4/6/2023 | EVA Call Options | 5,000 | $4.20 | ($21,000.00) | | | | | | |
| | 4/6/2023 | EVA Call Options | 5,000 | $4.10 | ($20,500.00) | | | | | | |
| | 4/21/2023 | EVA Call Options | 5,000 | $2.90 | ($14,500.00) | | | | | | |
| | **Subtotal:** | | **38,500** | | **($829,109.38)** | | | **(500)** | | **$19,400.00** | |
| | | | | | | | **Retained:*** | **(38,000)** | **$10.88** | **$413,440.00** | **($396,269.38)** |

*The value of the retained shares are calcaulated based on the 90-day look-back price of $10.88 in compliance with 15 U.S.C. § 78u-4(e)(1).