# EXHIBIT D

# EXHIBIT D

DocuSign Envelope ID: C82CFD51-55C6-4696-85C2-61E74A128365

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |
|---|---|
| TAJE DHATT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENVIVA INC., *et al.*,<br><br>Defendants. | Civil Case No. 23-cv-2474 DLB<br><br>**Joint Declaration in Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel** |

We, Edward Friedman and Henry Rich, jointly declare as follows:

1.      We submit this Joint Declaration in support of our application for appointment as lead plaintiff under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of our selection of Bottini & Bottini, Inc. as lead counsel for the class.  We have personal knowledge of the information in this Joint Declaration relating to our own actions and beliefs.

2.      We are informed and understand the requirements of serving as lead plaintiff.  We are aware that the Court has the discretion to appoint as lead plaintiff the "person or group of persons" with the largest financial interest in the outcome of the litigation.  We decided to seek appointment as lead plaintiff jointly because we believe that we are the most adequate applicants to represent the interests of the entire class.

3.      Each of us has a substantial financial interest in the litigation against Enviva Inc. ("Enviva") based on our losses from having purchased Enviva stock, which are material to each of us.

1

DocuSign Envelope ID: C82CFD51-55C6-4696-85C2-61E74A128365

4.      We are well qualified to serve as lead plaintiffs.  Edward Friedman is a retired real estate investor with over five decades of experience in investing in the stock market.  An entrepreneur with a bachelor's degree from Harvard University and a master's degree from the University of Cambridge, Henry Rich has substantial experience in finance and investments.

5.      We have discussed serving as lead plaintiff with our counsel and are aware that the PSLRA was enacted to encourage investors with a large financial interest to become involved in leading securities class actions.  We understand that a lead plaintiff oversees counsel and acts as a fiduciary on behalf of all potential class members.

6.      We are aware and understand that it is our responsibility to keep informed regarding the status and progress of this action, the strengths and weaknesses of the case, and any prospects for resolution of this matter.

7.      We are aware and understand that as lead plaintiff, we will have the responsibility for making litigation decisions and directing counsel with respect to this litigation, after receiving the benefit of counsel's advice.

8.      We are willing to perform all of these duties on behalf of the class members.

9.      We are aware that a lead plaintiff has a fiduciary duty to the entire class, which we each intend to represent fully and faithfully in order to protect its interests.  We will take an active role in the prosecution of the case, including supervising counsel and ensuring that the case is handled in an efficient manner.

10.      To that end, we have established protocols to communicate with counsel and with each other by email and telephone.  We will continue to communicate regularly with counsel and each other regarding major litigation events, such as important motions, settlement discussions, trial preparation, and trial.

2

DocuSign Envelope ID: C82CFD51-55C6-4696-85C2-61E74A128365

11.     We are aware that we have the right to select counsel as part of the lead plaintiff process.  Based on Bottini & Bottini, Inc.'s substantial experience and expertise in prosecuting securities cases, we have selected the firm to represent the class in this case.

We declare under penalty of perjury that the foregoing facts are true and correct. Executed on November 9, 2023.

_Edward Friedman_
_____
Edward Friedman

_____
Henry Rich