**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| TAJE DHATT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ENVIVA INC., *et al* <br><br> Defendants. | Civil Action No.: 8:23-cv-02474-MJM |

**RESPONSE OF THE POPPEL GROUP TO THE COMPETING MOTIONS
FOR APPOINTMENT AS LEAD PLAINTIFF**

Lead Plaintiff Movants Harvey L. Poppel, Dr. Clinton Scott Poppel, Poptech, LP, and Poptech GC, LLC (the "Poppel Group") respectfully submit this response to the competing motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel. ECF Nos. 15-16.

On November 13, 2023, the Poppel Group filed their motion to be appointed Lead Plaintiff and to have its counsel, Wolf Popper LLP, approved as Lead Counsel for the Class. ECF No. 14. As stated in the Poppel Group's motion papers, the Poppel Group suffered an out-of-pocket loss of approximately $917,982 related to their investments in Enviva common stock during the Class Period, and satisfies the typicality and adequacy prongs of Federal Rule of Civil Procedure 23(a). *See* ECF No. 14 at 9-13.

Two other similar motions were filed on November 13, 2023 (in docket number order): (1) Andrew Davis ("Davis"), on behalf of himself, and as Trustee of the Katherine J. Davis Irrevocable Trust (ECF No. 15); (2) Edward Friedman and Henry Rich (together, the "Friedman-Rich Group" (ECF No. 16).

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the movant that has "the largest financial interest in the relief sought by the class" and "otherwise satisfies the requirements of Rule 23." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as Lead Plaintiff, and subject to a review of opposition briefs, it appears that Davis possesses the largest financial interest in the relief sought by the Class under the *Lax/Olsten* Factors used by courts in this Circuit, and is entitled to the statutory presumption that he is the most adequate plaintiff. *See Palm Tran, Inc. v. Emergent Biosolutions*, *Inc.*, No. PWG-21-955, 2021 U.S. Dist. LEXIS 244894, at *18 (D. Md. Dec. 23, 2021) (Grimm, J.).

The Poppel Group and their counsel, Wolf Popper LLP, remain ready, willing, and able to serve as Lead Plaintiff and Lead Counsel, or a class representative and class counsel, at the discretion of the Court or the Court-appointed Lead Plaintiff. Counsel for the Poppel Group researched and filed the initial Complaint in this action and have continued to research the Class's claims. The Class would benefit from their continued participation and advocacy in some capacity in this action.

The Poppel Group reserves any and all rights as members of the putative Class and to share in any recovery obtained in this action for the benefit of the Class members.

The Poppel Group reserves the right to petition the Court for an award of attorneys' fees and reimbursement of litigation costs and expenses, including lost wages, related to the investigation concerning the facts alleged in the initial Complaint, the preparation of the initial Complaint, the filing of the initial Complaint, or the issuance of the PSLRA Notice.

Dated: November 27, 2023

**THE KAPLAN LAW FIRM**

/s/ *Matthew B. Kaplan*

Matthew B. Kaplan, Bar No. 18636
1100 N Glebe Rd
Suite 1010
Arlington, VA 22201
Tel: (703) 665-9529
Email: mbkaplan@thekaplanlawfirm.com

*Counsel for Movant the Poppel Group and
Proposed Local Liaison Counsel for the Class*

**WOLF POPPER LLP**
Robert C. Finkel (*pro hac vice* motion to be filed)
Joshua Ruthizer (*pro hac vice* motion to be filed)
Adam Savett (*pro hac vice* motion to be filed)
845 Third Avenue, 12th Floor
New York, NY 10022
Tel: (212) 759-4600
Email: rfinkel@wolfpopper.com
Email: jruthizer@wolfpopper.com
Email: asavett@wolfpopper.com

*Counsel for Movant the Poppel Group and
Proposed Lead Counsel for the Class*