UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| TAJE DHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENVIVA INC., *et al.*,<br><br>Defendants. | Civil Case No. 23-cv-2474 DLB<br><br>**Supplemental Declaration of Albert Y. Chang in Support of the Friedman-Rich Group's Preliminary Opposition to the Competing Motions for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel and Liaison Counsel** |

Under 28 U.S.C. § 1746, I, Albert Y. Chang, declare as follows:

1.      I am an attorney with the law firm of Bottini & Bottini, Inc., counsel for movants Edward Friedman and Henry Rich (the "Friedman-Rich Group"). I make this supplemental declaration in support of the Friedman-Rich Group's preliminary opposition to the competing motions for appointment of lead plaintiff and approval of the lead plaintiff's selection of lead counsel and liaison counsel under Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B). I have personal knowledge of the facts stated in this declaration; I could and would testify to these facts, if called upon to do so.

2.      Movant Andrew Davis states in his November 12, 2023 certification that he purchased, on behalf of the Katherine J. Davis Irrevocable Trust, 196,925 shares of Enviva stock at approximately $24.99 per share in a single transaction on April 6, 2023. *See* Dkt. No. 15-5 at 3.

3.      On November 27, 2023, I accessed the trading data of Enviva Inc. stock reported by Yahoo! Finance (available at https://finance.yahoo.com/quote/EVA/

1

history?p=EVA).   According to Yahoo! Finance, approximately 1,297,200 shares of Enviva stock were traded on April 6, 2023.  Davis's reported April 6, 2023 purchase of 196,925 shares of Enviva stock constitutes over 15% of the overall trading on that day.

4.      By comparison, for example, the Friedman-Rich Group reports the purchases of 3,567 shares of Enviva stock on February 6, 2023 — constituting only 0.74% of the trading volume of that day (482,500)[1] — in 14 transactions at various prices.  *See* Dkt. No. 16-5 at 3–4.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on November 27, 2023, at La Jolla, California.



s/ Albert Y. Chang
Albert Y. Chang

---

[1] According to Yahoo! Finance, approximately 482,500 shares of Enviva stock were traded on February 6, 2023.