**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| TAJE DHATT, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ENVIVA INC., *et al.*,<br><br>  Defendants. | Case No. 8:23-cv-02474-MJM |

**DECLARATION OF ANDREW DAVIS IN SUPPORT OF HIS MOTION FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Andrew Davis, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of my Motion for Appointment as Lead Plaintiff and Approval of Counsel in the instant class action on behalf of Enviva Inc. ("Enviva") investors pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2.      I, Andrew Davis, reside in Kenilworth, Illinois. I am an entrepreneur, I own multiple businesses, and I have an MBA degree from Washington University. I have years of experience managing my investments. I am the Trustee of the Katherine J. Davis Irrevocable Trust (the "Trust").

3.      I maintain the Trust account in which I transacted in Enviva shares with Commerce Trust Company, a wealth management firm. I receive monthly statements from Commerce Trust Company detailing my holdings and transactions in the Trust. The monthly statement covering the period of April 1, 2023 to April 30, 2023 states that I purchased 196,925 shares of Enviva on April 6, 2023 at $24.9952 per share. The monthly statement covering the period of May 1, 2023 to May 31, 2023 states that I sold 196,925 shares of Enviva on May 9, 2023 at $9.0069 per share. I am willing to present the monthly statements, *in camera*, to the Court if the Court requests.

4.      Based on public information I reviewed regarding Enviva, I directed Commerce Trust Company to purchase approximately $5,000,000 on behalf of the Trust. which Commerce Trust Company executed on April 6, 2023. I later requested that the shares be sold, which Commerce Trust Company executed on May 9, 2023.

5.      At the direction of my counsel, I inquired with Commerce Trust Company to clarify whether they executed the purchase and sale as single transactions, as presented in the monthly statements, or as multiple transactions. In response, Commerce Trust Company provided records

1

showing that they executed the trades in multiple smaller transactions. Commerce Trust Company provided documentation to me stating that they purchased 196,925 shares on April 6, 2023, through 1,467 individual transactions, between 1:24 p.m. and 4:00 p.m. Eastern Time, at prices ranging from $24.51 to $25.17 per share. Commerce Trust Company also provided documentation showing that they sold 196,925 shares on May 9, 2023, through 991 individual transactions between 10:30 a.m. and 3:59 p.m. Eastern Time, at prices ranging from $8.33 to $9.25 per share.

6. While the transactions provided in my original certification match the Trust's monthly statements, in an abundance of caution and in the interest of completeness, I am providing an amended certification, listing the individual transactions executed by Commerce Trust Company, attached to this declaration as Exhibit A.

7. I believe that the securities class action against Enviva is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the class. I suffered a substantial loss on my investments in Enviva securities, and I have the ability and competency to oversee this litigation to a successful conclusion. It is for this reason that I decided to seek appointment as lead plaintiff in this action.

8. I am informed of and understand the requirements and duties imposed by the PSLRA. I understand the responsibilities of being a lead plaintiff, including my fiduciary duty to the class. I understand that if I am appointed as lead plaintiff, I will owe a duty to all members of the putative class to provide fair and adequate representation and to work with counsel to obtain the best possible recovery in good faith and with vigorous advocacy. I am committed to the prosecution of this case and will remain actively involved.

9. I have selected counsel in this action based upon their experience and am confident in their ability to work with me to protect the interest of the class. I understand that one of my

2

primary responsibilities will be overseeing counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation. I will continue to supervise counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

10.    I understand that, as the lead plaintiff in this action, I will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/7/2023___.

_Andrew Davis_
Andrew Davis

3