**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TAJE DHATT, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ENVIVA, INC.,<br>*et al.*,<br><br>    Defendants. | Civil Action No.:  MJM-23-2474 |

## **ORDER**

Having considered the competing motions for appointment of lead plaintiff and approval of class counsel, and for reasons stated in the accompanying Memorandum, it is this 13th day of February 2024, by the United States District Court for the District of Maryland,

ORDERED that Andrew Davis's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (ECF 15) is GRANTED; and it is further

ORDERED that Andrew Davis, on behalf of himself and as Trustee of the Katherine J. Davis Irrevocable Trust, is APPOINTED as Lead Plaintiff, pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and it is further

ORDERED that the selection of Glancy Prongay & Murray LLP as Lead Counsel for the class and Weisbrod Matteis & Copley PLLC as Liaison Counsel for the class is APPROVED, pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and it is further

ORDERED that the Poppel Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (ECF 13) and the Friedman-Rich Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and Liaison Counsel (ECF 16) are DENIED.

          /S/ _____
          Matthew J. Maddox
          United States District Judge