**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TAJE DHATT, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>ENVIVA INC., *et al.*,<br><br>      Defendants. | Civil Action No.: 8:23-cv-02474-MJM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
<u>DEFENDANT ENVIVA, INC. ONLY</u>**

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff Andrew Davis ("Plaintiff") hereby voluntarily dismisses his claims against Defendant Enviva, Inc. ("Enviva"), without prejudice. Enviva has not served an answer or a motion for summary judgment.

For the avoidance of doubt, Plaintiff is not dismissing his claims against any other defendants.

DATED: March 15, 2024

**WEISBROD MATTEIS & COPLEY PLLC**

By: */s/ William E. Jacobs*
Stephen A. Weisbrod (# 14795)
William E. Jacobs (#21975)
3000 K Street NW, Suite 275
Washington, D.C. 20007
Telephone: (202) 499-7900
Email:  sweisbrod@wmclaw.com
wjacobs@wmclaw.com

*Liaison Counsel for Lead Plaintiff Andrew Davis and the Proposed Class*

**GLANCY PRONGAY & MURRAY LLP**

Robert V. Prongay (*pro hac vice*)
Charles H. Linehan (*pro hac vice*)
Pavithra Rajesh (*pro hac vice*)
Garth Spencer (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  rprongay@glancylaw.com
clinehan@glancylaw.com
prajesh@glancylaw.com
gspencer@glancylaw.com

*Lead Counsel for Lead Plaintiff Andrew Davis
and the Proposed Class*