# Exhibit 4

*CONFIDENTIAL*
*SUBJECT TO FRE 408*
*BAKER BOTTS DRAFT – SUBJECT TO CHANGE*

## PHASE ONE

**RESPONSES TO QUESTIONS**

**Question #1**:  **List of witnesses interviewed to date and when**.

- 15 officers and employees from Enviva accounting, finance, operations, and legal, consisting of the following:

| Last | First | Position (as of November 2023) | Date |
| --- | --- | --- | --- |
| Cabe | Greg | Senior Director, Product Quality | 2023.12.21 |
| Colander | Brandi | SVP, Sustainability and Government Affairs | 2023.12.18 |
| Farnan | Greg | Corporate Accounting Controller | 2024.01.26 |
| Geraghty | James | SVP, Finance | 2024.01.24 |
| Keppler | John | Director (formerly CEO) | 2024.01.22 |
| Lugsdin | Gordon | Senior Director, Portfolio Mgmt & Freight | 2024.01.04 |
| Meth | Thomas | President | 2024.01.25 |
| Nunziata | Glenn | Interim CEO and CFO | 2024.02.06 |
| Paral | Jason | EVP, GC and Secretary | 2024.01.23 |
| Ricker | Rina | Director, Revenue Recognition & Accounting | 2023.12.20 |
| Schmidt | Bill | Special Advisor (formerly EVP, GC) | 2024.02.26 |
| Tait | Justin | Director, Commerce & Sustainability | 2023.12.21 |
| Taylor | JP | SVP and Chief Commercial Officer | 2023.12.19 |
| Walsh | Kate | Investor Relations | 2024.02.06 |
| Young | Oscar | VP, Technical Accounting | 2023.12.20 |

- In addition to each of the officers and employees above, we also met with each director, although these meetings were not formal interviews.

**Question #2**:  **What interviews are forthcoming**?

- No additional interviews scheduled regarding Q4 2022 Transactions.

- Currently, we anticipate additional interviews of James Geraghty, JP Taylor, Jason Paral, Ralph Alexander (Chairman), John Bumgarner, Jr. (Member of Audit Committee) and potentially Bill Schmidt regarding transactions (other than the Q4 2022 Transactions).

*CONFIDENTIAL*
*SUBJECT TO FRE 408*
*BAKER BOTTS DRAFT – SUBJECT TO CHANGE*

**Question #3**:  Who's emails have been reviewed and what time period was covered.

- We obtained <u>unfiltered</u> Microsoft Office365 accounts (emails, documents, Teams chats) for the following 16 custodians reaching back to January 1, 2022:

| Last | First | Title |
| --- | --- | --- |
| Cabe | Greg | Senior Director, Product Quality |
| Colander | Brandi | SVP, Sustainability and Government Affairs |
| Even | Shai | CFO (former) |
| Geraghty | Jim | SVP, Finance |
| Johnson | Mike | VP & CAO (former) |
| Keppler | John | CEO (former); Director |
| Lorraine | Craig | SVP, Optimization & Origination |
| Lugsdin | Gordon | Senior Director, Portfolio Mgmt & Freight |
| Ma | Wushuang | VP & Treasurer (former) |
| Meth | Thomas | President |
| Paral | Jason | EVP, GC, and Secretary |
| Ricker | Rina | Director, Revenue Recognition & Accounting |
| Schmidt | Bill | Special Advisor (formerly EVP, GC) |
| Smith | Royal | EVP, Operations (former) |
| Tait | Justin | Director, Commerce & Sustainability |
| Taylor | JP | SVP and Chief Commercial Officer |

- Resulting universe collected was approximately 2 million emails, documents and Teams chats, which were analyzed using targeted search terms (see below), data analytics, and temporal targeting.

ACTIVE 117418697.1                                      2

*CONFIDENTIAL*
*SUBJECT TO FRE 408*
*BAKER BOTTS DRAFT – SUBJECT TO CHANGE*

## ADDITIONAL INFORMATION

- For Emails and Documents, the time period searched ranged from January 1, 2022 through November 14, 2023; searches were made using the following terms:

| | |
|---|---|
| - CTS | - "ASC 845" |
| - RWE* | - OP_WP_0231* |
| - Orsted | - OP_WP_0226* |
| - "approval request" | - OP_WP_0215* |
| - "adjusted EBITDA" | - OP_WP_0220* |
| - "ASC 606" | - "meet guidance" |
| - "time-sensitive" | - "hedge" |
| - "deferred gross margin" | - "dirty hedge" |
| - Studstrup | - dirty AND hedge |

- For Teams chats, the time period searched ranged from August 1, 2022 through May 31, 2023, and covered the following custodians:

| | |
|---|---|
| - Even, Shai | - Paral, Jason |
| - Geraghty, Jim | - Ricker, Rina |
| - Johnson, Mike | - Schmidt, Bill |
| - Keppler, John | - Taylor, JP |
| - Meth, Thomas | |

## Document Requests:

### Initial Documents Requested (all received from Enviva):

- Authorization packets and confirmation for each Q4 2022 transaction
- Delegation of Authority matrices
- Board minutes/decks (May 2022 – May 2023)
- Earnings call transcripts (Q3 2022 – Q1 2023)
- Investor presentations (Q3 2022 – Q1 2023)
- Compensation materials (annual, long-term incentive plans)
- Trading policies (insider trading, short-swing, stock ownership/retention)
- Organizational charts (as of November 2023)

*CONFIDENTIAL*
*SUBJECT TO FRE 408*
*BAKER BOTTS DRAFT – SUBJECT TO CHANGE*

**Additional Document Requests:**

- Board minutes/decks relevant to the RWE contracts

- Minutes of meetings of any finance or other committee meetings where the relevant RWE transactions were discussed

- Relevant communications with E&Y concerning the proper accounting associated with the transactions

- Relevant RWE contracts from Q4 2022 (i.e., four x buy/sell transactions)

- Relevant RWE transaction descriptions prepared (CTEs)

- Any policy/procedures/guidance around what should be included in a CTE (in Q4 2022 and now)

- Example of CTE done at the time that would be considered sufficient

- Example of CTE now (that includes language improvements)

- Org charts (Q4 2022 and now)

- Policy/procedures/guidance on the process for approving contracts (e.g., delegation of authority matrices)

- Policy/procedure/guidance on hedging contracts

- Q3 and Q4 2022 earnings call transcripts

- Q3 and Q4 2022 roads/investor presentations/scripts and/or notes from calls with analysts

- Q3 and Q4 2022 analyst reports

- Information on how bonus is determined and when a bonus is paid

- Policy/procedures/guidance on insiders ability to trade

- List of individuals subject to blackout periods in 2022 and 2023

- Any 10b5-1 plans