**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **ANDREW DAVIS**, et al., | **Case No. 8:23-CV-02474-MJM** |
| Plaintiffs, | |
| v. | |
| **JOHN K. KEPPLER,** et al., | |
| Defendants. | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

Defendants John K. Keppler, Thomas Meth, Shai S. Even, and Michael A. Johnson (together, the "Defendants") by their undersigned counsel, hereby jointly move to dismiss the Second Amended Class Action Complaint for Violations of the Federal Securities Law (the "Complaint") with prejudice. Defendants make this Motion pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), as well as the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, et seq. The reasons and grounds supporting this Motion are more specifically set forth in the accompanying Memorandum, which is incorporated by reference herein.

WHEREFORE, the Defendants respectfully move this Court to enter an Order granting this Motion to Dismiss and dismissing the Complaint, and all claims against Defendants as stated therein, with prejudice, and awarding such other and further relief as the Court deems appropriate.

1

Dated:  October 4, 2024

Respectfully submitted,

*/s/ Ronald J. Tenpas*
Ronald J. Tenpas (#14448)
  State Bar No. 24002307
VINSON & ELKINS L.L.P.
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6500
Telephone: (202) 639-6791
Fax: (202) 879-8981
rtenpas@velaw.com

Jeffrey S. Johnston (admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
845 Texas Avenue
Suite 4700
Houston, TX 77002
Telephone: (713) 758-2198
jjohnston@velaw.com

Robert Ritchie (admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
2001 Ross Avenue
Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7823
rritchie@velaw.com

*Attorneys for Defendants*

*/s/ Graeme W. Bush*
Graeme W. Bush (#02171)
Ezra B. Marcus
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Fax: (202) 822-8106
gbush@zuckerman.com
emarcus@zuckerman.com

*Attorneys for Defendant John K. Keppler*

2

**CERTIFICATE OF SERVICE**

I, Ronald J. Tenpas, hereby certify that on October 4, 2024, true copies of the foregoing were served on all counsel of record via the Court's ECF system in compliance with Fed. R. Civ. P. 5(a).

*/s/ Ronald J. Tenpas*
Ronald J. Tenpas