**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **ANDREW DAVIS**, et al., | Case No. 8:23-CV-02474-MJM |
| Plaintiffs, | |
| v. | |
| **JOHN K. KEPPLER**, et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING THE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

This matter came before the Court on a Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Motion") filed by Defendants John K. Keppler, Thomas Meth, Shai S. Even, and Michael A. Johnson pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), as well as the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, et seq. Upon consideration of the record before the Court and the arguments of the parties, it is hereby:

**ADJUDGED and ORDERED** that the Motion (ECF No. 49) is **GRANTED**, and that the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 48) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**DATED:**

_____
The Honorable Matthew J. Maddox
United States District Judge
District of Maryland

1