**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **ANDREW DAVIS**, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>**JOHN K. KEPPLER**, et al.,<br><br>                Defendants. | Case No. 8:23-CV-02474-MJM |

**DECLARATION OF ROBERT RITCHIE IN SUPPORT OF**
**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS**
**PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT FOR**
**VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, ROBERT RITCHIE hereby declare as follows:

1.      My name is Robert Ritchie.  I am over the age of 18 years old, of sound mind, capable of making this Declaration, and personally acquainted with the facts stated in this Declaration.  The facts herein are true and correct to the best of my knowledge.

2.      I am an attorney at Vinson & Elkins LLP, counsel for Defendants in the above-referenced litigation, and a member of the Bar of the State of Texas admitted pro hac vice to this Court for this action.

3.      I respectfully submit this declaration in support of the Defendants' Memorandum in Support of Their Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint for Violations of the Federal Securities Laws and Memorandum in Support, dated October 4, 2024, for the purpose of making part of the record the documentary evidence referred to in the Motion.

4.      A true and correct copy of Enviva, Inc., Quarterly Report (Form 10-Q) (Nov. 9, 2023) is attached hereto as Exhibit 1 (A0001–A0052).[1]

5.      A true and correct copy of Enviva, Inc., Q3 2022 Earnings Call Transcript (Nov. 3, 2022) is attached hereto as Exhibit 2 (A0053–A0066).

6.      A true and correct copy of Glenn Nunziata's Declaration (Mar. 13, 2024) is attached hereto as Exhibit 3 (A0067–A0217).

7.      A true and correct copy of Enviva, Inc., Annual Report (Form 10-K) (Mar. 1, 2023) is attached hereto as Exhibit 4 (A0218–A0373).

8.      A true and correct copy of Press Release, Enviva, Inc., *Enviva Reports First-Quarter 2023 Results, Updates 2023 Guidance, Changes Capital Allocation Priorities, and Announces New Contract* (May 3, 2023) is attached hereto as Exhibit 5 (A0374–A0399).

9.      A true and correct copy of Enviva, Inc. Q3 2023 Earnings Call Transcript (Nov. 9, 2023) is attached hereto as Exhibit 6 (A0400–A0404).

10.      A true and correct copy of Press Release, Enviva, Inc., *Enviva Reports 3Q 2022 Results* (Nov. 2, 2022) is attached hereto as Exhibit 7 (A0405–A0433).

11.      A true and correct copy of Press Release, Enviva, Inc., *Enviva Reports 4Q and Full-Year 2022 Results, Provides 2023 Guidance, and Announces New Customer Agreements* (Mar. 1, 2023) is attached hereto as Exhibit 8 (A0434–A0463).

12.      A true and correct copy of Enviva, Inc., Q2 2023 Earnings Call Transcript (Aug. 3, 2023) is attached hereto as Exhibit 9 (A0464 – A0473).

---

[1] For ease of reference, the exhibits to this declaration have been consecutively page numbered in the form "(A____)" in the bottom right of each page of these exhibits.

ii

13.    A true and correct copy of Enviva, Inc., Statement of Changes in Beneficial Ownership for John K. Keppler (Form 4) (Nov. 16, 2022) is attached hereto as Exhibit 10 (A0484–A0485).

14.    A true and correct copy of Enviva, Inc., Statement of Changes in Beneficial Ownership for John K. Keppler (Form 4) (Dec. 5, 2022) is attached hereto as Exhibit 11 (A0486–A0487).

15.    A true and correct copy of Argus Biomass Markets, *Methodology and Specifications Guide* (Nov. 2023) is attached hereto as Exhibit 12 (A0488–A0498).

16.    A true and correct copy of Enviva, Inc., April 3, 2023 Investor Day Presentation (Apr. 3, 2023) is attached hereto as Exhibit 13 (A0499–A0578).

17.    A true and correct copy of Enviva, Inc., Quarterly Report (Form 10-Q) (Aug. 3, 2023) is attached hereto as Exhibit 14 (A0579–A0618).

18.    A true and correct copy of Wall Street Transcript, *Company Interview Thomas Meth Enviva Inc.* (Feb. 20, 2023) (A0619–A0622).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on October 4, 2024.

*/s/  Robert Ritchie*
Robert Ritchie, Declarant

iii

# Appendix

| Ex. # | Description | Bates Range |
|---|---|---|
| 1 | Enviva, Inc., Quarterly Report (Form 10-Q) (Nov. 9, 2023) | A0001–A0052 |
| 2 | Enviva, Inc., Q3 2022 Earnings Call Transcript (Nov. 3, 2022) | A0053–A0066 |
| 3 | Glenn Nunziata's Declaration (Mar. 13, 2024) | A0067–A0217 |
| 4 | Enviva, Inc., Annual Report (Form 10-K) (Mar. 1, 2023) | A0218–A0373 |
| 5 | Press Release, Enviva, Inc., *Enviva Reports First-Quarter 2023 Results, Updates 2023 Guidance, Changes Capital Allocation Priorities, and Announces New Contract* (May 3, 2023) | A0374–A0399 |
| 6 | Enviva, Inc., Q3 2023 Earnings Call Transcript (Nov. 9, 2023) | A0400–A0404 |
| 7 | Press Release, Enviva, Inc., *Enviva Reports 3Q 2022 Results* (Nov. 2, 2022) | A0405–A0433 |
| 8 | Press Release, Enviva, Inc., *Enviva Reports 4Q and Full-Year 2022 Results, Provides 2023 Guidance, and Announces New Customer Agreements* (Mar. 1, 2023) | A0434–A0463 |
| 9 | Enviva, Inc., Q2 2023 Earnings Call Transcript (Aug. 3, 2023) | A0464–A0483 |
| 10 | Enviva, Inc., Statement of Changes in Beneficial Ownership for John K. Keppler (Form 4) (Nov. 16, 2022) | A0484–A0485 |
| 11 | Enviva, Inc., Statement of Changes in Beneficial Ownership for John K. Keppler (Form 4) (Dec. 5, 2022) | A0486–A0487 |
| 12 | Argus Biomass Markets, *Methodology and Specifications Guide* (Nov. 2023) | A0488–A0498 |
| 13 | Enviva, Inc., April 3, 2023 Investor Day Presentation (Apr. 3, 2023) | A0499–A0578 |
| 14 | Enviva, Inc., Quarterly Report (Form 10-Q) (Aug. 3, 2023) | A0579–A0618 |
| 15 | Wall Street Transcript, *Company Interview Thomas Meth Enviva Inc.* (Feb. 20, 2023) | A0619–A0622 |