# EXHIBIT 1
# Part 2

**ENVIVA INC. AND SUBSIDIARIES**
**Notes to Condensed Consolidated Financial Statements (Continued)**
**(In thousands, except number of shares or units, per share, and unless otherwise noted)**

dividends of $24.6 million during the nine months ended September 30, 2022. See Note 15, *Equity - Simplification Transaction* to the financial statements in our Annual Report on Form 10-K for the year ended December 31, 2022.

***Cash Dividends***

During the three months ended March 31, 2023, we declared dividends of $0.905 per common share totaling $60.9 million. No dividends were declared during the three months ended June 30, 2023 and the three months ended September 30, 2023. During the three months ended September 30, 2022, we declared dividends of $0.905 per common share totaling $62.0 million. During the three months ended June 30, 2022, we declared dividends of $0.905 per common share totaling $61.8 million. During the three months ended March 31, 2022, we declared dividends of $0.86 per common share totaling $59.0 million.

**(14) Equity-Based Awards**

***Enviva Inc. Long-Term Incentive Plan ("LTIP")***

*Employee Awards*

The following table summarizes information regarding restricted stock unit awards (the "Employee Awards") under the LTIP:

| | Time-Based Restricted Stock Units | | Performance-Based Restricted Stock Units[1] | | Total Employee Awards Restricted Stock Units | |
|---|---|---|---|---|---|---|
| | Units | Weighted-Average Grant Date Fair Value (per unit)[2] | Units | Weighted-Average Grant Date Fair Value (per unit)[2] | Units | Weighted-Average Grant Date Fair Value (per unit)[2] |
| Nonvested December 31, 2022 | 751,603 | $ 61.19 | 546,169 | $ 52.17 | 1,297,772 | $ 57.39 |
| Granted | 1,928,844 | $ 22.20 | 173,560 | $ 47.02 | 2,102,404 | $ 24.24 |
| Forfeitures | (276,731) | $ 41.23 | (315,302) | $ 60.21 | (592,033) | $ 51.34 |
| Vested | (523,344) | $ 39.14 | (167,699) | $ 62.25 | (691,043) | $ 44.75 |
| Nonvested September 30, 2023 | 1,880,372 | $ 25.04 | 236,728 | $ 70.13 | 2,117,100 | $ 30.08 |

[1] Performance-based restricted stock units vest dependent on the total shareholder return for Enviva Inc., relative to the constituents of the S&P 500 index over the units' respective performance periods. The vesting condition is accounted for as a market, not a performance, condition under the stock compensation accounting standard. Their grant date fair values were determined using a Monte Carlo multivariate model following standard assumptions. If their service condition is met, the compensation cost for these awards must be recognized even if the market condition is not achieved.

[2] Determined by dividing the aggregate grant date fair value of awards by the number of units.

During the three months ended March 31, 2023, we issued a one-time discretionary equity-based award to our employees. We issued 272,906 common shares to 487 employees and recognized non-cash equity-based compensation expense of $8.4 million associated with the common shares issued.

The unrecognized estimated non-cash equity-based compensation expense relating to outstanding Employee Awards as of September 30, 2023 was $37.5 million, which will be recognized over the remaining vesting period.

*Director Awards*

The following table summarizes information regarding restricted stock unit awards to independent directors of the Company under the LTIP:

| | Time-Based Restricted Stock Units | |
|---|---|---|
| | Units | Weighted-Average Grant Date Fair Value (per unit)[1] |
| Nonvested December 31, 2022 | 18,729 | $ 72.07 |
| Granted | 34,167 | $ 44.83 |
| Vested | (18,729) | $ 72.07 |
| Nonvested September 30, 2023 | 34,167 | $ 44.83 |

[1] Determined by dividing the aggregate grant date fair value of awards by the number of units.

A0025

**ENVIVA INC. AND SUBSIDIARIES**
**Notes to Condensed Consolidated Financial Statements (Continued)**
**(In thousands, except number of shares or units, per share, and unless otherwise noted)**

*Restricted Shares*

Certain employees previously received Series B units of our former sponsor that were intended to constitute "profits interests" as defined by the Internal Revenue Service that, due to the Simplification Transaction, converted to common shares of the Company. The common shares subject to restriction have had or will have their restrictions released as follows: one-third on each of December 31, 2022, 2023, and 2024. The unrecognized estimated non-cash equity-based compensation and other expense relating to outstanding common shares subject to restriction as of September 30, 2023 was $4.8 million, which will be recognized over the remaining vesting period.

**(15) Net Loss per Enviva Inc. Common Share**

We use the two-class method to calculate basic and diluted earnings per common share which requires earnings per share for each class of stock. Net loss attributable to common shareholders is increased for dividend equivalent rights paid on time-based restricted stock units during the period. The Preferred Shares did not share in a proportionate allocation of undistributed losses as it had no contractual obligation to share in losses of the Company.

Net loss per basic and diluted Enviva Inc. common share were computed as follows:

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|  | 2023 | 2022 | 2023 | 2022 |
|---|---|---|---|---|
| Net loss attributable to Enviva Inc. | $ (85,195) | $ (18,256) | $ (257,938) | $ (90,900) |
| Dividend equivalent rights paid on time-based restricted stock units | — | (840) | (854) | (2,639) |
| Net loss attributable to Enviva Inc. common stockholders | $ (85,195) | $ (19,096) | $ (258,792) | $ (93,539) |
| Weighted average shares outstanding - basic and diluted | 74,447 | 66,724 | 70,126 | 66,125 |
| Net loss per common share - basic and diluted | $ (1.14) | $ (0.29) | $ (3.69) | $ (1.41) |

**(16) Commitments and Contingencies**

*Commitments*

We have entered into throughput agreements expiring between 2023 and 2036 to receive terminal and stevedoring services at certain of our terminals, some of which include options for us to extend for up to 5 years. The agreements specify a minimum cargo throughput requirement at a fixed price per ton or a fixed fee, subject to an adjustment based on the consumer price index or the producer price index, for a defined period of time, ranging from monthly to annually. For the nine months ended September 30, 2023, terminal and stevedoring expenses were $8.8 million.

We have entered into long-term arrangements to secure transportation from our plants to our export terminals. Under certain of these agreements, which expire between 2023 through 2032, we are committed to various annual minimum volumes under multi-year fixed-cost contracts with third-party logistics providers for trucking and rail transportation, subject to increases in the consumer price index and certain fuel price adjustments. For the nine months ended September 30, 2023, ground transportation expenses were $42.3 million.

We have entered into long-term supply arrangements, expiring between 2024 through 2026, to purchase wood pellets from third-party vendors. The minimum annual purchase volumes are at a fixed price per MT adjusted for volume, pellet quality and certain shipping-related charges. The supply agreements for the purchase of 208,856 MT of wood pellets from British Columbia are fully offset by an agreement to sell 208,856 MT of wood pellets to the same counterparty from our terminal locations, where $32.2 million remains to be sold to such counterparty as of September 30, 2023. Under long-term supply arrangements, we purchased $39.6 million during the nine months ended September 30, 2023.

24

A0026

**ENVIVA INC. AND SUBSIDIARIES**
**Notes to Condensed Consolidated Financial Statements (Continued)**
**(In thousands, except number of shares or units, per share, and unless otherwise noted)**

Fixed and determinable portions of the minimum aggregate future payments under these firm terminal and stevedoring services, ground transportation and wood pellet supply agreements, with a remaining term in excess of one year as of September 30, 2023, through 2027 are as follows:

| | | |
|---|---|---:|
| 2023 (remaining three months) | $ | 127,481 |
| 2024 | | 371,055 |
| 2025 | | 236,217 |
| 2026 | | 92,123 |
| 2027 | | 5,989 |
| Total | $ | 832,865 |

In order to mitigate volatility in our shipping costs, we have entered into fixed-price shipping contracts with reputable shippers matching the terms and volumes of certain of our off-take contracts for which we are responsible for arranging shipping. Contracts with shippers, expiring between 2023 through 2039, include provisions as to the minimum amount of MT per year to be shipped and may also stipulate the number of shipments. Pursuant to these contracts, the terms of which extend up to 17 years, charges are based on a fixed-price per MT, and, in some cases, there are adjustment provisions for increases in the price of fuel or for other distribution-related costs. The charge per MT varies depending on the loading and discharge port. Shipping expenses included in cost of goods sold were $117.5 million during the nine months ended September 30, 2023.

25

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*Unless otherwise stated or the context otherwise indicates, "we," "us," "our," or the "Company" refer to Enviva Inc. and its subsidiaries.*

*The following discussion and analysis should be read in conjunction with Management's Discussion and Analysis in Part II, Item 7 of our Annual Report on Form 10-K for the year ended December 31, 2022 (the "2022 Form 10-K") as filed with the U.S. Securities and Exchange Commission (the "SEC"). Our 2022 Form 10-K contains a discussion of other matters not included herein, such as disclosures regarding critical accounting policies and estimates. You should also read the following discussion and analysis together with the risk factors set forth in the 2022 Form 10-K, Item 1A. "Risk Factors" and the factors described under "Cautionary Statement Regarding Forward-Looking Information" and Item 1A. "Risk Factors" in this Quarterly Report on Form 10-Q for information regarding certain risks inherent in our business.*

**Basis of Presentation**

The following discussion about matters affecting the financial condition and results of operations of the Company should be read in conjunction with the unaudited condensed consolidated financial statements and notes thereto included in this report and the audited consolidated financial statements and related notes that are included in the 2022 Form 10-K. Among other things, those financial statements and the related notes include more detailed information regarding the basis of presentation for the following information.

**Business Overview**

We develop, construct, acquire, and own and operate, fully contracted wood pellet production plants where we aggregate a natural resource, wood fiber, and process it into dry, densified, uniform pellets that can be effectively stored and transported around the world. We primarily sell our wood pellets through long-term, take-or-pay off-take contracts with creditworthy customers in the United Kingdom, the European Union, and Japan, who use our wood pellets to displace coal and other fossil fuels to generate power and heat as part of their efforts to accelerate the energy transition away from conventional energy sources. Our wood pellets meet the criteria put forth by the European Union's Renewable Energy Directive ("RED II") which includes biomass in its definition of renewable energy. The wood pellets we produce are viewed by our customers as a critical component of their efforts to reduce life-cycle greenhouse gas emissions in their core energy generation or industrial manufacturing processes and to mitigate the impact of climate change. We believe that our wood pellets also have potential applicability to hard-to-abate sectors as bio-based raw material feedstock to industrial processes formerly provided by fossil fuels where their use could reduce greenhouse gas emissions on a lifecycle basis and to generate process steam and heat in heavy industrial manufacturing like lime, sugar, steel, and cement, and to generate aviation fuels and other liquids.

