# EXHIBIT 2

## Enviva's Third-Quarter 2022 Conference Call

## 11/3/2022

Note: This transcript may not be 100% accurate and may contain misspellings and other inaccuracies.

**Company Participants:**

John Keppler, Chairman and Chief Executive Officer

Thomas Meth, President

Shai Even, Executive Vice President and Chief Financial Officer

Kate Walsh, Vice President, Investor Relations

**Other Participants:**

Elvira Scotto, Analyst

John Mackay, Analyst

Jordan Levy, Analyst

Ryan Levine, Analyst

**Operator:**

Good morning and welcome to Enviva Inc.'s third quarter of 2022 earnings conference call.  All participants will be in listen-only mode.  Should you need assistance, please signal a Conference Specialist by pressing the star key followed by Zero.

After today's presentation, there will be an opportunity to ask questions. Please note, this event is being recorded. I would now like to turn the conference over to Kate Walsh, Vice President of Investor Relations. Please go ahead.

**Kate Walsh:**

Thank you. Good morning, everyone and welcome to Enviva Inc.'s third quarter of 2022 earnings conference call.  We appreciate your interest in, and support of, Enviva, and thank you for your participation today.

On this morning's call we have John Keppler, Chairman and Chief Executive Office, Thomas Meth, President, and Shai Even, Executive Vice President and Chief Financial Officer. Our agenda will be for John, Thomas, and Shai to discuss our financial and operating results and to provide an update on our current business outlook and operations. Then, we will open the call for questions.

During the course of our remarks, and the subsequent Q&A session, we will be making forward-looking statements which are subject to a variety of risks.

A0053

Information concerning the risks and uncertainties that could cause our actual results to differ materially from those in our forward-looking statements can be found in our earnings release, as well as in our other SEC filings. We assume no obligation to update any forward-looking statements to reflect new or changed events or circumstances.

In addition to presenting our financial results in accordance with GAAP, we will also be discussing adjusted EBITDA and certain other non-GAAP financial measures pertaining to completed reporting periods as well as our forecasts. Information concerning the reconciliations of these non-GAAP measures to their most directly comparable GAAP measures and other relevant disclosures is included in our earnings release. Our SEC reports, earnings release and most recent investor presentation, which contain reconciliations of non-GAAP financial measures we use, can be found on our website at envivabiomass.com.

It is important to note that as a result of the simplification transaction we announced on October 15, 2021, we were required to recast our historical financial results in accordance with GAAP to reflect that transaction. Today, we will discuss 2021 historical financial results on a recast basis, or a non-recast basis, depending on the reference point. Please refer to our earnings release and Form 10-Q document for more details on our recast and non-recast presentations.

I would now like to turn the call over to John.

**John K. Keppler:**

Thank you, Kate. Good morning, everyone, and thank you for joining us today.

As you saw in our earnings release, we delivered financial results for the third quarter of 2022 substantially in line with the expectations we outlined in early October. In particular, adjusted EBITDA was a significant step up over last quarter, increasing by over 50% for the third quarter.  We also achieved a record adjusted gross margin per metric ton approximately $60 per metric ton, which represents roughly a 40% increase over last quarter. Based on the continued operational improvements we are seeing across our fully contracted asset base and the seasonally strong second half of the year you have heard us describe, we expect fourth quarter results to be strong, with another significant step up in adjusted EBITDA to approximately $113 million dollars at the midpoint of our guidance range. This means that for full-year 2022, we believe we are on track to deliver results in line with our adjusted EBITDA guidance of $240 million to $260 million dollars.

We declared a $0.905 per share dividend for the third quarter, and also reaffirmed our full-year 2022 dividend guidance of $3.62 per share. There are very few companies with a fully contracted business like ours, underpinned by long-term take-or-pay contracts, with a contracted revenue backlog of over $21 billion dollars and a contract weighted average remaining term of 14 years. And it is because of our visible, durable, long-term cash flows that we are able to be a rare combination of a high-growth company and a strong, stable dividend payor.

As we look into 2023, we are really starting to hit our stride as a corporation, and we are coming up on our one-year anniversary of the conversion from an MLP to a regular way C-corp.  We are currently forecasting adjusted EBITDA for 2023 to be in the range of $305 million to $335 million dollars, which would cover our stable current dividend of $3.62 per share at 1.1 times, at the midpoint of this range. We will come back early in the new year with fulsome 2023 guidance as we complete our budget cycle and refine our shipping schedules with our customers.

What I can tell you now, however, is that our manufacturing and terminaling facilities are demonstrating asset availability and production throughput rates such that we expect to produce well over 6 million metric tons next year. This productivity and the benefit of the multi-plant expansions, drives increased volume and improved fixed cost absorption, and when combined with the benefit from the constructive pricing environment and inflationary escalators within our existing and new long-term contracts, we continue to be well positioned for robust cash flow growth, even in an environment with potential recessionary pressures.

