# EXHIBIT 10

# FORM 4



[X] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

| 1. Name and Address of Reporting Person * Keppler John K. (Last) (First) (Middle) 7272 WISCONSIN AVENUE, SUITE 1800 (Street) BETHESDA, MD 20814 (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol **Enviva Inc. [ EVA ]** 3. Date of Earliest Transaction (MM/DD/YYYY) **11/14/2022** 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) __X__ Director _____ 10% Owner __X__ Officer (give title below) _____ Other (specify below) **Chairman and CEO** 6. Individual or Joint/Group Filing (Check Applicable Line) __X_ Form filed by One Reporting Person ____ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/14/2022 | | M | | 144634 | A | (1) | 869175 | D | |
| Common Stock | 11/14/2022 | | A(2) | | 101695 | A | $0 | 970870 | D | |

### Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | (1) | 11/14/2022 | | M | | | 23588 | (3) | (3) | Common Stock | 23588 | $0 | 0 | D | |
| Restricted Stock Units | (1) | 11/14/2022 | | M | | | 35168 | (4) | (4) | Common Stock | 35168 | $0 | 0 | D | |
| Restricted Stock Units | (1) | 11/14/2022 | | M | | | 42939 | (5) | (5) | Common Stock | 42.939 | $0 | 0 | D | |
| Restricted Stock Units | (1) | 11/14/2022 | | M | | | 42939 | (6) | (6) | Common Stock | 42.939 | $0 | 0 | D | |

### Explanation of Responses:

(1) Restricted stock units convert into shares of common stock on a one-for-one basis.

(2) Pursuant to the terms of the reporting persons' employment agreement, upon his termination of employment on November 14, 2022, certain outstanding performance-based restricted stock unit awards that were not derivative securities and were not previously reported on a Form 4 vested and were settled in shares of the Issuer's common stock. These shares of common stock represent the settlement of three separate awards of performance-based restricted stock unit granted on February 1, 2022 (23,588 shares at target performance), January 27, 2021 (35,168 shares at target performance), and January 29, 2020 (42,939 shares at target performance).

(3) On February 1, 2022, the reporting person was granted 23,588 restricted stock units vesting in a single installment on February 1, 2026. This vesting of this award accelerated pursuant to the terms of the reporting person's employment agreement upon his termination of employment on November 14, 2022.

(4) On January 27, 2021, the reporting person was granted 35,168 restricted stock units vesting in a single installment on January 27, 2025. This vesting of this award accelerated pursuant to the terms of the reporting person's employment agreement upon his termination of employment on November 14, 2022.

(5) On January 29, 2020, the reporting person was granted 42,939 restricted stock units vesting in a single installment on January 29, 2024. This vesting of this award accelerated pursuant to the terms of the reporting person's employment agreement upon his termination of employment on November 14, 2022.

(6) On January 29, 2020, the reporting person was granted 42,939 restricted stock units vesting in a single installment on January 29, 2023. This vesting of this award accelerated pursuant to the terms of the reporting person's employment agreement upon his termination of employment on November 14, 2022.

**Reporting Owners**

A0484

| Reporting Owner Name / Address | Relationships | | | |
| --- | --- | --- | --- | --- |
| | Director | 10% Owner | Officer | Other |
| **Keppler John K.**<br>**7272 WISCONSIN AVENUE, SUITE 1800**<br>**BETHESDA, MD 20814** | X | | **Chairman and CEO** | |

**Signatures**

| | |
| --- | --- |
| /s/ Jason E. Paral, as attorney-in-fact for John K. Keppler | 11/16/2022 |
| **Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*      If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*      Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:      File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

A0485