# EXHIBIT 11

# FORM 4

[**X**] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person * <br><br>**Keppler John K.** <br>(Last)        (First)        (Middle) <br><br>**7272 WISCONSIN AVENUE,, SUITE 1800** <br>(Street) <br><br>**BETHESDA, MD 20814** <br>(City)        (State)        (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br><br>**Enviva Inc. [ EVA ]** <br><br> 3. Date of Earliest Transaction (MM/DD/YYYY) <br><br>**12/2/2022** <br><br> 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> ____ Director          ____ 10% Owner <br> ____ Officer (give title below)   __X__ Other (specify below) <br> **Former Chairman and CEO** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> _**X**_ Form filed by One Reporting Person <br> ____ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| **Common Stock** | 12/2/2022 | | S[1] | | 200000 [2] | D | $55.00 | 773572 | D | |

### Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

### Explanation of Responses:

**(1)**   The reporting person's sale of common stock reported herein was matchable under Section 16(b) of the Securities Exchange Act of 1934, to the extent of 4,943 shares, with the reporting person's purchase of 4,943 shares of the issuer's common stock at a price of $50.65 per share on October 12, 2022. The reporting person has agreed to pay to the issuer, upon settlement of the sale, $20,127.76, representing the full amount of the profit realized in connection with the short-swing transaction, less transaction costs.

**(2)**   In addition to a forthcoming planned contribution of shares of the issuer's common stock to a charitable remainder trust, in connection with his previously disclosed heart condition, the reporting person sold the securities reported herein principally for estate planning and charitable purposes, which include supporting several personal philanthropic initiatives. The securities sold as reported herein were acquired by a fund managed by Inclusive Capital Partners, L.P., a Delaware limited partnership ("In-Cap"). Jeffrey W. Ubben indirectly controls In-Cap.

### Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Keppler John K.** <br>**7272 WISCONSIN AVENUE,** <br>**SUITE 1800** <br>**BETHESDA, MD 20814** | | | | **Former Chairman and CEO** |

### Signatures

| /s/ Jason E. Paral, as attorney-in-fact for John K. Keppler | 12/5/2022 |
|---|---|
| **Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*       If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*       Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

A0486

Note:    File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

A0487