We own and operate ten plants (collectively, "our plants") strategically located in Virginia, North Carolina, South Carolina, Georgia, Florida, and Mississippi. Our expected production volume of approximately 5.0 million metric tons ("MT") of wood pellets during 2023 is fully contracted. We export our wood pellets to global markets through our deep-water marine terminal at the Port of Chesapeake, Virginia, terminal assets at the Port of Wilmington, North Carolina and the Port of Pascagoula, Mississippi, and from third-party deep-water marine terminals in Savannah, Georgia, Mobile, Alabama, and Panama City, Florida. In 2022, we commenced construction of our fully contracted wood pellet production plant in Epes, Alabama (the "Epes plant"), which is designed and permitted to produce more than one million MT per year of wood pellets. In addition, we have ordered long lead time equipment for the construction of a wood pellet production plant near Bond, Mississippi (the "Bond plant") which is also designed and permitted to produce more than one million MT per year of wood pellets. We are evaluating a potential deferral of up to 12 months related to the construction of the Bond plant in light of ongoing liquidity management initiatives. All of our facilities are located in geographic regions with low input costs and favorable transportation logistics. Owning these cost-advantaged assets in a rapidly expanding industry provides us with a platform to generate stable cash flows. Our plants are sited in robust fiber baskets providing stable pricing for the low-grade fiber used to produce wood pellets. Our raw materials are byproducts of the sawmilling process or traditional timber harvesting, principally low-value wood materials, such as trees generally not suited for sawmilling or other manufactured forest products, and tree tops and limbs, understory, brush, and slash that are generated in a harvest.

Our primary sales strategy is to fully contract the wood pellet production from our plants under long-term, take-or-pay off-take contracts with a diversified and creditworthy customer base. Our long-term off-take contracts typically provide for fixed-price deliveries that often include provisions that escalate the price over time and are intended to provide for some margin protection. For 2023, our production capacity from our wood pellet production plants is contracted under our existing long-term, take-or-pay off-take contracts. In addition to generating durable cash flow from long-term, take-or-pay off-take contracts, we monitor sustained dislocations in the marketplace, and seek to opportunistically transact when pricing dynamics and contract flexibility provide avenues to potentially generate incremental gross margin. These commercial activities are aligned with the

A0028

terms of many of our off-take contracts, which generally provide us with the opportunity to flex a certain percentage of contracted shipments up or down. That flexibility, enabled by our multi-plant profile and scale, can create opportunities to optimize our gross margin when we sell under short-term contracts in times when spot market prices are elevated or, conversely, to purchase third-party volumes during times when spot market prices are depressed. However, these commercial activities are subject to market dynamics that can vary drastically; as a result, the financial impact of these activities may vary significantly from period to period.

In the fourth quarter of 2022, we were able to opportunistically transact on significantly elevated spot market prices by flexing a number of our long-term contracts, including by delaying or re-contracting shipments from the fourth quarter of 2022 into 2023. We entered into various agreements to sell and purchase wood pellets with an existing customer through 2025 at a fixed price per MT (the "Q4 2022 Transactions"). Under the Q4 2022 Transactions, the quantities we agreed to purchase during this period exceeded the quantities we agreed to sell. In addition, due to pricing dynamics at the time of the Q4 2022 Transactions, the fixed price per MT that we agreed to pay for the purchased volumes was significantly higher than the sales prices per MT under the pre-existing sales contracts for the corresponding periods. As a result, our ability to profit from these agreements was dependent on our ability to resell the purchased wood pellets under short-term contracts or spot agreements at sales prices higher than the purchase price, thus increasing our exposure to fluctuations in the wood pellet market. At the time that we entered into these purchase contracts, we believed that the global wood pellet market was substantially short for the foreseeable future and these incremental contracted purchases provided us with an opportunity to flexibly capture margin in future periods as well as to reduce our exposure to further increases in wood pellet market prices by securing physical volumes to supplement any shortfalls in our produced volumes to satisfy long-term contracts. Market prices for wood pellets during 2023 have been well below the significantly elevated spot market and forward prices experienced during the fourth quarter of 2022 and lower than the prices at which we agreed to purchase these volumes. As a result, the spread between the sale and purchase prices of the Q4 2022 Transactions and the anticipated loss on resale of those volumes has had, and absent a significant and near-term increase in wood pellet market pricing will continue to have through 2025, a negative impact on our profitability, cash flows, and liquidity. Failure to meet payment obligations under the applicable agreements may result in our failure to comply with certain covenants under our senior secured credit facility or other debt facilities. If wood pellet forward prices do not increase significantly in the near term, the purchase obligations under the Q4 2022 Transactions would negatively impact the Company's future profitability, cash flows, and liquidity and could negatively impact its ability to remain in compliance with its debt covenants. If the Company does not perform under the purchase obligations under the Q4 2022 Transactions, after a requisite cure period, the customer could terminate the contracts underlying the Q4 2022 Transactions and the pre-existing sales agreements, which would accelerate the Company's payment obligations thereunder. Failure to make payments due upon termination of this contract after all applicable cure periods have passed could result in defaults under the Company's senior secured credit facility, which may result in cross-defaults or other consequences under the Company's other debt facilities.

Our largest customers use our wood pellets as a substitute fuel for coal in dedicated biomass or co-fired coal power plants. Wood pellets serve as a suitable "drop-in" alternative to coal because of their comparable heat content, density, and form. Due to the uninterruptible nature of our customers' fuel consumption, our customers require a reliable supply of wood pellets that meet stringent product specifications. We have built our operations and assets to deliver and certify the highest levels of product quality and our track record of reliable deliveries enables us to charge premium prices for this certainty. In addition to our customers' focus on the reliability of supply, they are concerned about the combustion efficiency of the wood pellets and their safe handling. Because combustion efficiency is a function of energy density, particle size distribution, ash/inert content, and moisture, our customers require that we supply wood pellets meeting minimum criteria for a variety of specifications and, in some cases, provide incentives for exceeding our contract specifications.

**Recent Developments**

*Impact of Decrease in Biomass Spot Market Prices*

Our financial results are driven, to a large degree, by the prices we receive for our wood pellet production and the demand for wood pellets. While our primary sales strategy is based on selling the wood pellets we produce to customers at fixed prices under long-term contracts, from time to time we purchase volumes from other producers to satisfy our long-term obligations and we buy and sell volumes on the biomass spot market to capitalize on market dislocations. Fluctuating biomass spot market prices can result in significant changes to our industry and our results. Depressed biomass prices, particularly for an extended time, can impact our ability to opportunistically generate incremental gross margin given the flexibility afforded to the Company as the supplier under the terms of our take-or-pay off-take contracts and result in losses when we are unable to sell our produced or procured volumes at higher prices than the price at which we produced or purchased such volumes. In addition, sustained lower biomass prices impact the liquidity condition of some of our industry partners and customers, which could limit their ability to meet their financial obligations to us or their willingness to renegotiate terms under long-term contracts.

A0029

Wood pellet pricing in the fourth quarter of 2022 was significantly elevated and at the time we believed that the global wood pellet market was substantially short for the foreseeable future. However, wood pellet pricing in 2023 has remained well below 2022 pricing, with the average price for the three months and nine months ended September 30, 2023 approximately 51% and 50% lower, respectively, than the fourth quarter of 2022. Under the Q4 2022 Transactions, the volumes we agreed to purchase during this period exceeded the volumes we agreed to sell. In addition, due to pricing dynamics at the time of the Q4 2022 Transactions, the fixed price per MT that we agreed to pay for the purchased volumes was significantly higher than the sales prices per MT under the pre-existing sales contracts for the corresponding periods. As a result, our ability to profit from these agreements was dependent on our ability to resell the purchased wood pellets under short-term contracts or spot agreements at sales prices higher than the purchase price, thus increasing our exposure to fluctuations in the wood pellet market. At the time that we entered into these purchase contracts, we believed that the global wood pellet market was substantially short for the foreseeable future and these incremental contracted purchases provided us with an opportunity to flexibly capture margin in future periods as well as to reduce our exposure to further increases in wood pellet market prices by securing physical volumes to supplement any shortfalls in our produced volumes to satisfy long-term contracts. Market prices for wood pellets during 2023 have been well below the elevated spot market and forward prices experienced during the fourth quarter of 2022 and lower than the prices at which we agreed to purchase these volumes. As a result, the spread between the sale and purchase prices of the Q4 2022 Transactions and the anticipated loss on resale of those volumes has had, and absent a significant and near-term increase in wood pellet market pricing will continue to have through 2025, a negative impact on our profitability, cash flows, and liquidity.

Due to liquidity constraints caused by the decrease in spot wood pellet prices and the amount of these purchase obligations, satisfying the purchase obligations under the Q4 2022 Transactions may result in significant pressure on our liquidity and may result in defaults under our senior secured credit agreement or other debt facilities. On November 2, 2023, the customer issued a notice of material breach under the contracts that, if not cured or waived, would allow the customer to terminate its purchase and sale contracts with us and accelerate payment thereunder. If we are not able to amend our obligations under the Q4 2022 Transactions or if the existing customer terminates the agreements while spot prices remain low, the Company may be unable to make the applicable termination payment and failure to make such payment could result in defaults under the Company's senior secured credit facility, which may result in cross-defaults or other consequences under the Company's other debt facilities. If the Company makes such payments in the current market, such payments could negatively impact the Company's future cash flows and liquidity and ability to remain in compliance with its covenants under the Company's senior secured credit facility.

In addition, as a result of operational challenges experienced at the Company's plants during the first and second quarters of 2023 and a wood pellet market dynamic that has largely held market prices at levels unsupportive of creating margin through spot purchases or spot sales, the Company anticipates that, absent a cure, it may, be in breach of certain of its covenants under its senior secured credit facility as early as the reporting date for the measurement period ending December 31, 2023. If we are unable to amend, extend, refinance or cure the obligations under these purchase contracts and our senior secured credit facility, our ability to continue as a going concern will likely be impaired. With the effects of the Q4 2022 Transactions and the potential for a covenant default under the Company's senior secured credit facility, the Company's forecast of future cash flows indicates that such cash flows are not expected to be sufficient for the Company to continue as a going concern. For additional information regarding the covenants under our credit facility and our ability to continue as a going concern, please see Note 2, *Liquidity and Going Concern Evaluation.*

### Southampton Dryer Line Equipment Impairment

In connection with a broader effort to eliminate operational inefficiencies, during the third quarter of 2023, we determined that the Southampton, Virginia plant (the "Southampton plant") operated most cost effectively by operating with a single dryer line. Therefore, we permanently shut down the second, underperforming dryer line and as a result, we recognized an impairment expense of $21.2 million, in the three and nine months ended September 30, 2023.