A0054

And, despite the broader energy market volatility, new customer demand for alternatives to fossil fuels and drop-in decarbonization solutions continues to accelerate.  The magnitude of market opportunities with high-quality counterparties across a wide range of use cases, from renewable energy and heat generation, to the displacement of petroleum-based hydrocarbons in hard-to-abate industries like steel, cement, and sustainable aviation fuel, continues to support a remarkable level of contracting for us.

Year-to-date, we have announced close to 3.5 million metric tons per year of new agreements with both new and existing customers, and we believe we are on track to announce an additional 2 million metric tons per year of new incremental long-term contracted demand. This demonstrates how serious our counterparties are in shoring up renewable energy feedstocks from secure, sustainable, and trusted sources. We have built strong, long-standing relationships with our customers, who understand our ESG-based, purpose-driven business, and value the quality, dependability, and sustainability of the products we're delivering worldwide.

I want to spend a few moments on sustainability now as it is the core of our value proposition and we've recently updated our website content with important information on harvesting and merchandising practices in the U.S. Southeast.

Thomas Meth, Enviva's President and a Co-founder of Enviva with me, has been a critical thought leader on sustainability since our founding almost 20 years ago.  We have built what is now the world's largest supplier of sustainably produced wood pellets in the US Southeast because of the region's thriving, healthy, and abundant forest stocks. The forests here are large and growing, with only a small percentage harvested each year and even more growing back every single year in areas where we have sited our plants. This healthy circular forest economy, where landowners grow trees, care for them, harvest their timber for both high-value permanent carbon storage products like sawtimber, building products, and furniture as well as for low-value paper, pulp, and bioenergy, and then regrow their timberlands to begin the cycle again is why forest inventory in Enviva's sourcing area has grown by 21% since 2011.

There is such a strong sustainability story to be told here in the US Southeast, and to help investors and stakeholders truly understand the important dynamics at work, we're in the process of planning a number of site tours and forest tours, along with an investor day to help unpack where and how we source our fiber supply, as well as how we execute our Responsible Sourcing Policy. I look forward to seeing many of you at these upcoming events, and continuing our discussion around Enviva's leading sustainability practices, and about how we are providing industry leading transparency about exactly how we contribute to healthy forest management, growing forest stocks, and climate change benefits.

I'll come back to round out our discussion and kick-off our Q&A session, but before that I'd like to turn it over to Thomas to discuss incremental details on our sustainability priorities, as well as to give some important color on our market and contractual developments, and then have Shai discuss our financial highlights and priorities.

**Thomas Meth:**

Thank you, John.  And good morning, everyone.

I'd like to start by picking up where John left off on sustainability. Forests are critical to mitigating climate change, and how we use forests as a critical pathway to net zero is of paramount importance. 550 scientists from around the world recently issued a public letter to the Presidents of the European Commission, Parliament, and Council clearly stating that working forests and the products generated from them, particularly in light of improved forest health and displacement of fossilized carbon, provide a much better carbon balance than untouched forests. The scientists were united in stating wood from sustainably managed forests is CO2-neutral and highlighted the critical role that woody biomass from sustainably managed forests can play in climate change mitigation.

This is right in line with the leading authority on climate science, the United Nations Intergovernmental Panel on Climate Change. The IPCC notes a sustainable forest management strategy aimed at maintaining or increasing forest carbon

A0055

stocks while producing an annual sustained yield of timber, fiber, or energy from the forest will generate the largest sustained mitigation benefit for climate change.

At Enviva, we go above and beyond, and developed our Track and Trace program to provide leading transparency into the sustainability of our wood sourcing practices and to align our practices and tracking with the IPCC's objectives and the leading scientific views. For the second half of 2021, our Track and Trace data tells us that when we procured wood fiber from a final harvest, Enviva's merchandising percentage was on average 35% across our procurement areas. Meaning that on average, we take approximately 35% of the wood produced from the harvested site. Given that we typically provide the lowest revenue per ton to the landowner, this means the majority of the harvest was sold into applications like building products, furniture, and pulp and paper. Our Track and Trace data will also tell you that we took 30% or less of the wood procured from 59% of the acres where we procured wood. We also described that in the case of 12.4% of harvested acres we took more than 70% of the merchandised wood. There are good ecological and economic reasons for a higher-than-average percentage in those cases, such as sourcing wood from hurricane damage, multi-stage harvesting, or when a harvest was predominantly pulpwood because of soil and market conditions.

As we have said before, markets for forest products are the best defense against conversion to non-forest land and that is a critical reason why forest inventory continues to grow in our procurement regions.

Let's turn now to a few notable updates on the market and our contracting.