### Review of Liquidity and Operations

During the third quarter of 2023, we engaged in a review of certain strategic, operational and financial improvements and opportunities to improve the Company's liquidity and profitability. To assist in such review, we engaged certain legal and financial advisors. During the three and nine months ended September 30, 2023, total expenses included in selling, general, administrative, and development expenses, attributable to such strategic review were $7.1 million.

### Restructuring Inclusive of Related Severance Expenses

During the second quarter of 2023, we also implemented a restructuring plan to optimize future growth and profitability. The primary components of the restructuring were reductions in our workforce and corporate and other expenses.

28

**A0030**

During the second quarter of 2023, we had an initial reduction in force of certain leadership employees, accelerated depreciation of leasehold improvements at our principal executive offices, and a reduction of our office lease expenses. We completed a broader reduction in force during the third quarter of 2023.

The following table summarizes our pre-tax restructuring expenses:

|  | Three Months Ended September 30, 2023 | | Nine Months Ended September 30, 2023 | |
|---|---|---|---|---|
| Cash-based employee severance expenses | $ | 3,828 | $ | 6,553 |
| Non-cash equity-based compensation | | 1,493 | | 11,825 |
| Accelerated leasehold improvement depreciation | | 936 | | 1,248 |
| Impairment of right-of-use asset | | — | | 216 |
| Total | $ | 6,257 | $ | 19,842 |

### *Series A Preferred Stock Conversion to Common Stock*

On February 28, 2023, the Company entered into subscription agreements (the "Subscription Agreements") with certain accredited investors (the "Investors") to sell shares of Series A Preferred Stock of the Company, par value $0.001 per share ("Preferred Shares"), in a private placement for gross proceeds of $249.1 million (the "Private Placement"). The Private Placement priced at the official closing price of the New York Stock Exchange on March 1, 2023, which was $37.71. The Company issued 6,605,671 Preferred Shares, effective March 20, 2023, to the Investors pursuant to the Subscription Agreements. Each Preferred Share was automatically converted into common stock upon shareholder approval of the conversion by a majority of the votes cast on June 15, 2023. As of September 30, 2023, we have incurred $1.2 million of issuance costs and intend to use the net proceeds of $247.9 million to fund our growth capital program and for general corporate purposes. We initially used the net proceeds to repay borrowings under our senior secured revolving credit facility.

### *Term Loan*

In January 2023, under our senior secured credit facility, we entered into a senior secured term loan facility providing for $105.0 million principal amount, maturing in June 2027. Borrowing rates are variable and calculated as the Secured Overnight Financing Rate plus 4.00% per annum. We used the proceeds to repay revolver borrowings under our senior secured credit facility and pay fees and costs.

### *Mississippi Tornado*

In March 2023, a strong tornado touched down in Amory, Mississippi which caused damage to our 115,000 MT per year wood pellet production plant located in Amory, Mississippi (the "Amory plant"). Our other plants and ports in the region were not impacted. We maintain insurance coverage for property damage, inclusive of business interruption and casualty. Operations at the Amory plant have been suspended and we plan to resume operation during the fourth quarter of 2023. Given the small size of the Amory plant relative to the more than six million metric tons of installed production capacity across our portfolio, the impact to customers and to our financial performance is expected to be minimal. During the three months ended March 31, 2023, we recorded in cost of goods sold a $1.2 million impairment of plant assets, inventory, and finished goods which was partially offset by $1.0 million of insurance recoveries. During the nine months ended September 30, 2023, we recorded in cost of goods sold $2.2 million of disposal costs, equipment rentals, and labor which were offset by $2.2 million of actual or probable insurance recoveries. We continue to assess any temporary impact on our operations. No amounts were recorded during the three months ended September 30, 2023. We expect to invest approximately $9.0 million in capital expenditures to resume operations of the Amory plant and expect to receive insurance recoveries for substantially all of this amount, subject to deductibles and retentions.

### *Product Sales Contracted Backlog*

As of October 1, 2023, our total weighted-average remaining term of take-or-pay off-take contracts is approximately 13.5 years, with a total contracted revenue backlog of approximately $21.6 billion. However, 2% of the contracted revenue backlog is attributable to the existing customer with whom we have entered into the Q4 2022 Transactions, as discussed in Note 2, *Liquidity and Going Concern Evaluation*; and if we are unable to renegotiate our arrangements with this counterparty, the remaining backlog attributable to this customer may be terminated. These amounts include forward prices related to variable consideration including inflation, foreign currency, and commodity prices. Also, these amounts includes the effects of the related foreign currency derivative contracts.

A0031

**Factors Impacting Comparability of Our Financial Results**

*Accounting for Wood Pellets Sale Contracts as a Financing Arrangement ("Q4 2022 Transactions")*

In the fourth quarter of 2022, we entered into agreements with a customer to purchase approximately 1.8 million MT of wood pellets between 2023 and 2025 (the "new purchase agreements"). The new purchase agreements were priced at market prices in effect at the time of the agreements. At that time, we entered into additional wood pellet sales contracts (together with the new purchase agreements, the "Q4 2022 Transactions") that together with the existing sales contracts totaled approximately 2.8 million MT with deliveries between 2022 and 2026. The customer uses the wood pellets purchased from us in its power generation business and is also one of the largest traders of wood pellets in the world. The purchases from this customer were part of our strategy to secure approximately 15% to 20% of our product sales volumes from third parties, which diversifies sources of product volumes and enables us to ship from additional locations to optimize shipping and delivery optionality.

Under accounting principles generally accepted in the United States ("GAAP"), the Q4 2022 Transactions constituted a contract modification. Because the scope of the modification resulted in a net decrease in future sales volumes to the customer, we account for the modification as if we had terminated the existing sale contracts and created a new, single contract. In addition, the new purchase agreements constitute a repurchase agreement under GAAP and are required to be accounted for as a financing arrangement.

During the three and nine months ended September 30, 2023, gross proceeds of $5.7 million and $37.0 million received from the sale of an insignificant amount and 0.2 million MT of wood pellets, respectively, delivered to the customer were reflected as Financial liability pursuant to repurchase accounting and Deferred revenue on our condensed consolidated balance sheet. During the three and nine months ended September 30, 2023, cost of goods sold of $6.0 million and $35.3 million, respectively, was included in finished goods inventory as of September 30, 2023. In addition, during the three and nine months ended September 30, 2023, interest expense of $22.1 million and $74.1 million, respectively, was recorded to financing liabilities based on the difference between the blended sales price and the future purchase price per MT of the pellets subject to repurchase. As of September 30, 2023, the remaining volumes to be sold under the existing sale contracts through 2026 was 2.1 million MT.

During the three and nine months ended September 30, 2023, we repurchased $11.1 million of volumes for an insignificant amount of wood pellets under the Q4 2022 Transactions and sold those volumes to a different customer. As of September 30, 2023, the remaining volumes to be repurchased under the Q4 2022 Transactions through 2025 was 1.7 million MT. As discussed in Note 2, *Liquidity and Going Concern Evaluation*, we are currently in negotiations with this customer to restructure or renegotiate the terms of the Q4 2022 Transactions.

The cash received from the customer of $37.2 million on sales during the nine months ended September 30, 2023 under the existing sale contracts is included in net cash provided by financing activities instead of in cash provided by operating activities.

*Increased Borrowing under Senior Secured Credit Facility and Higher Interest Rate*

During the three months ended September 30, 2023 compared to the three months ended September 30, 2022, we had lower average amounts borrowed and higher interest rates on our senior secured credit facility. During the nine months ended September 30, 2023 compared to the nine months ended September 30, 2022, we had higher average amounts borrowed and higher interest rates on our senior secured credit facility.

*Inflationary Pressures*

Heightened levels of inflation and the potential worsening of macro-economic conditions present risks for the Company, our suppliers and our customers. During the three and nine months ended September 30, 2023, we experienced impacts to our labor rates and suppliers have signaled inflation related cost pressures, which flowed through to our costs and pricing. Although inflation impacted our financial results during the three and nine months ended September 30, 2023, if inflation remains at current levels for an extended period, or increases, and we are unable to successfully mitigate the impact, our costs are likely to increase, resulting in pressure on our profits, margins and cash flows, particularly for existing fixed-price contracts. We are not able to quantify the effects of inflation during the three and nine months ended September 30, 2023. In addition, inflation and the increases in the cost of borrowing from rising interest rates could constrain the overall purchasing power of our customers for our products, in particular in the near term to the extent inflation assumptions are less than current inflationary pressures. Rising interest rates will also increase our borrowing costs on new debt and could affect the fair value of our investments. We remain committed to our ongoing efforts to increase the efficiency of our operations and improve the cost competitiveness and affordability of our products and services, which may, in part, offset cost increases from inflation.

A0032

### Omicron Variant of Novel Coronavirus

During the three months ended March 31, 2022, the Omicron variant of COVID-19 significantly impacted our operations and resulted in $15.2 million of incremental costs. Our contractors and supply chain partners experienced labor-related and other challenges associated with COVID-19 that had a more pronounced than anticipated impact on our operations and project execution schedule. In addition, the prevalence of the Omicron variant of COVID-19 and increased rates of infection across areas in which we operate affected the availability of healthy workers from time to time at our facilities and we experienced increased rates of absence in our hourly workforce as workers who contracted COVID-19 quarantined at home. These absences contributed to reduced facility availability and, in some cases, reduced aggregate production levels.

### War in Ukraine

The war in Ukraine impacted our operations and resulted in $5.1 million of incremental costs during the three months ended March 31, 2022. Our third-party shipping partners' operations experienced severe dislocations which incrementally impacted our distribution costs related to demurrage and to loading, transporting, and unloading our wood pellets. In addition, the immediate spike in energy prices negatively impacted the cost of our operations including incremental costs to support continued services from our third-party fiber suppliers and trucking service providers.

## How We Evaluate Our Operations

### Adjusted Net Income (Loss)

We define adjusted net income (loss) as net income (loss) excluding acquisition and integration costs and other, effects of COVID-19 and the war in Ukraine, Support Payments, Executive separation, and early retirement of debt obligation. We believe that adjusted net income (loss) enhances investors' ability to compare the past financial performance of our underlying operations with our current performance separate from certain items of gain or loss that we characterize as unrepresentative of our ongoing operations.