As many of you know, the European Union is in the process of updating their Renewable Energy Directive legislation. Currently, bioenergy accounts for almost 60% of the renewable energy used in Europe, and we are encouraged with the direction in which the legislative process is headed. We believe that the final legislation will ultimately continue to support the essential role of sustainable bioenergy as a key climate change solution and will remain compatible with Enviva's practices. European demand remains unabated, and in addition to our continuous long-term contracting activities, the same tailwinds that drive the longer-term contracts are driving new highly accretive, near-term opportunities with existing and new customers. And although the near-term opportunities don't reflect the same tenor of our long-term contracts, they and other transactions where we are managing dislocations within our customers demand profile, are a durable component of our business, and will continue to drive value over the long-term. We also continue to see positive momentum in Taiwan and Japan and are very encouraged with the direction and pace of our discussions there.

In terms of global supply for industrial wood pellets, we're seeing the Pacific Rim continue to grow as an important supply basin, which is expected to provide profitable 3rd party purchase and sales opportunities for us. Enviva has a demonstrated track record of procuring volumes from different suppliers and geographies and selling them profitably into spot market opportunities and our long-term contracts.  Market data suggests that volumes can be purchased on an FOB basis in the Pacific Rim for less than $200 per metric ton. Market data also points to trading prices currently north of $400 per metric ton in European markets. For companies like Enviva with large-scale portfolios of customers and shipping partners, these types of market dislocations can provide an opportunity to drive incremental value while meeting the needs of our customers.  This is a market tailwind that we may talk more frequently about in the future.

And to round out our market's discussion, I'll bring us back home to the US, where the Inflation Reduction Act is strengthening the momentum behind our conversations with sustainable aviation fuel and biofuel producers. The IRA also enhances support for bioenergy with carbon capture, use and storage, which is emerging as a large-scale negative emissions solution that has the power to truly move the needle in decarbonizing many sectors of our economy.

And with that, I'll turn it over to Shai.

**Shai Even:**

Thank you, Thomas, and good morning everyone.

A0056

We generated net revenue of $226 million dollars for the third quarter of 2022, as compared to approximately $237 million dollars for the third quarter of 2021, on a recast and non-recast basis. Net revenue increased by 37 percent year-over-year, driven primarily by an increase in our average sales price per ton, as a result of a number of factors including:

- addressing dislocations in our customers' and other producers' supply chains, which enabled incremental deliveries at elevated spot pricing,
- pricing escalators and cost pass-through mechanisms inclusive of bunker fuel adjustments in our existing contracts,
- repricing several existing contracts, and
- entering into new contracts at higher prices compared to historical prices.

Recent biomass spot market prices, as well as the forward curve pricing of certain European biomass indices, have exceeded $400 dollars per metric ton, which represents a substantial premium to the current long-term contracted pricing across Enviva's weighted average portfolio, and we were able to capture some of that differential during the third quarter of 2022. Even with biomass spot market prices more than double now versus this time last year, biomass is the cheapest form of thermal energy generation in Europe, with biomass being more affordable than coal, natural gas, and crude, plus EU-ETS carbon pricing. This is true not only in today's market, but all along the forward pricing curve.

Pivoting back to our quarterly results, we did exit the quarter with higher-than-average finished product inventory, simply due to the timing of three shipment delays caused by Hurricane Ian. This increased our finished goods inventory by $20 million dollars compared to where we exited 2021.

Adjusted gross margin for the third quarter of 2022 was $75 million dollars, which represents an increase of approximately 120% as compared to $34 million dollars for the third quarter of 2021, on a recast basis, and an increase of 33% as compared to the non-recast basis for the third quarter of 2021.

Adjusted gross margin per metric ton was approximately $60 dollars per metric ton, as John mentioned, which represents an increase of 104% as compared to $29 dollars and thirty-six cents for the third quarter of 2021, on a recast basis, and an increase of 24% as compared to the non-recast basis of $48 dollars and thirty-eight cents per metric ton. The increase in adjusted gross margin and adjusted gross margin per metric ton was driven primarily by contract price escalators that are tied to inflation indices, coupled with the repricing of select legacy volumes and our ability to deliver a few shipments at market prices. We are securing a material, durable pricing up-lift from our contract structure, in addition to being in a very favorable contracting environment.

Net loss for the third quarter of 2022 was $18.3 million dollars, as compared to a net loss of $35.8 million dollars for the third quarter of 2021, on a recast basis.

Adjusted EBITDA for the third quarter of 2022 was $60.6 million dollars, compared to $14.2 million dollars on a recast basis, and $62.9 million dollars on a non-recast basis for third-quarter 2021, respectively. In October, we shared with the market that we expected adjusted EBITDA for the third quarter of 2022 to be in the range of $60 million to $65 million dollars, and we're pleased to be in line with that guidance range, even with the slight deferral of about $3 million dollars in adjusted EBITDA due to Hurricane Ian.