### Adjusted Gross Margin and Adjusted Gross Margin per Metric Ton

We define adjusted gross margin as gross margin excluding impairment of assets and loss on disposal of assets, non-cash equity-based compensation and other expense, depreciation and amortization, changes in unrealized derivative instruments related to hedged items, acquisition and integration costs and other, effects of COVID-19 and the war in Ukraine, and Support Payments. We define adjusted gross margin per metric ton as adjusted gross margin per metric ton of wood pellets sold. We believe adjusted gross margin and adjusted gross margin per metric ton are meaningful measures because they compare our revenue-generating activities to our cost of goods sold for a view of profitability and performance on a total-dollar and a per-metric ton basis. Adjusted gross margin and adjusted gross margin per metric ton primarily will be affected by our ability to meet targeted production volumes and to control direct and indirect costs associated with procurement and delivery of wood fiber to our wood pellet production plants and our production and distribution of wood pellets.

### Adjusted EBITDA

We define adjusted EBITDA as net income (loss) excluding depreciation and amortization, total interest expense, income tax expense (benefit), early retirement of debt obligation, non-cash equity-based compensation and other expense, impairment of assets and loss on disposal of assets, changes in unrealized derivative instruments related to hedged items, cash-based restructuring inclusive of severance expense, acquisition and integration costs and other, effects of COVID-19 and the war in Ukraine, Support Payments, and Executive separation. Adjusted EBITDA is a supplemental measure used by our management and other users of our financial statements, such as investors, commercial banks, and research analysts, to assess the financial performance of our assets without regard to financing methods or capital structure.

### Limitations of Non-GAAP Financial Measures

Adjusted net income (loss), adjusted gross margin, adjusted gross margin per metric ton, and adjusted EBITDA are not financial measures presented in accordance with GAAP. We believe that the presentation of these non-GAAP financial measures provides useful information to investors in assessing our financial condition and results of operations. Our non-GAAP financial measures should not be considered as alternatives to the most directly comparable GAAP financial measures. Each of these non-GAAP financial measures has important limitations as an analytical tool because they exclude some, but not all, items that affect the most directly comparable GAAP financial measures. You should not consider adjusted net income (loss), adjusted gross margin, adjusted gross margin per metric ton, or adjusted EBITDA in isolation or as substitutes for analysis of our results as reported in accordance with GAAP.

A0033

Our definitions of these non-GAAP financial measures may not be comparable to similarly titled measures of other companies, thereby diminishing their utility. Please see below for a reconciliation of each of adjusted net income (loss), adjusted gross margin and adjusted gross margin per metric ton, and adjusted EBITDA to the most directly comparable GAAP financial measure.

**Results of Operations**

*Three Months Ended September 30, 2023 Compared to Three Months Ended September 30, 2022*

| | Three Months Ended September 30, | | Change |
|---|---|---|---|
| | 2023 | 2022 | |
| | (in thousands) | | |
| Product sales | $ 306,949 | $ 322,978 | $ (16,029) |
| Other revenue | 13,688 | 2,682 | 11,006 |
| Net revenue | 320,637 | 325,660 | (5,023) |
| Operating costs and expenses: | | | |
| Cost of goods sold, excluding items below | 268,221 | 257,542 | 10,679 |
| Impairment of assets | 21,220 | — | 21,220 |
| Loss on disposal of assets | 4,384 | 4,035 | 349 |
| Selling, general, administrative, and development expenses | 27,582 | 30,407 | (2,825) |
| Restructuring inclusive of related severance expenses | 6,257 | — | 6,257 |
| Depreciation and amortization | 36,405 | 34,930 | 1,475 |
| Total operating costs and expenses | 364,069 | 326,914 | 37,155 |
| Loss from operations | (43,432) | (1,254) | (42,178) |
| Other income (expense): | | | |
| Interest expense | (21,620) | (18,704) | (2,916) |
| Interest expense on repurchase accounting | (22,143) | — | (22,143) |
| Total interest expense | (43,763) | (18,704) | (25,059) |
| Other income, net | 2,190 | 1,671 | 519 |
| Net loss before income taxes | (85,005) | (18,287) | (66,718) |
| Income tax expense | 155 | 12 | 143 |
| Net loss | $ (85,160) | $ (18,299) | $ (66,861) |

*Net revenue*

Revenue related to product sales for wood pellets produced or procured by us decreased to $306.9 million in the three months ended September 30, 2023 from $323.0 million in the three months ended September 30, 2022. The $16.0 million, or 5%, decrease was primarily attributable to a 17% decrease in average sale price per MT, partially offset by a 14% increase in product sales volumes for the three months ended September 30, 2023 as compared to the three months ended September 30, 2022.

During the three months ended September 30, 2023 the average sales price per MT was significantly lower than the three months ended September 30, 2022, primarily driven by a less favorable pricing environment for biomass during the third quarter of 2023 compared to the third quarter of 2022. During the three months ended September 30, 2022 biomass spot market prices, as well as the forward curve pricing of certain European indices, exceeded $400 per MT, representing a substantial premium to the current long-term contracted pricing of roughly $200 to $220 per MT across Enviva's weighted average portfolio, and we captured some of that differential during the three months ended September 30, 2022. Sales volumes of wood pellets produced from our manufacturing plants were 12% greater during the three months ended September 30, 2023 compared to the three months ended September 30, 2022 representing a significant increase in plant utilization compared to the prior year period. However, nearly all sales volumes during the three months ended September 30, 2023 were sold into our long-term off-take contracts.

Other revenue of $13.7 million for the three months ended September 30, 2023 included $12.0 million in payments to us for canceling or adjusting deliveries under our take-or-pay off-take contracts which was recognized under a breakage model

A0034

based on when the wood pellets would have been loaded onto ships for delivery to those customers. Other revenue of $2.7 million during the three months ended September 30, 2022 included a $1.3 million payment for shipping services provided to a customer.

*Cost of goods sold*

Cost of goods sold increased to $268.2 million for the three months ended September 30, 2023 from $257.5 million for the three months ended September 30, 2022, an increase of $10.7 million, or 4%. The increase in cost of goods sold was primarily a result of a 14% increase in product sales volumes largely offset by a 9% decrease in fiber procurement and plant and port operating costs during the three months ended September 30, 2023 compared to the three months ended September 30, 2022.

*Adjusted gross margin and adjusted gross margin per metric ton*

| | Three Months Ended September 30, | | | | | |
| | 2023 | | 2022 | | Change | |
| | (in thousands, except per metric ton) | | | | | |
| Reconciliation of gross margin to adjusted gross margin and adjusted gross margin per metric ton: | | | | | | |
| Gross margin[1] | $ | 14,187 | $ | 31,750 | $ | (17,563) |
| Loss on disposal of assets | | 4,384 | | 3,517 | | 867 |
| Non-cash equity-based compensation and other expense | | 986 | | 567 | | 419 |
| Depreciation and amortization | | 33,845 | | 32,849 | | 996 |
| Changes in unrealized derivative instruments | | 3,431 | | 710 | | 2,721 |
| Acquisition and integration costs and other | | — | | 58 | | (58) |
| Support Payments | | — | | 5,900 | | (5,900) |
| Adjusted gross margin | $ | 56,833 | $ | 75,351 | $ | (18,518) |
| Metric tons sold | | 1,433 | | 1,256 | | 177 |
| Gross margin per metric ton | $ | 9.90 | $ | 25.28 | $ | (15.38) |
| Adjusted gross margin per metric ton | $ | 39.66 | $ | 59.99 | $ | (20.33) |

[1]Gross margin is defined as net revenue less cost of goods sold (including related depreciation and amortization and loss on disposal of assets).

We earned gross margin of $14.2 million, or $9.90 per MT, for the three months ended September 30, 2023 compared to $31.8 million, or $25.28 per MT, for the three months ended September 30, 2022. The decrease in gross margin was primarily due to the aforementioned 17% decrease in average sales price per MT partially offset by 9% decrease in fiber procurement and plant and port operating costs.

We earned adjusted gross margin of $56.8 million, or $39.66 per MT, for the three months ended September 30, 2023 compared to $75.4 million, or $59.99 per MT, for the three months ended September 30, 2022. The 17% decrease in average sales price per MT offset by higher other revenues and a decrease in shipping costs decreased adjusted gross margin by approximately $42.0 million during the three months ended September 30, 2023 compared to the three months ended September 30, 2022. Offsetting the impact of the average sales price per MT and a $5.9 million reduction in adjusted gross margin from the elimination of Support Payments were the following:

- A $15.7 million increase in adjusted gross margin due to a 13% decrease in plant and port operating costs during the three months ended September 30, 2023 compared to the three months ended September 30, 2022. The decrease in plant and port operating costs was primarily attributable to improved operational reliability, driving greater absorption of fixed costs while reducing spend on repairs and maintenance and contract labor. Lower energy costs, including electricity, natural gas and diesel, also contributed to the decrease in operating costs compared to the prior year period.

- An $8.1 million increase in adjusted gross margin due to a 14% increase in sales volumes during the three months ended September 30, 2023 compared to the three months ended September 30, 2022. The increase in sales volumes were primarily wood pellets produced from our manufacturing plants.

- A $6.4 million increase in adjusted gross margin due to a 6% decrease in fiber costs. Lower fiber procurement costs as well as improved operational efficiency drove a significant improvement during the three months ended September 30, 2023 compared to the three months ended September 30, 2022.

33

A0035

*Selling, general, administrative, and development expenses*

Selling, general, administrative, and development expenses were $27.6 million and $30.4 million for the three months ended September 30, 2023 and 2022, respectively. The $2.8 million decrease in total selling, general, administrative, and development expenses is primarily due to a $4.5 million decrease in non-cash equity compensation and a $4.4 million decrease in acquisition and integration costs during the three months ended September 30, 2023 compared to three months ended September 30, 2022. Offsetting the decreases in non-cash equity compensation and acquisition and integration costs was $7.1 million of expenses related to legal and financial advisors associated with our review of liquidity and operations described above in Recent Developments. Selling, general, administrative, and development expenses excludes $3.8 million of employee severance expenses and $1.5 million of non-cash equity-based compensation recorded in restructuring inclusive of related severance expenses for the three months ended September 30, 2023.

*Restructuring inclusive of related severance expenses*

During the three months ended September 30, 2023, total restructuring and related expenses were $6.3 million and consisted of $3.8 million of cash-based employee severance expenses, $1.5 million of non-cash equity-based compensation, $0.9 million of accelerated leasehold improvement depreciation related to an office lease.

*Depreciation and amortization*

Depreciation and amortization expenses were consistent with $36.4 million of expense during the three months ended September 30, 2023 and $34.9 million of expense for the three months ended September 30, 2022. Depreciation and amortization expense excludes $0.9 million of accelerated leasehold improvement depreciation expense recorded in restructuring inclusive of related severance expenses for the three months ended September 30, 2023.