Distributable cash flow was $36.3 million dollars for the third quarter of 2022, as compared to negative DCF of $3.6 million dollars, and positive DCF of $49.5 million dollars for the corresponding quarter in 2021, on a recast and non-recast basis, respectively.

Our liquidity as of September 30, 2022, which included cash on hand, cash earmarked for the financing of our Epes plant, and availability under our revolving credit facility, was $328 million dollars.

A0057

Stepping back to look at full-year 2022, we reaffirmed our adjusted EBITDA guidance range in yesterday's press release and expect a strong fourth quarter to generate over 40% of our 2022 adjusted EBITDA.

For our capital expenditures guidance range, we narrowed the range slightly, dropping the high-end of the range by $10 million dollars, to now be $255 million dollars to $265 million dollars, from a previous range of $255 million dollars to $275 million dollars.

Our commitment to conservatively managing Enviva's balance sheet remains unchanged, and we continue to target a leverage ratio of 3.5 to 4 times, based on our credit facility. Although, as we execute our growth plan, we may exceed that range for a particular quarter or so, we expect to manage back to that range, and for full-year 2022, we expect to exit the year at or below 4 times. From a dividend coverage perspective, over the long-term, we are targeting a robust dividend coverage ratio of 1.5 times, and we forecast achieving that target in 2025.

As we execute our growth plan of building 6 plants over the next 4 to 5 years, we will continuously evaluate financing alternatives available to us. Although capital markets remain volatile, we have a number of alternatives available to us to finance the debt portion of our growth strategy. One option is the municipal bond market, which we believe could continue to provide attractive financing. For example, the Mississippi Business Finance Corporation has already approved an inducement resolution which provides us with the opportunity to consider financing a portion of our next plant build, in Bond, Mississippi, with tax-exempt green bonds. Given our evaluation of EPC construction alternatives, in addition to our proven self-execution model, traditional energy infrastructure project finance presents another potentially attractive financing alternative for our fully contracted new plant and port assets.

With that, I would like now to turn it back to John.

**John Keppler:**

Thanks Shai.

Building on Shai's last point about our capacity growth plans, because our industry is persistently structurally short supply, signing new contracts means new capacity must get built, and thus this remarkable pace of contracting is, in turn, underwriting our large-scale, fully contracted capacity expansions.

As we've discussed, we are underway with construction of our plant in Epes, Alabama. Epes is designed and permitted to produce 1.1 million metric tons per year and will be the largest industrial wood pellet production plant in the world.

We are also making progress on our plans to start construction of our plant in Bond, Mississippi. Bond is designed to be similar in size to our Epes facility, and we expect to begin construction in early 2023, subject to the receipt of necessary permits, with a completion date planned for the middle of 2024.

Epes and Bond are the second and third plants in our growing Pascagoula cluster, and plans are underway for the cluster's fourth plant. One of the very attractive aspects to building out the Pascagoula cluster is the operational leverage we have at our deep-water marine terminal, and the enhanced returns we expect to generate as we add new plants and increase terminal throughput. We expect to make a decision on the site for our fourth Pascagoula cluster plant around the end of this year.

We continue to expect to add 6 new plants over the next 4 to 5 years, with the likelihood that we'll add more after that. Epes, Bond, and the fourth plant in our Pascagoula cluster are the first three in our series of 6 new plants, and next on our growth path is the addition of three new plants across our Savannah, Wilmington, and Chesapeake clusters.

Before we open up the call for questions, I'll give a quick recap of what we've discussed this morning:

A0058

- First, Enviva delivered results in line with our expectations for the third quarter of 2022, and we're on track to deliver a strong fourth quarter,
- Second, we reaffirmed our 2022 adjusted EBITDA guidance range, and expect to generate between $240 and $260 million dollars for full year 2022,
- Third, we declared a $0.905 per share dividend for the third quarter and reaffirmed full-year 2022 dividend guidance of $3.62 per share
- And finally, and most importantly, we described how we continue to be a critical part of the thriving sustainability story of the forests in the US Southeast

I want to take a moment before we open up the call for Q&A to acknowledge the effort our Enviva team is putting in day-in and day-out, helping the company deliver on the tremendous opportunities we have ahead. I am very proud to see that our team continues to focus, without distraction, on what is core to Enviva, ensuring our continued safe, reliable, and sustainable operations that deliver climate change benefits today.

A lot of work ahead of us, but a lot to look forward to. And as many of you know I'm quite fond of saying, we are just getting started.

Now, let's open the line for questions.

**Questions and Answers**

**Operator**

We will now begin the question-and-answer session. To ask a question you may press * then 1 on your telephone keypad. If you are using a speaker phone, please pick up your handset before pressing the keys. If at any time your question has been addressed and you would like to withdraw your question, please press * then 2. At this time, we will pause momentarily to assemble our roster.