*Total interest expense*

We incurred $43.8 million and $18.7 million of total interest expense during the three months ended September 30, 2023 and 2022, respectively. The $25.1 million increase in total interest expense from the prior year period was primarily attributable to $22.1 million interest expense associated with the Q4 2022 Transactions (see "Accounting for Wood Pellets Sale Contracts as a Financing Arrangement ("Q4 2022 Transactions")"). Higher interest rates under our senior secured revolving credit facility as well as, interest expense on the senior secured credit term loan facility outstanding also contributed to the increase in interest expense during the three months ended September 30, 2023 compared to the three months ended September 30, 2022.

*Income tax*

We recorded an insignificant income tax expense for the three months ended September 30, 2023 and the three months ended September 30, 2022.

*Adjusted net loss*

| | Three Months Ended September 30, | | Change |
| | 2023 | 2022 | |
| | (in thousands) | | |
| Reconciliation of net loss to adjusted net loss: | | | |
| Net loss | $ (85,160) | $ (18,299) | $ (66,861) |
| Acquisition and integration costs and other | — | 4,409 | (4,409) |
| Support Payments | — | 5,900 | (5,900) |
| Adjusted net loss | $ (85,160) | $ (7,990) | $ (77,170) |

A0036

*Adjusted EBITDA*

| | | Three Months Ended September 30, | | |
| --- | --- | --- | --- | --- |
| | | 2023 | 2022 | Change |
| | | (in thousands) | | |
| Reconciliation of net loss to adjusted EBITDA: | | | | |
| Net loss | $ | (85,160) $ | (18,299) $ | (66,861) |
| Add: | | | | |
| Depreciation and amortization[1] | | 37,340 | 34,930 | 2,410 |
| Total interest expense | | 43,763 | 18,704 | 25,059 |
| Income tax expense | | 155 | 12 | 143 |
| Non-cash equity-based compensation and other expense[2] | | 7,657 | 10,199 | (2,542) |
| Impairment of assets and loss on disposal of assets[3] | | 25,604 | 4,035 | 21,569 |
| Changes in unrealized derivative instruments | | 3,431 | 710 | 2,721 |
| Cash-based restructuring inclusive of severance expense | | 3,828 | — | 3,828 |
| Acquisition and integration costs and other | | — | 4,409 | (4,409) |
| Support Payments | | — | 5,900 | (5,900) |
| Adjusted EBITDA | $ | 36,618 $ | 60,600 $ | (23,982) |

[1]Includes $0.9 million of accelerated leasehold improvement depreciation in connection with the restructuring expenses.
[2]Includes $1.5 million of non-cash equity-based compensation in connection with the restructuring expenses.
[3]Includes $21.2 million related to the impairment of the permanent shut down of an underperforming dryer line at the Southampton plant.

We generated adjusted EBITDA of $36.6 million for the three months ended September 30, 2023 compared to $60.6 million for the three months ended September 30, 2022. The $24.0 million decrease was primarily attributable to the $18.5 million decrease in adjusted gross margin described under the headings "Adjusted gross margin and adjusted gross margin per metric ton" and the $7.1 million of expense related to legal and financial advisors described under the heading "Selling, general, administrative, and development expenses."

35

A0037

**Results of Operations**

*Nine Months Ended September 30, 2023 Compared to Nine Months Ended September 30, 2022*

| | Nine Months Ended September 30, | | Change |
|---|---|---|---|
| | 2023 | 2022 | |
| | (in thousands) | | |
| Product sales | $ 855,347 | $ 847,505 | $ 7,842 |
| Other revenue | 36,277 | 7,458 | 28,819 |
| Net revenue | 891,624 | 854,963 | 36,661 |
| Operating costs and expenses: | | | |
| Cost of goods sold, excluding items below | 781,579 | 718,854 | 62,725 |
| Impairment of assets | 21,220 | — | 21,220 |
| Loss on disposal of assets | 11,190 | 7,218 | 3,972 |
| Selling, general, administrative, and development expenses | 80,523 | 91,802 | (11,279) |
| Restructuring inclusive of related severance expenses | 19,842 | — | 19,842 |
| Depreciation and amortization | 101,044 | 86,322 | 14,722 |
| Total operating costs and expenses | 1,015,398 | 904,196 | 111,202 |
| Loss from operations | (123,774) | (49,233) | (74,541) |
| Other income (expense): | | | |
| Interest expense | (62,285) | (42,633) | (19,652) |
| Interest expense on repurchase accounting | (74,074) | — | (74,074) |
| Total interest expense | (136,359) | (42,633) | (93,726) |
| Other income, net | 2,516 | 944 | 1,572 |
| Net loss before income taxes | (257,617) | (90,922) | (166,695) |
| Income tax expense | 178 | 26 | 152 |
| Net loss | $ (257,795) | $ (90,948) | $ (166,847) |

*Net revenue*

Revenue related to product sales for wood pellets produced or procured by us increased to $855.3 million in the nine months ended September 30, 2023 from $847.5 million in the nine months ended September 30, 2022. The $7.8 million, or 1%, increase was attributable to an 8% increase in product sales volumes for the nine months ended September 30, 2023 as compared to the nine months ended September 30, 2022 offset by a 7% decrease in average sales price per MT. Product sales exclude the gross proceeds of $31.3 million related to the sale of approximately 0.1 MT of wood pellets during the nine months ended September 30, 2023 pursuant to the Q4 2022 Transactions (see "Accounting for Wood Pellets Sale Contracts as a Financing Arrangement ("Q4 2022 Transactions")").

Other revenue of $36.3 million during the nine months ended September 30, 2023 included $30.8 million in payments to us for canceling or adjusting deliveries under our take-or-pay off-take contracts, which was recognized under a breakage model based on when the wood pellets would have been loaded onto ships for delivery to those customers. Other revenue of $7.5 million during the nine months ended September 30, 2022 included $2.2 million in payments to us from customers for adjusting deliveries under our take-or-pay off-take contracts and a $1.3 million payment for shipping services provided to a customer.

*Cost of goods sold*

Cost of goods sold increased to $781.6 million for the nine months ended September 30, 2023 from $718.9 million for the nine months ended September 30, 2022, an increase of $62.7 million, or 9%. The increase in cost of goods sold was primarily a result of an 8% increase in product sales volumes and as well as increased fiber procurement, plant operating, and shipping costs during the first and second quarters of 2023. Cost of goods sold excludes $29.3 million inclusive of depreciation and amortization of $2.5 million, which is reflected as inventory in connection with the Q4 2022 Transactions (see "*Accounting for Wood Pellets Sale Contracts as a Financing Arrangement*"). During the three months ended March 31, 2022, the Omicron variant of COVID-19 significantly impacted our operations and resulted in $13.9 million of incremental costs and the war in Ukraine impacted our operations and resulted in $5.1 million of incremental costs. Furthermore, during the nine months ended

36

A0038

September 30, 2022, we incurred incremental cost of goods sold from the on-going ramp of the Lucedale plant and the commencement of operations of the Pascagoula terminal.

*Adjusted gross margin and adjusted gross margin per metric ton*

| | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|
| | | 2023 | 2022 | | Change |
| | | (in thousands, except per metric ton) | | | |
| Reconciliation of gross margin to adjusted gross margin and adjusted gross margin per metric ton: | | | | | |
| Gross margin[1] | $ | 3,896 | $ 48,305 | $ | (44,409) |
| Loss on disposal of assets | | 11,358 | 6,700 | | 4,658 |
| Non-cash equity-based compensation and other expense | | 4,604 | 1,868 | | 2,736 |
| Depreciation and amortization | | 94,959 | 81,103 | | 13,856 |
| Changes in unrealized derivative instruments | | 2,703 | 1,245 | | 1,458 |
| Acquisition and integration costs and other | | — | 2,615 | | (2,615) |
| Effects of COVID-19 | | — | 13,942 | | (13,942) |
| Effects of the war in Ukraine | | — | 5,051 | | (5,051) |
| Support Payments | | 2,050 | 19,985 | | (17,935) |
| Adjusted gross margin | $ | 119,570 | $ 180,814 | $ | (61,244) |
| Metric tons sold | | 3,925 | 3,627 | | 298 |
| Gross margin per metric ton | $ | 0.99 | $ 13.32 | $ | (12.33) |
| Adjusted gross margin per metric ton | $ | 30.46 | $ 49.85 | $ | (19.39) |

[1]Gross margin is defined as net revenue less cost of goods sold (including related depreciation and amortization and loss on disposal of assets).

We earned gross margin of $3.9 million, or $0.99 per MT, for the nine months ended September 30, 2023 compared to $48.3 million, or $13.32 per MT, for the nine months ended September 30, 2022. The decrease in gross margin was primarily due to the aforementioned 7% decrease in average sales price per MT, as well as increased cost of goods sold during the nine months ended September 30, 2023.

We earned adjusted gross margin of $119.6 million, or $30.46 per MT, for the nine months ended September 30, 2023 compared to $180.8 million, or $49.85 per MT, for the nine months ended September 30, 2022. The $61.2 million decrease in adjusted gross margin was primarily attributable to the following:

- The 7% decrease in average sales price per MT offset by higher other revenues decreased adjusted gross margin by approximately $33.0 million.

- A $17.9 million decrease due to the elimination of Support Payments during 2023.

- An $8.0 million decrease due to a payment received from a wood pellet supplier for the cancellation of contracted volumes during the second quarter of 2022.

*Selling, general, administrative, and development expenses*

Selling, general, administrative, and development expenses were $80.5 million and $91.8 million for the nine months ended September 30, 2023 and 2022, respectively. The $11.3 million decrease in total selling, general, administrative, and development expenses is primarily due to a $16.2 million decrease in acquisition and integration costs and other and a $4.8 million decrease in non-cash equity-based compensation expense. The decrease is partially offset by a $7.1 million increase in expenses related to legal and financial advisors associated with our review of liquidity and operations described above in Recent Developments. Selling, general, administrative, and development expenses excludes $6.6 million of employee severance expenses and $11.8 million of non-cash equity-based compensation recorded in restructuring inclusive of related severance expenses for the nine months ended September 30, 2023.

*Restructuring inclusive of related severance expenses*

During the nine months ended September 30, 2023, total restructuring and related expenses were $19.8 million and consisted of $6.6 million of cash-based employee severance expenses, $11.8 million of non-cash equity-based compensation,

A0039

$1.2 million of accelerated leasehold improvement depreciation, and $0.2 million impairment of right-of-use assets related to an office lease.