Today's first question comes from Jordan Levy with Truist Securities. Please go ahead.

**Q – Jordan Levy**

Good morning, all, and thanks for the update. First, I wanted to see if we could try and reconcile some of the volumes for the quarter. I recognize that there are some hurricane-related shipment delays as well as some spot market opportunities that you discussed. So, it just seems like if I'm running the numbers, I would have expected some growth in volumes even with the delays. So just seeing if we could get some additional color there.

**A – John Keppler**

Yeah. Jordan, thank you. As I think we described in our October release that we expected in the neighborhood of 1.3 million - 1.35 million tons for the quarter, and we actually came just a little bit shy of that, I think about 90,000 tons short with 80,000 tons left on the dock due to Hurricane Ian. So, I think that pencils out pretty straight.

**Q – Jordan Levy**

Got it. Thanks for that. And then on a somewhat related note, and I know Shai talked to this in his prepared remarks. The working capital has built, maybe if we could just talk to historic levels there and then kind of the impact of the delays, and how we should expect working capital to trend over the coming quarters.

**A – Shai Even**

Yeah. Thank you, Jordan, for the question. Kind of like, I'm thinking about the question on working capital and cash flow from operating activities, maybe I'll try and unpack this. So, for the third quarter, we have adjusted EBITDA of about $61

A0059

million, then as you know, during the third quarter, we are making the coupon payment on bonds, so we have a timing of higher interest cash paid, which is about $25 million for the quarter.

The inventories that we mentioned in our prepared remarks, affected the timing effect on our cash flow from operating activities about $10 million. And when you take into account also the support payments that are part of the simplification structure and used to be before the simplification, used to be part of the MSA fee waivers, included in cash from operating activities, you're adding about $6 million. And then there is some of the acquisition integration cost included which is about $4 million, and that's how we get to cash flow from operating activities of about $17 million for the third quarter.

**Q – Jordan Levy**

Got you. Okay. Thanks for the color. I'll take the rest offline.

**Operator**

The next question comes from John Mackay with Goldman Sachs. Please go ahead.

**Q – John Mackay**

Hey, everyone, good morning, and thanks for the time. Let's start on the contracting side. So, nothing new this quarter, but John, you alluded to, I guess 2 million tons of contracts potentially under flight. Could you just maybe clarify some timing when you expect those to come in? And maybe give us an update, more broadly on the set of MOUs you guys have talked about the last couple of quarters? Thanks.

**A – John Keppler**

Hi, John. Yeah, absolutely. John. Thank you. And I'm sorry, I missed you in the field a couple of weeks ago. I would point out that actually in the quarter, we executed an agreement with Alder fuels for up to 750,000 metric tons per year for sustainable aviation fuel production here in the US. A critical segment for us as we continue to look at the total addressable market there.

So, I think we actually made some pretty important progress in the quarter. As you look at sort of the full-year impact, we're sitting at about 3.5 million metric tons per year of new agreements that we penciled out new long-term contracts. And in our prepared remarks, we did point to about 2 million metric tons per year across a broad range of segments that we expect to bring across the line over about the next six months.

And let me actually ask Thomas to lean in on sort of where those segments are, let's talk some geographies, let's talk some segments and use cases.

**A – Thomas Meth**

Yeah, absolutely. Hey, John, and good to hear you again. The contracting momentum that we have has not slowed down at all. And the 2 million tons that John talked about are really across the board and in many geographies. We're seeing discussions and negotiations of contracts in European countries like Germany, like Poland, in the UK and other places in Europe, both on the power and heat side as well as the hard-to-abate industry side. We've also talked about Taiwan, we're seeing substantial momentum there, and of course, Japan continues to be a big growth market for us.

I would also point out that some of the volumes that we're now asked for are really for post-2027 volumes, and that is a key criteria where you see that generators are thinking about the next 10 or 15 years of what they have contracted so far. And we're really excited about that part of the momentum that we're seeing really materialized strongly now.

A0060

**Q – John Mackay**

All right, thanks for that update. Maybe let's turn to another part of the market, I guess. Maybe, so your pricing was really good this quarter. You guys talked about spot benefits. You also introduced this idea of maybe doing more spot or more kind of optimization cargos going forward. Can you talk about just how much of the quarter that benefit was, and how much maybe if you're looking into '23 or maybe a long-term EBITDA, what do you expect spot benefits could look like in the overall EBITDA mix?

**A – John Keppler**

That's a great question, John. And I think as we started out the year, as we commented on the implications of the war in Ukraine that had the effect of dampening third-party volume availability, which given that we're a quite large participant in the market, very large book of both production assets as well as our long-term optics across a range of geographies. That has been a part of our business and you've seen that consistently reported historically.