*Depreciation and amortization*

Depreciation and amortization expense was $101.0 million and $86.3 million for the nine months ended September 30, 2023 and 2022, respectively. The $14.7 million increase was primarily due to the Lucedale plant, Pascagoula terminal, and expansion assets placed in service during the nine months ended September 30, 2022. Depreciation and amortization expense excludes $1.2 million of accelerated leasehold improvement depreciation recorded in restructuring inclusive of related severance expenses for the nine months ended September 30, 2023.

*Total interest expense*

We incurred $136.4 million and $42.6 million of total interest expense during the nine months ended September 30, 2023 and 2022, respectively. The increase in interest expense from the prior year was primarily attributable to $74.1 million of interest expense associated with the Q4 2022 Transactions (see "Accounting for Wood Pellets Sale Contracts as a Financing Arrangement ("Q4 2022 Transactions")"). Higher interest rates under our senior secured revolving credit facility as well as interest expense on the senior secured credit term loan facility outstanding also contributed to the increase in interest expense during the nine months ended September 30, 2023 compared to the nine months ended September 30, 2022.

During the three months ended March 31, 2023, June 30, 2023, and September 30, 2023, we incurred $40.4 million, $11.5 million, and $22.2 million respectively, of interest expense associated with the Q4 2022 Transactions, the timing of which is based on the estimated timing of when the future purchases under the existing purchase agreements will occur. Changes in the estimated timing of future purchases through discussions with the counterparty impact interest expense on a prospective basis.

*Income tax*

We recorded an insignificant income tax expense for the nine months ended September 30, 2023 and the nine months ended September 30, 2022.

*Adjusted net loss*

| | Nine Months Ended September 30, | | Change |
| | 2023 | 2022 | |
| | (in thousands) | | |
| Reconciliation of net loss to adjusted net loss: | | | |
| Net loss | $ (257,795) | $ (90,948) | $ (166,847) |
| Acquisition and integration costs and other | — | 18,778 | (18,778) |
| Effects of COVID-19 | — | 15,189 | (15,189) |
| Effects of the war in Ukraine | — | 5,051 | (5,051) |
| Support Payments | 2,050 | 19,985 | (17,935) |
| Adjusted net loss | $ (255,745) | $ (31,945) | $ (223,800) |

38

*Adjusted EBITDA*

| | | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- | --- |
| | | 2023 | 2022 | Change | |
| | | (in thousands) | | | |
| Reconciliation of net loss to adjusted EBITDA: | | | | | |
| Net loss | $ | (257,795) | $ (90,948) | $ | (166,847) |
| Add: | | | | | |
| Depreciation and amortization[1] | | 102,292 | 86,322 | | 15,970 |
| Total interest expense | | 136,359 | 42,633 | | 93,726 |
| Income tax expense | | 178 | 26 | | 152 |
| Non-cash equity-based compensation and other expense[2] | | 40,886 | 31,116 | | 9,770 |
| Impairment of assets and loss on disposal of assets[3] | | 32,794 | 7,218 | | 25,576 |
| Changes in unrealized derivative instruments | | 2,703 | 1,245 | | 1,458 |
| Cash-based restructuring inclusive of severance expense | | 6,553 | — | | 6,553 |
| Acquisition and integration costs and other | | — | 18,778 | | (18,778) |
| Effects of COVID-19 | | — | 15,189 | | (15,189) |
| Effects of the war in Ukraine | | — | 5,051 | | (5,051) |
| Support Payments | | 2,050 | 19,985 | | (17,935) |
| Adjusted EBITDA | $ | 66,020 | $ 136,615 | $ | (70,595) |

[1]Includes $1.2 million of accelerated leasehold improvement depreciation in connection with the restructuring expenses.
[2]Includes $11.8 million of non-cash equity-based compensation in connection with the restructuring expenses.
[3]Includes $0.2 million of impairment of right-of-use assets related to an office lease in connection with the restructuring expenses and $21.2 million of impairment related to the permanent shut down of an underperforming dryer line at the Southampton plant.

We generated adjusted EBITDA of $66.0 million for the nine months ended September 30, 2023 compared to $136.6 million for the nine months ended September 30, 2022. The $70.6 million decrease was primarily attributable to the $61.2 million decrease in adjusted gross margin described under the headings "Adjusted gross margin and adjusted gross margin per metric ton" and the $7.1 million of expense related to legal and financial advisors described under the heading "Selling, general, administrative, and development expenses."

**Liquidity and Capital Resources**

*Overview*

Our primary sources of liquidity include cash and restricted cash balances, cash generated from operations, availability under our senior secured revolving credit facility and, from time to time, debt and equity offerings. Our primary liquidity needs are to fund working capital, to service our debt, and to invest in maintenance capital expenditures, and expansion and optimization of our plant and terminal assets.

Excluding cash restricted for certain construction projects, our liquidity as of September 30, 2023, was $315.2 million. We believe our cash on hand and cash we will generate from our operations will be sufficient to meet our primary liquidity requirements. However, as discussed in Note 2, Liquidity and Going Concern Evaluation, given current wood pellet market forward prices as well as prices under our long-term off-take contracts, we do not believe we have sufficient liquidity to satisfy our obligations to purchase the remaining 1.7 million MT of wood pellets between 2023 and 2025 under agreements entered with a counterparty during the three months ended December 31, 2022 (the "new purchase agreements"). During the three months ended December 31, 2022, we entered into additional wood pellet sales contracts ("new sales contracts," together with the new purchase agreements, the "Q4 2022 Transactions") that together with the existing sales contracts totaled approximately 2.8 million MT with deliveries between 2022 and 2026. We are in negotiations with the counterparty to restructure or renegotiate the terms of the Q4 2022 Transactions, or to seek other alternatives to mitigate the potential impact of the Q4 2022 Transactions on our liquidity. Additionally, as a result of operational challenges experienced at the Company's plants during the first and second quarters of 2023 and a wood pellet market dynamic that has largely held market prices at levels unsupportive of creating margin through spot purchases or spot sales, the Company anticipates that, it may be in breach of the leverage ratio and interest coverage covenants under its senior secured credit facility as early as the reporting date for the measurement period ending December 31, 2023.

In addition to cash on hand of $315.2 million, we also have $125.5 million of cash restricted for our Epes and Bond construction projects as of September 30, 2023. This restricted cash is not sufficient to fund the full construction costs of these projects and we intend to supplement this restricted cash with cash on hand and cash generated from our operations to meet our commitments under our construction projects. However, future capital expenditures, including expenditures made in relation to maintenance capital expenditures and expansion and optimization of our plant and terminal assets, and other cash requirements could be higher than we expect as a result of various factors. We regularly monitor market conditions, and our liquidity needs and, from time to time, may raise additional funds through debt or equity financing, through private investments in the Company, or through other financing opportunities. Additionally, our ability to generate sufficient cash from our operating activities depends on our future performance, which is subject to general economic, political, financial, competitive, and other factors beyond our control.

***Cash Dividends***

During the three months ended March 31, 2023, we declared dividends of $0.905 per common share totaling $60.9 million. The Board evaluated the Company's business strategy and opportunities and determined on May 2, 2023 to not pay dividends at that time and to focus our financial resources primarily on increasing our asset base through organic growth primarily on construction of greenfield facilities and expansion and optimization of our plants as well as inorganic growth through acquisitions.

***Capital Requirements***

We operate in a capital-intensive industry, which requires significant investments to develop and construct new production and terminal facilities and maintain and upgrade our existing facilities. Our capital requirements primarily have consisted, and we anticipate will continue to consist, of the following:

- maintenance capital expenditures, which are cash expenditures incurred to maintain our long-term operating income or operating capacity. These expenditures typically include certain system integrity, compliance, and safety improvements; and

- growth capital expenditures, which are cash expenditures we expect will increase our operating income or operating capacity over the long term. Growth capital expenditures include acquisitions or construction of new capital assets, including new plants and ports, or capital improvements such as expansions to or improvements on our existing capital assets as well as projects intended to extend the useful life of assets.

The classification of capital expenditures as either maintenance or growth is made at the individual asset level during our budgeting process and as we approve, execute, and monitor our capital spending.

During the nine months ended September 30, 2023, we have invested $212.5 million in capital expenditures. Included in our capital expenditures during 2023 is spend associated with the development and construction of the Epes and Bond plants as well as capital improvements and maintenance capital spend across our portfolio of plant and port assets. In terms of total capital expenditures, we are being extremely vigilant with cash management while we navigate through our leverage and liquidity headwinds. We remain focused on investing in the construction of Epes and the development of Bond, as well as maintaining the asset health of our current fleet of plants for optimal production. We believe the cash flow contribution of our greenfield plants (in the near-term Epes, and later Bond) is important to our successful path forward, and therefore we intend to maintain momentum in a disciplined way; however, we will continue to re-evaluate all material capital expenditures as our situation evolves.

**Cash Flows**

The following table sets forth a summary of our net cash flows from operating, investing and financing activities:

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | **2023** | **2022** |
| | **(in thousands)** | |
| Net cash used in operating activities | $ (25,597) | $ (51,552) |
| Net cash used in investing activities | (212,529) | (167,449) |
| Net cash provided by financing activities | 427,726 | 430,188 |
| Net increase in cash, cash equivalents, and restricted cash | $ 189,600 | $ 211,187 |

40

**A0042**

*Cash Used in Operating Activities*

Net cash used in operating activities was $25.6 million and $51.6 million for the nine months ended September 30, 2023 and 2022, respectively. The $26.0 million decrease in net cash used in operating activities was primarily due to a $45.9 million unfavorable change in net loss excluding non-cash items during the nine months ended September 30, 2023 compared to the nine months ended September 30, 2022 offset by favorable changes in working capital of $71.8 million. The favorable changes in working capital were primarily due to the $94.5 million of deferred revenue during the nine months ended September 30, 2023 compared to a minimal amount of deferred revenue during the nine months ended September 30, 2022 offset by an unfavorable change of $30.3 million related to an increase in finished goods subject to repurchase accounting.

*Cash Used in Investing Activities*

Net cash used in investing activities was $212.5 million and $167.4 million for the nine months ended September 30, 2023 and 2022, respectively. The $45.1 million increase in cash used in investing activities during the nine months ended September 30, 2023 compared to the nine months ended September 30, 2022 was primarily due to the construction of the Epes plant.