For 2022, we expected to see a dampening of that given the product availability and some of the challenges in Europe. What's kind of happened in the meantime of course is that markets have begun to emerge in places like the Pacific Rim. And this is an area from which we have procured historically. I think as we've described in our 10-K, we have structured long-term contracts with a partner in British Columbia for volumes there. And increasingly, what we're seeing is our ability to begin to access new production out of places in Southeast Asia and elsewhere, Australia included where we're able to move some of those volumes into our Japanese contracts because of our portfolio of shipping contracts and long-term agreements into the Asian marketplace.

And so, this is a part of our business. It's a part of our business that is enabled because of our long-term contracted position and the agreements that we have both with our customers and shipping partners that enable that logistical flow, right? This is still a very, very physical business and you have to be able to access the product as well as move it quite efficiently into markets where we have contracted demand.

From a pricing perspective, I think what we're seeing right now is certainly the seasonal benefit as we look historically across the Company's financial performance year-over-year. The second half of the year is generally our strongest period of the year with the fourth quarter typically being our strongest quarter. That's been a consistent pattern for us, and we would expect that to continue.

So, you've got a seasonal benefit in the second half of the year, large uptick in pricing generally in the fourth quarter for a number of underlying factors. Obviously, the margin expansion is really the way we operate the business. So, we're able to operate in an environment where our costs are generally lower in the second half of the year and we're able to sell into generally higher price conditions given the sort of winter season where some of our deliveries fall.

What I'd say on the durable pricing increases, and we've talked a little bit about this in the past, but the inflationary conditions in escalators in our contracts are providing a very significant uplift in pricing. That has continued. And certainly, the recent sort of eurozone print of 11% and the UK print a similar number, that hasn't actually been factored into our escalators in those contracts. So, we would expect that 2023 number to be appropriately reflective of the increases in that with the contracts that are existing within the firm.

We've also talked a bit about the repricing of certain existing contracts and sort of win-win situations with our customers for incremental volume and of course the entry into new contracts at a much higher price than what you would have seen certainly several years ago in our overall contract portfolio. That combined with what we see is some of the dislocations that we're able to monetize. And again, it's been relatively modest as Shai described a few vessels in the quarter. The dislocations and the opportunity to sell into some of the high-priced spot market I think will provide important value for us potentially in Q4, and certainly, as part of our full-year 2023 guide which we'll come back in early in the year and give a more fulsome perspective on it.

A0061

**Q – John Mackay**

I appreciate the color. Thank you.

**Operator**

The next question comes from Ryan Levine with Citi. Please go ahead.

**Q – Ryan Levine**

Good morning. I appreciate the update in your Track and Trace disclosures on your website. I think it'd be helpful if you could speak to how that's material to your contracts to the extent that any of your customers have ability to change terms? Or have any outs if the data were to be different than they were to expect? Or does any rule or law change provisions in any of your contracts?

**A – Thomas Meth**

Ryan, this is Thomas. Let me take this. So, first of all, we have robust third-party audits through SPB. They build on audits on PFC and FSC. And of course, we're in compliance with all these audits and that's the basis for our contractual compliance with our customers. Our Track and Trace system goes way above and beyond all that, and it creates incredible transparency that our customers like, regulators like because it just shows that we're front-footed, we're trying to take this industry to an entirely different level of what's possible through our transparency.

From a contractual basis, from a regulatory basis, there are no issues whatsoever. And so again, I'm glad we have the opportunity to explain Track and Trace and lean in. And it's going to continue to be a core part of our discussions with our customers and regulators, but we go above and beyond.

**A – John Keppler**

And Ryan, specific to your question, as we've talked about previously, our contracts generally provide for limited exposure at any to Enviva for change in law risk.

**Q – Ryan Levine**

Okay. So, the contracts are based on audited disclosure that you're providing to the market and your customers. Is that, am I hearing that correctly?

**A – John Keppler**

Yeah, that's correct. So, when we enter into an agreement, we have a very we have a certified sustainability standard that is in effect at the time of the entry into the contract, and all of our deliveries have complied with any of our required contractual provisions to the extent that any of the laws changed that is generally born by our customer.

**Q – Ryan Levine**

I appreciate the disclosure. Sort of switching gears, you mentioned several times Pacific Rim market developments. How does that impact your longer-term strategy, both on third-party volumes and ability to operate within your existing contract structures?

**A – John Keppler**

So, the base of our business and our core value proposition is to deliver volumes under long-term contracts for our customers. The ability to do so with new or smaller producers that enter the market, we've done that from a domestic basis too as you would have seen in sort of our earlier stage of growth. And so third-party volumes are a part of this business, but they are enabled by the fact that we have the long-term contracted volume position in these contracts

A0062

with our customers around the globe. That enables us in very physical commodities we described a moment ago in a very physical delivery model that enables us to capture basin differentials between where volumes can be procured and the shipping differential between certain of those procurement bases and where the volumes are ultimately delivered.