*Cash Provided by Financing Activities*

Net cash provided by financing activities was $427.7 million and $430.2 million for the nine months ended September 30, 2023 and 2022, respectively. Although the cash provided by financing activities was largely consistent, an $85.1 million decrease in proceeds from the issuance of equity and a $56.4 million decrease in proceeds from the issuance of debt was mostly offset by a $101.3 million decrease in cash used to pay dividends and $30.5 million of cash proceeds received from the sale of finished goods for repurchase accounting.

**Off-Balance Sheet Arrangements**

As of September 30, 2023, we did not have any off-balance sheet arrangements.

**Critical Accounting Policies and Estimates**

The preparation of financial statements in conformity with GAAP requires management to make judgments, estimates, and assumptions that affect the amounts reported in our unaudited condensed consolidated financial statements and accompanying notes. Actual results could differ materially from those estimates. We provide expanded discussion of our significant accounting policies, estimates, and judgments in our Annual Report on Form 10-K for the year ended December 31, 2022. We believe these accounting policies reflect our significant estimates and assumptions used in preparation of our financial statements. There have been no significant changes to our critical accounting policies and estimates since December 31, 2022.

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

There have been no material changes to our exposure to market risk as disclosed in our 2022 Form 10-K for the year ended December 31, 2022.

**Item 4. Controls and Procedures**

*Evaluation of Disclosure Controls and Procedures*

We maintain disclosure controls and procedures designed to ensure that information required to be disclosed in reports we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in SEC rules and forms, and that such information is accumulated and communicated to management, including our principal executive and principal financial officers, as appropriate, to allow timely decisions regarding required disclosure.

As of the end of the period covered by this report, we carried out an evaluation, under the supervision and with the participation of management, including our Chief Executive Officer and Chief Financial Officer, of the effectiveness of the design and operation of Enviva's disclosure controls and procedures pursuant to Exchange Act Rule 13a-15(b). Based on that evaluation, our Chief Executive Officer and our Chief Financial Officer concluded that our disclosure controls and procedures were not effective as of September 30, 2023, because of the material weakness in our internal control over financial reporting described in Management's Annual Report on Internal Control Over Financial Reporting appearing under Item 9A of Part II of our Annual Report on our 2022 Form 10-K.

41

**A0043**

*Remediation Plan for the Material Weakness*

We evaluated the material weakness and implemented a plan of remediation to strengthen our internal controls related to the customer assets recoverability testing process. We have continued to review, revise, and improve the effectiveness of our internal controls, including taking the following steps to remediate our material weakness:

- enhanced the level of precision at which our internal controls over financial reporting relating to customer asset recoverability assessments are performed; and

- improved our documentation to strengthen the support for the judgments applied in the recoverability analyses.

Such controls must be in place and operating effectively for a sufficient period of time in order to validate the full remediation of the material weakness. We expect that the remediation of this material weakness will be completed as of December 31, 2023.

*Changes in Internal Control over Financial Reporting*

Other than the remediation plan identified above to address the material weakness, there were no changes in our internal control over financial reporting during the quarter ended September 30, 2023 that have materially affected, or were reasonably likely to materially affect, our internal control over financial reporting.

A0044

**PART II—OTHER INFORMATION**

**Item 1. Legal Proceedings**

On November 3, 2022, a putative securities class action lawsuit was filed in federal district court in the District of Maryland against Enviva, John Keppler, and Shai Even. On April 3, 2023, the lead plaintiff filed its amended complaint adding Jason E. Paral, Michael A. Johnson, Jennifer Jenkins, Don Calloway, and a number of underwriters of the Company's stock offering made pursuant to the Company's registration statement and prospectus dated January 19, 2022 as named defendants. The lawsuit asserts claims under Sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5 thereunder as well as Sections 11 and 15 of the Securities Act based on allegations that the Company made materially false and misleading statements regarding the Company's business, operations, and compliance policies, particularly relating to its ESG practices. Specifically, the lawsuit alleges that the Company's statements were misleading as to the environmental sustainability of the Company's wood pellet production and procurement and the impact such statements would have on the Company's financials and growth potential. The lawsuit seeks unspecified damages, equitable relief, interest and costs, and attorneys' fees. The parties completed briefing on Enviva's motion to dismiss the amended complaint on August 1, 2023 and it is now before the court for consideration. Enviva has insurance coverage that, we believe, will cover some or all of its liabilities related to the defense of this matter. However, litigation is inherently uncertain and we cannot be certain that our coverage will be adequate for liabilities actually incurred. Enviva believes the case is without merit and intends to vigorously defend the matter.

On September 12, 2023, a putative securities class action lawsuit was filed in federal district court in the District of Maryland, Southern Division, against Enviva, John Keppler, Thomas Meth, Shai Even, and Michael Johnson. The lawsuit asserts claims under Sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5 thereunder based on allegations that the Company made materially false and misleading statements regarding its expected financial performance for fiscal year 2023, including its expected EBITDA and dividend payments. The lawsuit seeks unspecified damages with interest as well as recovery of Plaintiff's costs and attorneys' fees. Enviva has insurance coverage that, we believe, will cover some or all of its liabilities related to the defense of this matter. However, litigation is inherently uncertain and we cannot be certain that our coverage will be adequate for liabilities actually incurred. Enviva believes the case is without merit and intends to vigorously defend the matter.

Although we may, from time to time, be involved in litigation and claims arising out of our operations in the normal course of business, we do not believe that we are a party to any litigation that will have a material adverse impact on our financial condition or results of operations.

Other than the matters listed above, there have been no material changes with respect to the legal proceedings disclosed in our 2022 Form 10-K.

**Item 1A. Risk Factors**

In May 2023, our Board elected to eliminate our dividend and authorize a share repurchase program. All of the risk factors that we disclosed in our Annual Report on Form 10-K for the year ended December 31, 2022, that could have an adverse impact on our ability to pay dividends also could have an adverse impact on our ability to repurchase shares.

The risk factors disclosed in our Annual Report on Form 10-K for the year ended December 31, 2022 are amended and supplemented, or amended and restated, as applicable, as follows:

***Our consolidated financial statements contain a statement regarding a substantial doubt about our ability to continue as a going concern because we may no longer be in compliance with the covenants and restrictions associated with the senior secured credit facility as early as the fourth quarter of 2023.***

During the three months ended December 31, 2022, we entered into various agreements to sell and purchase wood pellets with an existing customer through 2025 at fixed prices per MT, which overlapped with certain pre-existing contracts to sell wood pellets to the same customer during the same periods. Under the Q4 2022 Transactions, we are obligated to purchase wood pellets at a price that is higher than prevailing wood pellet prices, and such obligations prevent us from selling wood pellets to our long-term customers or on the spot market at a profitable price creating significant liquidity constraints for us.

As of September 30, 2023, the Company has satisfied all sales obligations under the Q4 2022 Transactions and is obligated under the Q4 2022 Transactions to purchase approximately 1.7 million MT of wood pellets through 2025 for a total of approximately $652.2 million, of which 0.8 million MT for $307.2 million is related to 2023, 0.6 million MT for $233.3 million is related to 2024 and 0.3 million MT for $111.7 million is related to 2025. Assuming sales based on forward Argus prices published on November 1, 2023 for the delivery dates of these volumes under the respective purchase contracts, the aggregate sales value of the volumes we have agreed to purchase would have been approximately $162.7 million in 2023, $134.1 million

43

in 2024, and $67.0 million in 2025 which would indicate that resales of the volumes purchased under the Q4 2022 Transactions into the spot market would have a negative impact on our profitability, cash flows, and liquidity of $144.4 million in 2023, $99.2 million in 2024, and $44.8 million in 2025. Similarly, given the current average sales prices per MT under our existing long-term take-or-pay contracts with other customers, using such volumes to satisfy delivery obligations under such contracts would not cover our loss on the purchases under the Q4 2022 Transactions and would have a negative impact on our profitability, cash flows, and liquidity.

The Company is in negotiations with the existing customer to restructure or renegotiate the terms of the sale and purchase agreements and is considering other alternatives to mitigate the potential impact of the Q4 2022 Transactions on our liquidity. On November 2, 2023, the customer issued a notice of material breach under the contracts that, if not cured or waived, would allow the customer to terminate its purchase and sale contracts with us and accelerate payment thereunder. If we are not able to amend our obligations under the Q4 2022 Transactions or if the existing customer terminates the agreements while spot prices remain low, the Company may be unable to make the applicable termination payment and failure to make such payment could result in defaults under the Company's senior secured credit facility or other debt facilities. If the Company makes such payments in the current market, such payments could negatively impact the Company's future cash flows and liquidity and ability to remain in compliance with its covenants under the Company's senior secured credit facility.

Additionally, as a result of operational challenges experienced at the Company's plants during the first and second quarters of 2023 and a wood pellet market dynamic that has largely held market prices at levels unsupportive of creating margin through spot purchases or spot sales, the Company anticipates that, it may be in breach of the leverage ratio and interest coverage covenants under its senior secured credit facility as early as the reporting date for the measurement period ending December 31, 2023. In addition, a "going concern" or similar qualification in the audit opinion with respect to our financial statements for the year ended December 31, 2023 would be an independent event of default under our senior secured credit facility. Separately, a default or termination under the Q4 2022 Transactions described above or in connection with certain other customer contracts and the failure to make payments thereunder could result in a default under the senior secured credit facility, which may result in cross-defaults or other consequences under the Company's other debt facilities. Upon such event of default under our senior secured credit facility, the lenders could declare all outstanding principal and interest to be due and payable and could enforce one or more of their other rights, which could in turn trigger a cross default under our other indebtedness. In that case, we could be forced to commence a bankruptcy or take other defensive action, which would materially adversely affect our business, financial condition and operating results.

Absent a resolution, we cannot assure you that our future cash and cash equivalents, together with cash generated from operations, will be sufficient to allow us to fund our operations or any future growth, including to attract and retain customers. If such financing is not available and such expense and operating adjustments cannot be made on satisfactory terms or at all, we may be unable to operate our business, develop new business or execute on our strategic plan to sustain net revenue growth, in each case at the rate desired or at all, and our operating results would suffer.

If we are not able to improve our liquidity, renegotiate the Q4 2022 Transactions or address the anticipated near-term breaches under our senior secured credit facility, we may be forced to make reductions in spending, extend payment terms with suppliers, liquidate assets where possible, suspend or curtail planned programs and/or commence a bankruptcy or other defensive action. Any of these actions could materially harm our business, results of operations, and future prospects. See "Management's Discussion and Analysis of Financial Condition and Results of Operations – Liquidity and Capital Resources."