Again, the base model for us has been to produce on the very favorable and incredibly sustainable resources of the Southeast US and deliver those volumes ratably and durably into our European and Asian customer set. And the fact that volumes can be produced in other regions means that to the extent you can capture our logistics differential, we seek to do so and the value that can be created there should generally accrue to the largest supplier and ultimately deliver of this product around the world.

**Q – Ryan Levine**

Appreciate it, and last question from me. Has the movement in diesel costs impacted the quarter and your outlook?

**A – John Keppler**

So, I think, again, diesel, we've seen that in our cost tower, obviously, as we described earlier when diesel was particularly volatile earlier in the year. You did see that impact our delivered cost of fiber. It has generally modulated, that doesn't mean it's gone away entirely. But we have been able to operationalize a number of changes in both the way that we procure fiber, as well as the way that we process fiber, and for instance, eliminating diesel in a chipper by replacing it with electric chipper, and where we do some of that chipping mitigates our exposure to that. But certainly, it is something that our loggers and some of our truckers experienced and we have to work to help them mitigate that.

**Q – Ryan Levine**

Thank you.

**Operator:**

As a reminder, if you have a question, please press * then 1. Our next question comes from the line of Elvira Scotto with RBC Capital Markets. Please go ahead

**Q – Elvira Scotto**

Hi. Good morning, everyone. You talked a little bit about some of your potential financing plans. As you look out across these different alternatives, what types of cost of financing do you expect? I mean, given that we're in this rising rate environment?

And then just more broadly, I mean you have a lot of growth ahead of you, so can you just talk more broadly about your capital allocation plans in light of this growth that you have ahead of you and all of the plants that you need to finance over the coming years?

**A – John Keppler**

Yeah, Elvira. I am going to let Shai lean in on the financing structures and markets and provide probably a little more visibility into some, how we're thinking about project finance and some of the muni things that even we've done quite recently. But I do think it's important to start with a little bit of a reminder that for where we sit today, we're not even a year into the to conversion from master limited partnership to a regular way C corp. And one of the underlying drivers of that rationale was the preservation of capital that we were going to achieve on the basis of the elimination of the IDRs and the internalization of the construction activity as opposed to the acquisition of fully contracted assets from our sponsor. And the combination of those things on a forecast basis preserves about $1 billion in cash over the first 5 years. Of course, that's mitigated by the incremental SG&A burden that we assumed as part of the acquisition of our sponsor, but from an internal funding basis, we should be laying approximately $1 billion better than the prior case.

A0063

And so, 2022 clearly a transition year as we articulated as we're growing our way into that self-funding model. And as we look forward, certainly that capital is an important part of our growth plan because as we look to continue to conservatively manage the balance sheet, there will be a debt amounted to that. We've recently raised a particular tranche of debt associated with our Epes facility. We accessed the muni market. It was an attractive financing. It was an avenue that had historically been available to us, even as a master-limited partnership. But given that particular type of instrument doesn't travel very well between entities, we have not really approached that market.

But boy, what a great opportunity we were able to tackle earlier this year and we certainly think that's replicable for us given that the Mississippi equivalent has already awarded an inducement agreement for the Bond facility and one that we think is replicable going forward. It's not the only structure that's available for us, and Shai perhaps you want to lean in a little bit on where we're seeing some particular opportunities and how we think about this, both near-term and long-term.

**A – Shai Even**

Thank you, John. No question that the debt capital markets are volatile but when we're looking at our growth profile, we are developing plants at 5 times EBITDA multiple, approximately 5 times EBITDA multiples. So, our investments are very, very accretive to our cash flows and earnings. And when you're thinking about the muni market is still open, not as volatile as the high-yield taxable market. Also, when you're thinking about what we mentioned earlier about our ability to participate in the project financing market, not as volatile as either debt capital market. So, all in, there is an increase in cost, but it's not meaningful in a way that should impact our ability to continue to grow and build, as we mentioned earlier, six plants over the next four to five years.

**Q – Elvira Scotto**

Okay, great. And then I know you touched on this throughout some of the other questions and your prepared remarks but hoping to maybe get a little bit more quantification. Your adjusted gross margin per metric ton of $75 in the fourth quarter. Can you quantify what the biggest drivers are of that increase to $75? I mean, is it the fact that you have inflation escalators? Is it? What is the biggest driver?

And then as we look out into 2023, how should we see that trending? I mean I know there's some there's a seasonal element to this, but just generally speaking, like if we're exiting 2023, should we still be in that kind of $75 range, say in the fourth quarter of 2023? Do you expect it to be higher? Do you expect that to moderate a little bit?