***A portion of our product sales are based on spot prices for wood pellets. Extended periods of low market prices, or high prices at a time that we need to supplement our production, could adversely affect our financial condition, results of operations, and cash flows and our relationships with customers.***

In addition to generating cash flow from long-term, take-or-pay off-take contracts, we generate cash flows through spot or short term sales when pricing dynamics and our contract terms allow it. Enviva has the opportunity to flex down or delay a certain percentage of contracted shipments and sell on spot. Conversely, when the spot market dynamics shift, Enviva may have the opportunity to purchase third-party volumes and deliver under its long-term contracts. Spot prices are subject to wide fluctuations in response to relatively minor changes in supply and demand, and our ability to capitalize on higher spot prices and contract flexibility is dependent upon such fluctuations in pricing and demand. However, such cash flows may not be sustainable during periods of lower demand or pricing, which may adversely affect our financial results on a period-over-period basis. Similarly, under certain circumstances, we purchase pellets on the spot market to supplement our production. If we need to purchase pellets at a time when prices are elevated, this could adversely affect our gross margins and our financial results.

At the time of this report, we are facing significant liquidity constraints due to increased exposure to the current spot prices because of current obligations to purchase wood pellets at prices that are higher than the prices at which we would be able to sell them to existing customers or on the spot market. In the fourth quarter of 2022, we were able to opportunistically transact

44

A0046

on significantly elevated spot market prices by flexing a number of our long-term contracts, including by delaying or re-contracting shipments from the fourth quarter to 2022 to 2023. In connection with those contracts, we also entered into certain agreements to purchase additional volumes through 2025 at higher prices with the expectation that spot prices would remain high through 2023. However, due to lower wood pellet prices in 2023, certain of those contracts have resulted in commitments to purchase volumes at prices that are higher than we are able to sell them to our long-term customers or in the spot market. If we perform these contracts on their terms, this would result in substantial losses at current commodity prices and may result in our failure to comply with certain covenants under our senior secured credit facility and could result in defaults under the Company's credit agreement or other debt facilities. See Item 1A – Risk Factors – *Our consolidated financial statements contain a statement regarding a substantial doubt about our ability to continue as a going concern because we may no longer be in compliance with the covenants and restrictions associated with the senior secured credit facility as early as the fourth quarter of 2023*" and Note 2, *Liquidity and Going Concern Evaluation*.

In addition to the financial risks outlined above, our practice of flexing contract terms to capitalize on spot market dislocations, or if we fail to perform our obligations under our contracts, including the purchase obligations described above, our customers may be able to terminate or accelerate their contracts with us, or may decide not to extend or renew existing contracts. Any loss of one or more significant customers could have a material adverse effect on our results of operations, business, financial position, and cash flows. In addition, termination of, or acceleration under, certain of our customer contracts, including under the Q4 2022 Transactions, could result in defaults under the Company's credit agreement or other debt facilities.

### *Goodwill, intangible assets and other long-lived assets are subject to impairment risk.*

We had $103.9 million of goodwill as of September 30, 2023. Goodwill represents the purchase price paid for acquired businesses in excess of the identifiable acquired assets and assumed liabilities. Goodwill is not amortized but is tested for impairment annually and whenever an event occurs, or circumstances change such that it is more likely than not that the fair value of the reporting unit is less than its carrying amount. As of September 30, 2023, the market capitalization of Enviva, Inc. exceeded the carrying amount of the Enviva Inc. reporting unit by 109%. If our market capitalization ceases to exceed the carrying amount of the reporting unit, we would need to test goodwill for impairment, which would include estimating the control premium to add to the market capitalization in order to estimate the fair value of the Enviva Inc. reporting unit. The amount of any excess of the carrying amount of the reporting unit of Enviva Inc. over the fair value of Enviva Inc. would be recognized as an impairment expense. See Note 3, *Significant Accounting Policies – Goodwill*.

As discussed in Note 2, *Liquidity and Going Concern Evaluation*, certain conditions and events in the aggregate raise substantial doubt regarding the Company's ability to continue as a going concern. Given such substantial doubt, the Company may test for impairment of goodwill more frequently than annually.

The assessment for potential impairment of goodwill, intangible assets or other long-term assets requires management to make judgments on a number of significant estimates and assumptions, including projected cash flows, discount rates, and projected long-term growth rates. We may be required to record a significant charge in our consolidated financial statements during the period in which any impairment of our goodwill, intangible assets or other long-term assets is identified and this could negatively impact our financial condition and results of operations. Changes in management estimates and assumptions as they relate to valuation of goodwill could affect our financial condition or results of operations in the future.

Other than as set forth in this Item 1A, there have been no material changes with respect to the risk factors disclosed in our Annual Report on Form 10-K for the year ended December 31, 2022.

## Item 5. Other Information

### *Leadership Realignment*

Effective November 9, 2023, the Board appointed Glenn Nunziata as interim Chief Executive Officer in addition to his role as Chief Financial Officer. Concurrently with Mr. Nunziata's appointment, the Board changed Thomas Meth's role from Chief Executive Officer and President to President of the Company and appointed Mark Coscio, Executive Vice President and Chief Development Officer of the Company, as Executive Vice President and Chief Operating Officer.

Mr. Nunziata's, Mr. Meth's and Mr. Coscio's current employment agreements remain in effect. In connection with this transition, the Company entered into a retention agreement with Mr. Meth, which provides for a cash award of $500,000 granted under the under the Company's long-term incentive plan. The award is subject to clawback for voluntary termination without good reason (excluding the CEO transition) or termination for cause, in each case prior to July 23, 2024.

Mr. Nunziata's biography is incorporated by reference to the Company's Current Report on Form 8-K, filed with the SEC on August 30, 2023, and Mr. Coscio's biography is incorporated by reference to the Company's Proxy Statement on Schedule

A0047

14A, filed with the SEC on May 1, 2023. There are no family relationships between Mr. Nunziata or Mr. Coscio and any of the Company's current directors or executive officers. There are no transactions in which Mr. Nunziata or Mr. Coscio has an interest requiring disclosure under Item 404(a) of Regulation S-K.

### Other Information

During the three months ended September 30, 2023, no director or officer of the Company adopted or terminated a "Rule 10b5-1 trading arrangement" or "non-Rule 10b5-1 trading arrangement," as each term is defined in Item 408(a) of Regulation S-K.

### Item 6. Exhibits

The information required by this Item 6 is set forth in the Exhibit Index accompanying the Quarterly Report on Form 10-Q and is incorporated herein by reference.

### EXHIBIT INDEX

| Exhibit Number | Exhibit |
|---|---|
| 3.1 | Amended and Restated Certificate of Incorporation of Enviva Inc. (Exhibit 3.1, Form 8-K filed June 15, 2023, File No. 001-37363) |
| 3.2 | Bylaws of Enviva Inc. (Exhibit 3.1, Form 8-K filed November 8, 2022, File No. 001-37363) |
| 4.1 | Certificate of Designations of the Series A Preferred Stock of the Company, dated March 20, 2023 (Exhibit 4.1, Form 8-K filed March 24. 2023, File No. 001-37363) |
| 10.1† | Separation and General Release Agreement, effective as of August 29, 2023, among Enviva Inc., Enviva Management Company, LLC, and Shai S. Even (Exhibit 10.1, Form 8-K filed August 30, 2023, File No. 001-37363) |
| 10.2† | Employment Agreement, dated and effective as of August 28, 2023, between Enviva Management Company, LLC and Glenn T. Nunziata (Exhibit 10.2, Form 8-K filed August 30, 2023, File No. 001-37363) |
| 10.3† | Indemnification Agreement between Enviva Inc. and Glenn T. Nunziata, dated as of August 28, 2023 (Exhibit 10.3, Form 8-K filed August 30, 2023, File No. 001-37363) |
| 31.1* | Certification of Chief Executive Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2* | Certification of Chief Financial Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1** | Certification of Chief Executive Officer and Chief Financial Officer pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101 | The following financial information from Enviva Inc.'s Quarterly Report on Form 10-Q for the quarter ended September 30, 2023 formatted in Inline XBRL (Extensible Business Reporting Language) includes: (i) the Condensed Consolidated Balance Sheets, (ii) the Condensed Consolidated Statements of Operations, (iii) the Condensed Consolidated Statements of Comprehensive Loss, (iv) the Condensed Consolidated Statements of Changes in Equity, (v) the Condensed Consolidated Statements of Cash Flows and (vi) Notes to the Condensed Consolidated Financial Statements |
| 104 | Cover Page Interactive Data File - (formatted as Inline XBRL and contained in Exhibit 101) |

\*    Filed herewith.

\*\*    Furnished herewith.

†    Management Contract or Compensatory Plan or Arrangement

46

**A0048**

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned, hereunto duly authorized.

ENVIVA INC.

Date: November 9, 2023

| | |
|---|---|
| By: | /s/ Glenn Nunziata |
| | Glenn Nunziata |
| Title: | *Executive Vice President and Chief Financial Officer (Principal Financial Officer)* |

47

A0049

**EXHIBIT 31.1**

**Certification of Principal Executive Officer**
**Pursuant to Rule 13a-14(a) or 15d-14(a)**
**of the Securities Exchange Act of 1934, as amended**

I, Thomas Meth, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Enviva Inc. (the "Registrant"):

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements and other financial information included in this report fairly present, in all material respects, the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 9, 2023

/s/ Thomas Meth

Thomas Meth
*President and Chief Executive Officer*

**A0050**

**EXHIBIT 31.2**

**Certification of Principal Financial Officer
Pursuant to Rule 13a-14(a) or 15d-14(a)
of the Securities Exchange Act of 1934, as amended**

I, Glenn Nunziata, certify that:

1.     I have reviewed this quarterly report on Form 10-Q of Enviva Inc. (the "Registrant"):

2.

Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.

Based on my knowledge, the financial statements and other financial information included in this report fairly present, in all material respects, the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.

The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)   Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.

The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 9, 2023

/s/ Glenn Nunziata
Glenn Nunziata
*Executive Vice President and Chief Financial Officer of Enviva Inc.*
*(Principal Financial Officer)*

**A0051**

**EXHIBIT 32.1**

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the quarterly report on Form 10-Q of Enviva Inc. ("Enviva"), as filed with the Securities and Exchange Commission on the date hereof (the "Report"), Thomas Meth, President and Chief Executive Officer of Enviva, and Glenn Nunziata, Executive Vice President and Chief Financial Officer of Enviva, each certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to his knowledge:

(1)     the Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(2)     the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of Enviva.

Date: November 9, 2023

By:     /s/ Thomas Meth
        Name:    Thomas Meth
        Title:    *President and Chief Executive Officer*

Date: November 9, 2023

By:     /s/Glenn Nunziata
        Name:    Glenn Nunziata
        Title:    *Executive Vice President and Chief Financial Officer*

**A0052**