**A – John Keppler**

Elvira, thanks for the question. I mean, as we've consistently demonstrated historically, Q4 is generally our strongest quarter, so you would actually expect to see an increase. And I think we've guided to a pretty significant step up even for Q4 of this year. Certainly, on a margin basis, that reflects the seasonal benefit that we get in the second half of the year. So, you would expect that to replicate on that seasonal component second half over first half in 2023 and probably again in 2024.

The headline price increases, and obviously, headline price increases margin and it's an all of the above impacts, right? The fact that the inflationary provisions within each of our contracts are providing meaningful durable pricing increases that increase margin at frankly a faster rate than we're seeing some of the impact in the cost tower. But that's why the business model works so well, right? I mean, when you think about where, you think about something like natural gas where we have some exposure because of our RTOs in our operating fleet and then sort of a derivative impact on power, well, what that's doing is obviously that's driving inflationary pressures that are increasing our headline pricing. So, in an environment like that, you are seeing margin expansion on the basis of headline price increases, even though you have some impact on the cost out.

A0064

What do we see in 2023, well, obviously, we're going to come back early in the year and give a more fulsome guide. But we've tried to be quite specific about we are seeing specific headline pricing increases within our existing contracted book of business because of the contractual provisions that bring in that escalation in price based on whether it's UK CPI, Eurozone CPI, US CPI, depending on this particular contract, inflating the headline price which inflates the margin, of course.

Similarly, Thomas and the team have done a very, very good job of looking and working with our customers on repricing certain of our legacy contracts in consideration for things like additional volume and others to create a pricing environment much more consistent with the current long-term environment than what we would have executed five or seven years ago. And finally, of course, the new contracts that we're entering into and are now coming to life are much higher priced than what we would have seen historically. And so, we do think it is both durable, and then, of course, there's the seasonality impact to that, which specifics back again second half next year be very strong and Q4 of this year to be a quite remarkable front if we deliver what we think is possible.

**Q – Elvira Scotto**

Great. That's helpful. And then just a last question from me. Looking at your cash flow from operations, it looks like this quarter, cash flow from operations was a positive $17 million. You're still running at a negative year-to-date. When do you think you could be at a point where your cash flow from operations kind of on an annual basis, is positive?

**A – Shai Even**

Thank you, Elvira, for the question. So, what we mentioned in our press release is that you should expect to see from us a dividend coverage ratio in 2023 of approximately 1.1 times. The way we are calculating it, we are taking into account our projected EBITDA, so we use the midpoint of between $305 million to $335 million, let's say, $320 million, and then you're subtracting from that the interest expense cash paid in 2023 and you're subtracting the moderate maintenance capital expenditures in 2023. And the dividend should give you a sense about how strong you should expect to see the cash flow from operating activities.

Obviously, 2022 was a transition year, as we mentioned, as we move from a partnership to C corp. So, there were a few adjustments to adjusted EBITDA. The most notable, I can mention is support payments that you expected coming out of the simplification. We said $25 million of payments in 2021 and $24 million in 2022, and in 2023, only about $6 million. So that's winding down.

And then also in 2022, there were acquisition and integration costs that also were mainly because of the simplification and conversion, and all these are winding down to a de minimus number in Q4 of 2022, and if we don't expect them to reoccur in 2023. So bottom line, very strong cash flow from operating activities in 2023.

**Q – Elvira Scotto**

Got it. But you're using distributable cash flow as a proxy for cash flow from operations, but if you're taking EBITDA minus interest expense, minus maintenance Capex, right? So, you're using DCF as a proxy for cash flow.

**A – Shai Even**

No, but also you should expect like on a full-year basis, you should expect moderate changes in accounts receivable, inventory and payables from us. As you recall, we have a very quick, cash collection cycle on our AR and inventories. Over the course, they should be relatively stable, so you shouldn't see cash-consuming inventories. We mentioned on AR that about 90% of the AR has been collected five days from completion, certificate of completion then the other 10% is collected about 30 days later, so very small uses of cash on an ongoing basis in working capital.

A0065

**Q – Elvira Scotto**

Okay, great. Thank you very much. That's all I had.

**A – John Keppler**

Great to talk to you Elvira, thank you.

**Operator**

This concludes our question-and-answer session. I would like to turn the conference back over to John Keppler for any closing remarks.

**John Keppler:**

Thank you very much, and thanks everyone for taking the time to join us again today.

We do continue to be incredibly privileged to have the opportunity to build this company and the unique platform that it is where we deliver exactly what the world wants, less carbon, more quickly, and more cost-effectively, from secure sources.

We look forward to continuing to offer that, to deliver that sustainably, and we look forward to connecting in just a few short months. Thank you.

**Operator**

The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

A0066