# EXHIBIT 13



A0499

# FORWARD-LOOKING STATEMENTS

## Cautionary Note Concerning Forward-Looking Statements

The information included herein and in any oral statements made in connection herewith include "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of present or historical fact included herein, regarding Enviva's strategy, future operations, financial position, estimated revenues and losses, projected costs, prospects, plans, and objectives of management are forward-looking statements. When used herein, including any oral statements made in connection herewith, the words "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms, and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. Except as otherwise required by applicable law, Enviva disclaims any duty to revise or update any forward-looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date hereof. Enviva cautions you that these forward-looking statements are subject to risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of Enviva. These risks include, but are not limited to: (i) the volume and quality of products that Enviva is able to produce or source and sell, which could be adversely affected by, among other things, operating or technical difficulties at its wood pellet production plants or deep-water marine terminals; (ii) the prices at which Enviva is able to sell its products; (iii) Enviva's ability to successfully negotiate, complete, and integrate acquisitions, including the associated contracts, or to realize the anticipated benefits of such acquisitions; (iv) failure of Enviva's customers, vendors, and shipping partners to pay or perform their contractual obligations to Enviva; (v) Enviva's inability to successfully execute its project development, capacity, expansion, and new facility construction activities on time and within budget; (vi) the creditworthiness of Enviva's contract counterparties; (vii) the amount of low-cost wood fiber that Enviva is able to procure and process, which could be adversely affected by, among other things, disruptions in supply or operating or financial difficulties suffered by Enviva's suppliers; (viii) changes in the price and availability of natural gas, coal, or other sources of energy; (ix) changes in prevailing economic and market conditions; (x) inclement or hazardous environmental conditions, including extreme precipitation, temperatures, and flooding; (xi) fires, explosions, or other accidents; (xii) changes in domestic and foreign laws and regulations (or the interpretation thereof) related to renewable or low-carbon energy, the forestry products industry, the international shipping industry, or power, heat, or combined heat and power generators; (xiii) changes in domestic and foreign tax laws and regulations affecting the taxation of Enviva's business and investors; (xiv) changes in the regulatory treatment of biomass in core and emerging markets; (xv) Enviva's inability to acquire or maintain necessary permits or rights for its production, transportation, or terminaling operations; (xvi) changes in the price and availability of transportation; (xvii) changes in foreign currency exchange or interest rates, and the failure of Enviva's hedging arrangements to effectively reduce its exposure to related risks; (xviii) risks related to Enviva's indebtedness, including the levels and maturity date of such indebtedness; (xix) Enviva's failure to maintain effective quality control systems at its wood pellet production plants and deep-water marine terminals, which could lead to the rejection of Enviva's products by its customers; (xx) changes in the quality specifications for Enviva's products that are required by its customers; (xxi) labor disputes, unionization, or similar collective actions; (xxii) Enviva's inability to hire, train, or retain qualified personnel to manage and operate its business and newly acquired assets; (xxiii) the possibility of cyber and malware attacks; (xxiv) Enviva's inability to borrow funds and access capital markets; (xxv) viral contagions or pandemic diseases, such as COVID-19; and (xxvi) overall domestic and global political and economic conditions, including the imposition of tariffs or trade or other economic sanctions, political instability or armed conflict, including the ongoing conflict in Ukraine, rising inflation levels and government efforts to reduce inflation, or a prolonged recession.

Should one or more of the risks or uncertainties described herein and in any oral statements made in connection therewith occur, or should underlying assumptions prove incorrect, actual results and plans could differ materially from those expressed in any forward-looking statements. Additional information concerning these and other factors that may impact Enviva's expectations and projections can be found in Enviva's periodic filings with the SEC. Enviva's SEC filings are available publicly on the SEC's website at www.sec.gov.

This presentation includes certain non-GAAP financial measures as defined under SEC Regulation G. A reconciliation of those measures to the most comparable GAAP measures is provided in this presentation. Please refer to slides 31 through 38.

## Industry and market data

This presentation has been prepared by Enviva and includes market data and other statistical information from third-party sources, including independent industry publications, government publications, or other published independent sources. Although Enviva believes these third-party sources are reliable as of their respective dates, Enviva has not independently verified the accuracy or completeness of this information. Some data is also based on Enviva's good faith estimates, which are derived from its review of internal sources as well as the third-party sources described above.

 INVESTOR DAY 2023

2

A0500

# PRESENTERS



**John Keppler**
Co-Founder,
Executive Chairman



**Thomas Meth**
Co-Founder,
President and Chief
Executive Officer



**Shai Even**
Executive Vice
President and Chief
Financial Officer



**Mark Coscio**
Executive Vice
President and Chief
Development Officer



**Brandi Colander**
Senior Vice President
and Chief Sustainability
Officer



**Dr. Puneet
Dwivedi**
UGA Associate Professor,
Sustainability Sciences



**Elizabeth
Woodworth**
Founder & CEO, Wood
& Co. Consulting

A0501

# AGENDA

| | |
|---|---|
| OPENING REMARKS & KEY MESSAGES ................................ | 10:30am –10:40am |
| STRATEGIC DIRECTION ............................................ | 10:40am –11:10am |
| OPERATIONS & CONTRACTING ....................................... | 11:10am –11:45am |
| MARKETS AND REGULATORY ENVIRONMENT............................ | 11:45am –12:15pm |
| LUNCH & SUSTAINABILITY ......................................... | 12:15pm – 1:15pm |
| ASSET GROWTH ................................................... | 1:15pm – 1:45pm |
| FINANCING OUTLOOK.............................................. | 1:45pm – 2:15pm |
| WRAP-UP ....................................................... | 2:15pm – 2:30pm |
| BREAK ......................................................... | 2:30pm – 2:45pm |
| Q&A PANEL ..................................................... | 2:45pm – 3:30pm |
| RECEPTION ..................................................... | 3:30pm – 4:30pm |

enviva | INVESTOR DAY 2023

A0502

# OUR **VISION**



## Displace Fossil Fuels

Bioenergy is part of an all-in strategy to reduce carbon emissions and limit dependence on fossil fuels. Wood pellets directly replace fossil fuels, providing customers around the world with a renewable feedstock that improves the environmental profile of energy generation.



## Grow More Trees

The key to keeping forests as forests is strong demand for forest products. We create a market for sustainable low-value wood that encourages good forest stewardship and creates incentives for forest landowners to replant and keep their land as forestland.



## Fight Climate Change

The world cannot afford to delay taking decisive climate action. The Intergovernmental Panel on Climate Change has mapped out numerous pathways toward a sustainable future, and many rely on wood bioenergy.[1]

A0503



# STRATEGIC DIRECTION

INVESTOR DAY 2023

6

A0504

# ENVIVA

**We are a high-growth, ESG, renewable energy company**

**We produce and sell wood pellets under long-term, take-or-pay contracts that provide predictable, growing cash flows**

**We are investing in highly accretive, fully contracted assets and infrastructure that are expected to fuel cash flow growth well into the future**

**1** World's **largest industrial-grade pellet producer**, with ~6.2M MTPY[1] of nameplate production capacity

**2** ~$24 billion[2] **of firm, take-or-pay contracted backlog** with credit-worthy customers driving strong, visible cash flows

**3** **High-growth profile** with new use cases, new customers, and new geographies in addition to traditional EU and Asian utility partners

**4** Building **highly accretive, fully contracted plants** at expected ~5x adjusted EBITDA multiple[3]

**5** **$50+ billion**[4] in customer sales pipeline driven by energy transition tailwinds

**Robust Liquidity**

**Growing Cash Flow** from **Operations**

Expected to double Adj. **EBITDA to $500MM+** by 2026[5]

**Stable Dividend**

**Credit Capacity** available for growth

 **enviva**® | **INVESTOR DAY 2023**

*See Supplemental Information for endnotes*

7

A0505

# RECAP OF 4Q22 AND FY2022

## SIGNIFICANT GROWTH QUARTER-OVER-QUARTER, AND SOLID GROWTH YEAR-OVER-YEAR

 **Delivered record volumes of 1.5 million metric tons ("MT") in Q4**

 **Q4 and FY22 adjusted EBITDA in line with expectations**

**Excluding "Deferred Gross Margin Transactions" ("DGMT") impact[1]**

 **Announced 12 new agreements over last 12 months**

 enviva

**INVESTOR DAY 2023**

*See Supplemental Information for endnotes*

8

A0506

# SIGNIFICANT GROWTH FORECASTED FOR 2023

## DOUBLE-DIGIT GROWTH PROJECTED FOR 2023 ADJUSTED EBITDA COMPARED TO 2022

### 2023 Adjusted EBITDA Guidance Walk
*($ in millions)*

*Like prior years, 2023 adjusted EBITDA generation expected to be heavily weighted to 2H23*

**~30%**

~$155
**2022 Reported Adjusted EBITDA**

~$89*
Deferred Gross Margin Transactions (DGMT)

~$244
**2022 Adjusted EBITDA** Excluding DGMT Impact

~$(30)
Significant price escalation in long-term contracts offset by lower volumes sold into spot market relative to 2022

~$50
Increased production volume

~$30**
Increased contribution margin through operating leverage

~$25
Cost tower benefiting from improved commodity price management

$320
**2023 Adjusted EBITDA Guidance Midpoint**

*DGMT impact added back because finished goods were sold at market price, as part of Enviva's normal course of business, with cash collected and product consumed by the customer

** An adjustment has been made in the $30 million of "significant price escalation in long-term contracts offset by lower volumes sold into the spot market relative to 2022" to account for the incremental margin attributed to higher spot market prices and sales during 2022 that are not expected to repeat at the same level in 2023



**INVESTOR DAY 2023**

*See Non-GAAP Financial Measures*

9

**A0507**

# 2023 NET REVENUE GROWTH DRIVEN BY INCREASED VOLUMES SOLD AND HIGHER CONTRACTED PRICES; LOWER SPOT MARKET

**Net Revenue**
*($ in billions)*

| 2019 | 2020 | 2021 | 2022[2,3] | 2023E[4] |
|------|------|------|-----------|----------|
| $0.7 | $0.9 | $1.0 | $1.3 | ~$1.6 |

**Net Revenue per Metric Ton**
*($/MT)*

| 2019 | 2020 | 2021 | 2022[2,3] | 2023E[4] |
|------|------|------|-----------|----------|
| $192 | $202 | $207 | $240 | ~$234 |

**MT Volume Sold**
*(in millions)*

| 2019 | 2020 | 2021 | 2022[2,3] | 2023E[4] |
|------|------|------|-----------|----------|
| 3.6 | 4.3 | 5.0 | 5.3 | ~7.0 |

**Adjusted Gross Margin**
*($/MT)*

| 2019[1] | 2020[1] | 2021[1] | 2022[2,3] | 2023E[4] |
|---------|---------|---------|-----------|----------|
| $43 | $47 | $47 | $60 | ~$55 |

[1] 2019, 2020, and 2021 reflects non-recast
[2] 2022 excludes DGMT impact and 2023 excludes expected DGMT impact
[3] 2022 net revenue, net revenue per metric ton, and gross margin per metric unusually high given spot market prices
[4] 2023 estimates reflects midpoint

*See Non-GAAP Financial Measures*



A0508

# 2023 FORECAST ILLUSTRATES INCREASING CASH FLOW STABILITY

## 2023 ADJUSTED EBITDA LESS CASH INTEREST, CHANGES IN WORKING CAPITAL AND MCX COVERS DIVIDEND AT 1.09x to 1.30x



**2023 Adjusted EBITDA Guidance Walk to Forecasted Cash Flow From Operations Range**

*($ in millions)*

[1] Excludes expected impact from DGMT

**$733 million**
December 31, 2022 pro forma liquidity including PIPE and Term Loan

**+**

**~$300 MILLION CFFO**

**-**

**~$230 MILLION DIVIDEND**

**-**

**~$400 MILLION IN GROWTH CAPEX AND MCX**

**=**
**~$400 million**
December 31, 2023 forecasted liquidity

# LIMITED INCREMENTAL LIQUIDITY FORECASTED FOR GROWTH

**PLAN TO ISSUE UP TO $275MM** IN TAX EXEMPT FINANCING UNDER EXISTING MISSISSIPPI INDUCEMENT AGREEMENT IN 2024 – 2025

**Illustrative EBITDA to Net Changes in Cash Flow**[1,2]**, ($ in millions)**



**Illustrative Liquidity Walk excluding Growth Capex**[1,2,3,4] **, ($ in millions)**



[1] 2023, 2024, 2025, 2026 are estimates and excludes expected impact of DGMT
[2] 2023 reflects midpoint
[3] Other reflects elements of cash flow from financing activities not including dividends and debt issuance
[4] Greenfield Capex includes Epes and Bond and capitalized interest. Non-Greenfield Growth Capex is **excluded** for 2024 – 2026, **included** for 2023. Non-greenfield growth capex will be provided on a yearly basis.

enviva

A0510

# VISION FOR 2023 AND BEYOND

## PATHWAY TO DOUBLING ADJUSTED EBITDA BY 2026



**Adjusted EBITDA Outlook[1]**
*($ in millions)*

Doubling Adjusted EBITDA 2026 over 2022

$244 — 2022 Excl. DGMT Impact
$320 — 2023 Guidance Midpoint
2024E
2025E
$500 — 2026 Midpoint
2027E

| Reported Leverage[1] | | | | | |
|---|---|---|---|---|---|
| 5.5x | 4.5x | 5.0x | 4.0x | 3.5x | 3.5x |
| **Credit Agreement Reported Leverage[1,2]** | | | | | |
| 4.0x | 3.5x | 3.5x | 3.5x | 3.5x | 3.5x |

### INCREASED VOLUMES
- Epes and Bond fully ramped by 2026, with third plant fully ramped in 2027
- Production improvements implemented across asset fleet

### CONTRACTED SALES PRICE GROWTH
- Price escalators, new contracts and repricing of existing agreements increasing contracted revenue per ton

### GROWING WORLDWIDE DEMAND IN STRUCTURALLY SHORT MARKET
- Expanding geographies, use cases, and customers with rapidly escalating prices

### IMPROVING COST TOWER
- Improving fixed cost absorption and increasing contribution margin, strategic input cost management, reduced cost of delivered fiber

### KEY TAKEAWAYS

1. **LIMITED NEW FUNDING REQUIRED:**  Current liquidity and CFFO fund capital allocation plan through mid 2024, with only capital markets dependency projected to be issuance of $275 million under existing tax-exempt inducement agreement; for 2027 and beyond, balance sheet allows EVA to optimize debt across various structures, including senior notes, municipal bonds, and project financing

2. **CONSERVATIVE LEVERAGE:** Leverage ratio expected to remain within 3.5x – 4.0x (as calculated by credit facility) and sub 5.0x on a reported basis

3. **STABLE AND SECURE DIVIDEND:** Stable dividend with potential to grow as new assets placed in service



[1] Excludes DGMT impact in 2022 and expected DGMT impact 2023 - 2027
[2] As calculated under the terms of our revolving credit facility
[3] Leverage includes greenfield capex for Epes and Bond and non-greenfield growth capex.

13

A0511



OPERATIONS

INVESTOR DAY 2023

A0512

# STRATEGICALLY LOCATED **ASSETS**



| CHESAPEAKE CLUSTER (MTPY) | |
|---|---|
| Southampton VA (SOU) | 760k |
| Ahoskie, NC (AHO) | 410k |
| Northampton, NC (NOR) | 750k |
| Port of Chesapeake, VA (CHE)* | 2.5M |

| WILMINGTON CLUSTER (MTPY) | |
|---|---|
| Hamlet, NC (HAM) | 600k |
| Sampson, NC (SAM) | 600k |
| Greenwood, SC (GRE) | 600k |
| Port of Wilmington, NC (WIL)* | 3.0M |

| SAVANNAH CLUSTER (MTPY) | |
|---|---|
| Waycross, GA (WAY) | 800k |
| Port of Savannah, GA (SAV)* | 1.5M |
| Cottondale, FL (COT) | 780k |
| Port of Panama City, FL (PAN)* | 780k |
| Amory, MS (AMO) | 115k |
| Port of Mobile, AL (MOB)* | 115k |

| PASCAGOULA CLUSTER (MTPY) | |
|---|---|
| Lucedale, MS (LUC) | 750k |
| Epes, AL (EPES) (under construction) | 1.1M |
| Port of Pascagoula, MS (PAS)* | 3M+ |

*terminal throughput capacity

**~6.2M** MTPY TOTAL EXISTING NAMEPLATE PRODUCTION CAPACITY

**10** EXISTING PELLET PRODUCTION PLANTS

**~11M** MTPY TOTAL TERMINALING CAPACITY

**6** DEEP-WATER MARINE TERMINALS

△ TERMINALS OWNED OR LEASED   ○ PLANTS UNDER DEVELOPMENT / CONSTRUCTION

● PLANTS OWNED AND OPERATED   ⦿ PLANT SITES UNDER CONTROL / ASSESSMENT

15

A0513

# TWO KEY LEVERS TO IMPROVING OPERATIONAL PERFORMANCE IN 2023



## INCREASING VOLUMES

Ramping up **expansion projects** at existing plants, executing **debottlenecking projects** to drive further efficiencies, and **improving utilization** at underperforming plants



## LOWERING COST

Improved **fixed cost absorption**, minimizing **cost of procured fiber**, strategic **procurement of key inputs**, **focused discipline** on indirect spend



**We expect our efforts to lead to multi-year margin expansion**

**enviva**

**INVESTOR DAY 2023**

*See Supplemental Information for endnotes*

16

A0514

# IMPROVEMENTS IN OUR OPERATING POSITION ARE EXPECTED TO DRIVE DOWN COST PER TON BY 11% FROM 2022 - 2023

Case 8:23-cv-02474-MJM    Document 49-17    Filed 10/04/24    Page 18 of 81

## Improving Operating Position by $100M Throughout 2023

**Cost Driver**

**Impact on cost $/MT**

Improved **fixed cost absorption** from incremental volume will decrease fixed cost per MT

Strategic procurement of **key inputs** (e.g., diesel, natural gas, and electricity)

Minimizing **costs of procured fiber**

**Focused discipline** on indirect spend (e.g., tooling, repairs & maintenance, equipment leasing, and contract labor)

*See Supplemental Information for endnotes*

A0515

# INCREASING VOLUMES IN 2023

## Production volume actuals and forecasts, millions of metric tons

Legend:
- **Legacy** – existing or acquired plants
- **Ramp** – new plants

**2023 MAC[2]: 6.5M**

Total annual production (mil. MT):

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023E |
|---|---|---|---|---|---|---|---|---|
| Total | 2.3 | 2.6 | 2.9 | 3.2 | 3.8 | 4.2 | 4.7 | 5.5 – 6.0 |
| Legacy | | | | 3.1 | 3.3 | 3.7 | 3.9 | 4.7 |
| Ramp | | | | 0.1 | 0.5 | 0.5 | 0.8 | 1.3 |
| **Nameplate capacity[1] (mil. MT)** | 2.4 | 2.9 | 3.3 | 3.8 | 4.9 | 5.3 | 6.0 | 6.2 |



**Bridge 2022 to 2023 production**

- **2022 Actual** — 4.7
- **Ramping Lucedale** to its full potential — 0.4
- **Production capacity** previously demonstrated — 0.6
- **Capacity expansions** or **operational efficiencies** at existing plants — 0.3
- **2023 Budget** — 5.5 – 6.0



INVESTOR DAY 2023    [1] Nameplate capacity as derived from 10K annual reports, other than 2023
[2] Maximum Achieved Capacity over a 30-day period, demonstrated for all plants except Lucedale (assumes 750K metric tons per year)

18

A0516

# FAVORABLE CONTRACT STRUCTURE RESULTS IN **DURABLE MARGINS**



*Illustrative ($ per metric ton)*

| | |
|---|---|
| **1.** | Fiber ("stumpage") cost is ~10% of sales price, driven by strong fiber basket in the Southeast U.S. |
| | Majority of delivered price of fiber comprises labor, equipment, and hauling costs ("cut, skid, and haul") |
| **2.** | ~2:1 green ton to pellet ton conversion (green wood is, on average, composed of approximately 50% water, which varies seasonally. As such, on average, EVA acquires approximately two green tons to produce one pellet ton post the drying process) |
| **3.** | "Build and copy" approach to allow improved uptime and economy of scale |
| | Includes labor, consumables, repairs and maintenance, and energy costs |
| | Given fixed asset base, productivity improvements drive substantial margin expansion opportunities |
| **4.** | Fixed USD / ton transportation costs from plants to port terminals by truck / rail / barge |
| **5.** | Vertically integrated business model provides substantial operating leverage as business grows |
| | Fixed-price, USD / ton denominated shipping contracts matched to length of off-take contracts |
| **6.** | Bunker fuel cost adjustment passed through to customers |
| | Shipping costs range from ~$20 / MT (Europe) to ~$45 / MT (Japan) |
| **7.** | Long-term contracts with diversified customer base |
| | Fixed-price (with escalators), take-or-pay off-take contracts |

A0517

# 2023 COST TOWER: COST BREAKDOWN

**Variable cost drivers (e.g., fiber, energy, consumables) are all decreasing and bringing down the total cost per metric ton**

**Evolution total enterprise DAP cost[1], USD per metric ton, NCV[2] adjusted**



Chart: Bar values by year — 2016: $116; 17: $119; 18: $124; 19: $131; 20: $127; 21: $135; 22: $148 (Fiber $70, Energy $21, Other Variable Costs $20, Other Fixed Costs $37); 23: $132 (Fiber $66, Energy $18, Other Variable Costs $19, Other Fixed Costs $29); 2023 YE Exit Rate[5]: $128 (Fiber $64, Energy $17, Other Variable Costs $19, Other Fixed Costs $28)

**CAGR 2016-2023**

| | |
|---|---|
| 1.1% | Fiber |
| 5.2% | Energy |
| 3.8% | Other Variable Costs[3] |
| 0.8% | Other Fixed Costs[4] |

**Key Highlights driving expected 2023 Cost Position Reduction:**

- Projected 2023 **costs are ~11% lower** with a 2023 year-end exit rate cost position ~14% lower

- Strategic procurement of raw materials expected to **decrease fiber costs by ~$4/MT**

- Decreases in commodity prices, including diesel and natural gas prices, **reducing costs by ~$3/MT**

- Increasing production volumes in 2023 is driving greater fixed cost absorption leverage and **reducing cost position by ~$8/MT**

[1] Cost tower excludes to-port costs and shipping costs
[2] Fiber NCV Adjustment based on a CIF price of $200/MT
[3] Variable costs include lubrication, corn starch, consumables, distribution
[4] Fixed costs include other production, equipment leasing, repairs, wages, benefits, contract labor, indirect overhead, and other costs
[5] Based off of Q4 2023 projections (Oct-Dec)

enviva

20

A0518

# CONTRACTING

 **enviva®** | **INVESTOR DAY 2023**

A0519

# CONTRACTING OVERVIEW

## Enviva's core business is producing, selling, and delivering wood pellets under long-term take-or-pay contracts

### Core Business

**LONG-TERM** TAKE-OR-PAY CONTRACTS

- **80-85%** of annual adjusted EBITDA provided by take-or-pay contracts
- **No history of customer defaults** on contract obligations
- Contract revenue escalators **mitigate inflation** while fixed pricing and volumes **protect against recessionary pressures**

**~$24 BILLION** CONTRACTED BACKLOG

- Total weighted average remaining term of **~14 years**
- **$50 billion+** customer pipeline creates additional **diversification** opportunities

**PRICING** TAILWINDS

- **New contracts** at higher prices
- Repricing of legacy volumes at **higher prices**
- **Substantial pricing escalators**, with majority tied to inflation indices
- **Conservative forecasting** for 2023 revenue/ton



On average, current long-term contract pricing **~20% higher** than contracts scheduled to expire in the next 3 years on EVA's book of business

 

*See Supplemental Information for endnotes*

**A0520**

# COMMERCIAL AND LOGISTICS SERVICES

## Value-creation through flexibility in long-term contracts



### UNPARALLELED INSIGHT INTO INDUSTRY SUPPLY CHAIN

- Global market position creates visibility into dislocations and pricing trends
- Size and scale allow for incremental margin generation
- Enviva acts as balancing agent between supply basins and demand markets



### EMBEDDED VALUE IN BASE CONTRACTS

- Scheduling and logistical flexibility in take-or-pay contracts to capitalize on market dislocations



### 15-20% OF ADJUSTED EBITDA ON A NORMALIZED BASIS

- Higher in 2022 due to spike in structural market short and high spot pricing environment
- On a go-forward basis, expected to scale at flat rate with the growth of the base business



**INVESTOR DAY 2023**

*See Supplemental Information for endnotes*

**A0521**

# THIRD-PARTY PELLET PURCHASES

**Growing portfolio of third-party pellet suppliers, certified under strict sourcing policies**

## Ensuring high quality sustainability standards

- **Due diligence** on third-party suppliers forms an integral part of **Enviva's Responsible Sourcing Policy**[1]

  - Ensures same **high sustainability standards** that we expect of our own procurement activities

  - Supported by engagement with the **Earthworm Foundation**[2]

**15-20%**
of volumes sold

**~1 – 1.5**
million MT in 2023



**Third-Party Pellet Purchases Historical % of Sold Volumes**

| 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023E |
|------|------|------|------|------|------|------|-------|
| 5% | 4% | 4% | 11% | 12% | 17% | 9% | ~20% |

- With global market growth, continued emergence of small-scale wood pellet producers in disparate geographies, particularly SE Asia

- Enviva's global scale and long-term contracted position with major end-users provides a path to market to these fragmented producers at favorable margins for Enviva

- Sourced under **short-term, medium-term, and long-term agreements**



**INVESTOR DAY 2023**

*See Supplemental Information for endnotes*

A0522

# EMERGING THIRD-PARTY PURCHASE OPPORTUNITIES

**Demonstrated track record of procuring volumes from third-party producers and selling for a profit into spot market and long-term contracts**

- The Pacific Rim is **growing in importance** as a supply basin

- European markets continue to provide **strong demand** with EU-ETS carbon prices reaching a high of €100 in 1Q2023[1]

- **Improved shipping costs** if Pacific Rim pellets supply Asian market



US deliveries to Europe

Pacific Rim 3rd-party purchases delivered to Asian customers

**Other Opportunities:**
- Origin swaps
- Freight arbitrages
- Supply-demand dislocations
- Customer value chain management



INVESTOR DAY 2023

*See Supplemental Information for endnotes*

25

A0523

# 2023 Outlook

## Despite projected soft 1Q23, expected to meet 2023 Adjusted EBITDA Guidance

## Key Takeaways:

- **Trends match historical trajectory of quarter over quarter results**
  - Typically, ~70% of Adjusted EBITDA generated in 2H
  - Customers preparing for a very cold winter; most lucrative deliveries being shifted to the back half of the year

- **Low production** seen in first two weeks of January as a result of the Polar Vortex

- **Deferred Gross Margin Transactions** – adjustments anticipated in 1Q23

- **Customer mix expected to account for reduction** of revenue compared to FY 2023 average contracted prices, expected to return in 3Q23 and 4Q23

- **Associated shipping costs for higher** mix of Japanese customer deliveries during 1Q23

- **Increased costs** attributed to unexpected repairs and maintenance and fiber. Fiber costs increase driven by select competition, logging shortages, trucking shortages, and diesel costs

- **Cash flow enhanced** by $100 million payment received from customer to narrow the specs of the wood pellets delivered

 enviva | **I N V E S T O R   D A Y   2 0 2 3**

A0524

# 2023 KEY METRICS

| ADJUSTED EBITDA[1] | NET REVENUE[1] | DECREASING COSTS[2] | ADJ. GROSS MARGIN[2] |
|---|---|---|---|
| ~$320 million | ~$234/MT | -11% | ~$55/MT |

| LIQUIDITY[3] | CFFO[4] | DIVIDEND COVERAGE[5] | LEVERAGE[6] |
|---|---|---|---|
| ~$400 million | ~$300 million | 1.09x – 1.30x | 3.5x – 4.0x |

[1] 2023 reflects midpoint guidance, and excludes expected DGMT impact
[2] 2023 estimated
[3] December 31, 2023 forecasted liquidity
[4] 2023 Forecasted Liquidity inclusive of $6 million of Support Payments
[5] Projected 2023 CFFO after MCX over cash dividends
[6] As calculated under the terms of our revolving credit facility

*See Non-GAAP Financial Measures*

enviva | INVESTOR DAY 2023

27

A0525

# MARKETS & REGULATORY ENVIRONMENT



INVESTOR DAY 2023

28

A0526

# MARKET ENVIRONMENT & CONTRACT GROWTH

## Enviva's backlog is growing and diversifying to meet customer needs



**Enviva Contracted Backlog**

($ in billions)

| 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|------|------|------|------|------|------|------|
| $6 | $6 | $8 | $11 | $15 | $21 | $24 |

**Early phase of energy transition**

- Enviva founded to provide a drop-in substitute for coal for renewable baseload power and heat

**Incentivizing via subsidized market**

- Long-term regulatory incentives for customers to invest in non-fossil generation
- Expanding geographical market opportunities beyond Europe and the UK to Asia

**Focus on large-scale decarbonization pathways**

- Market maturation and expansion of use-cases for biomass in industrial applications
- Rising carbon costs resulting in biomass as cheapest form of thermal energy generation
- Subsidies no longer required to drive demand

**Opportunity to scale**

- High demand environment
- Supply scarcity
- Prices increasing across markets
- Opening of markets in the United States, driven by SAF development

**INVESTOR DAY 2023**

enviva

*See Supplemental Information for endnotes*

29

A0527

# EXPECTED CUSTOMER MIX IN 2025 AND 2030

## Industrial demand projected to increase steadily, with demand accelerating from biofuels and SAF producers

- Customer mix expected to expand from 20 customers in 2022 to ~40 customers in 2025

- Deliveries to largest customer expected to be ~15% of total deliveries by 2025

- Existing customer base and contracted growth in heat and power applications will increasingly be **supplemented by opportunities in hard to abate sectors**

### Anticipated 2025 Customer Mix



### Anticipated 2030 Customer Mix



- 45% Asian power and heat customers
- 45% European power and heat customers
- 10% industrial customers (primarily European, with some U.S. deliveries)

- 33% Asian power and heat customers
- 33% European power and heat customers
- 33% industrial customers across the globe

enviva

*See Supplemental Information for endnotes*

A0528

# COST COMPETITIVE, DROP-IN RENEWABLE SOLUTION

## Biomass continues to be competitive with natural gas and coal across the price curve



- The high price of fossil fuels and EU ETS carbon pricing makes wood pellets the **cheapest form of thermal energy generation**[1] in Europe

- In Q1 2023, EU carbon prices hit an all-time high at more than €100 per ton

- Pellets are 35 USD/MT cheaper than coal by in Q2 2023 and **30 USD/MT** on average **cheaper for full year 2023**[1]



**INVESTOR DAY 2023**

*See Supplemental Information for endnotes*

A0529

# EUROPEAN DEMAND MARKET & REGULATORY ENVIRONMENT

## Strong growth continues in Europe, with favorable contract pricing driven by energy transition demand and EU Emissions Trading System prices



### United Kingdom:

- Regulatory regime remains constructive for biomass, with subsidies being considered for Bioenergy Carbon Capture and Storage projects[1]

- Customer demand remains steady, with upcoming contract renewals expected to improve margins in 2027 and onwards[2]

### European Union:

- On March 30, 2023, the Renewable Energy Directive III negotiations reached a favorable conclusion, continuing to recognize woody biomass as a renewable energy source

- Demand increasing in industrial applications as companies:
  - ✓ Convert from coal to biomass in manufacturing processes,
  - ✓ Move away from reliance on Russian pipeline natural gas, and
  - ✓ Increase biofuel and sustainable aviation fuel refining capacity

- Power and heat conversions from coal to biomass underway, with projects in Germany and Poland expected to come online in 2025 and 2026[3]



INVESTOR DAY 2023

*See Supplemental Information for endnotes*

32

**A0530**

# ASIAN DEMAND MARKET & REGULATORY ENVIRONMENT

## Climate targets creating durable and large-scale delivery opportunities in Asian markets



### JAPAN:

- Regulatory regime remains very constructive for biomass, with Japan's Ministry of Economics, Trade, and Industry taking steps to phase out more than 100 inefficient coal-fired power plants[1]

- Next wave of contracts for Enviva is expected to be driven by co-firing inefficient coal plants with biomass, which will improve their efficiency and avoid being decommissioned

- Enviva continues to progress the 5 million MTPY memorandum of understanding signed with J-Power in November 2021, with expectations that a formal take-or-pay contract will be signed by 2025

### TAIWAN:

- Regulatory regime is very favorable for biomass in Taiwan, with Taipower, Taiwan's state-owned electric company, progressing plans to convert a large coal-fired unit of their Hsinta Power Plant to biomass in order to meet Taiwanese government's renewable energy targets[2]

- Enviva has several discussions and negotiations underway with industrial companies in Taiwan, and expects to announce contracting progress in 2023[3]

*See Supplemental Information for endnotes*

33

A0531

# UNITED STATES DEMAND MARKET & REGULATORY ENVIRONMENT

## Legislative environment provides new tailwinds for potential customers



### United States:

- Historically, Enviva's business has been export-driven, with a limited domestic customer base

- Enviva has signed two contracts for U.S.-based biofuel and SAF-related projects[1], and we are encouraged by the actions taken by Congress and the White House and the potential for a significant domestic market for sustainable biomass for SAF production and for utilization in potentially negative-emissions BECCS projects

- The Inflation Reduction Act ("IRA") strengthens the U.S. commitment to SAF by providing tax credits for every gallon of qualifying SAF produced in the U.S.-based on lifecycle greenhouse gas emission reduction percentages[2]

- Further, the IRA extends and modifies the tax credit for the production of renewable energy from biomass and other technologies. The legislation also enhances tax credits for bioenergy with carbon capture, use and storage (BECCUS), at both industrial facilities and power plants in the U.S.[2]



**INVESTOR DAY 2023**

*See Supplemental Information for endnotes*

A0532

# BIOMASS FEEDSTOCKS CREATE NEW OPPORTUNITIES FOR DEFOSSILIZATION

**BIOMASS FEEDSTOCKS PROVIDE A SUSTAINABLE AND SCALABLE NEAR-TERM SOLUTION FOR EMISSIONS REDUCTIONS**

- Energy-intensive industries represent the hardest sectors to abate
- Supply shortage looming for other waste sources for biofuel production

### Key Players

| Industry Vertical | Active Discussions by Commercial & Development Teams | Est. 2030 Global Market Size (MM MT pellet equiv.) |
|---|---|---|
| Power/Heating | Active discussions to add European contracts as the late-stage offtakes roll off (~2MM MTPY) | |
| Sustainable Aviation Fuel | Contracts already signed and additional discussions with a **~4MM MTPY** potential ramping from 2027 | |
| Aggregates (Lime, Cement, Asphalt) | Active discussions with a **~2MM MTPY** potential ramping up from 2025 | |
| Methanol | Active discussions with a **~1MM MTPY** potential starting in 2025/26; vessels ordered | |
| Metals & Mining | Active discussions with a **~5MM MTPY** potential in 2027/28 | |
| Carbon Sequestration (BECCUS, Biochar, etc.) | Contracts already signed and additional discussions with a **~5MM MTPY** potential in 2030 | |
| | | **~250MM MTPY** |

*Today*

*Tomorrow*

● Enviva Addressable

A0533

# GLOBAL SCALE PROVIDES DURABLE COMPETITIVE ADVANTAGES



Enviva is the world's largest supplier of utility-grade wood pellets in a highly fragmented industry with numerous small, single-plant operators and is frequently the sole-source supplier for its customers

*See Supplemental Information for endnotes*

A0534



# SUSTAINABILITY INFORMATION

INVESTOR DAY 2023

A0535

# TRANSFORMATIVE GROWTH ENVIRONMENT

## Biomass: Unlocking a future beyond fossil fuels

### URGENCY FOR RAPID INTEGRATION OF RENEWABLES
- Impacts of climate change are causing disruptions in every region of the world

### ROLE IN PHASING OUT FOSSIL FUELS
- Already contributing to emissions reductions from power and heat generation at favorable pricing
- Complements the intermittency of wind and solar energy

### OPPORTUNITIES FOR CIRCULARITY IN HARD-TO-ABATE SECTORS
- Key pillar in producing a wide range of high-value fuels and industrial chemicals with substantial GHG reductions[1]

### SUSTAINABLE PRACTICES ARE FOUNDATIONAL
- Ensures proper deployment of biomass resources as reflected in the regulatory and stakeholder landscape



**Production utilizing EVA pellets vs. conventional fossil fuels (on a lifecycle basis)**

- Coal: 85%
- Natural Gas: 70%
- Jet Fuel: 70%
- Steel: 90%
- Quicklime: 91%

% GHG emissions reductions



**INVESTOR DAY 2023**

38

*See Supplemental Information for endnotes*

A0536

# ENVIVA IS DEPENDENT ON HEALTHY WORKING FORESTS

**The U.S. Southeast forest landscape is complex and dynamic, and home to a robust forest products industry that ensures forest stewardship**



$ Markets

Plant seedlings

Market demand leads to continuous investment in the forest landscape

Harvest

Cultivate natural regrowth

Manage timberlands

**In the United States, private landowners are growing 43% more wood than they harvest each year**[4]

## ENVIVA'S SOURCING REGION

- More than **380 million acres of forestland** and **10 billion tons of wood** in the U.S. Southeast[1]
- Forest inventory has increased 21% since 2011[2]
- Only **3%** of timber lands are harvested each year[3]

## HARVESTING FROM WORKING FORESTS

- Carefully managed to produce a renewable supply of wood
- Diverse, fast-growing trees, sequestering CO2 at rapid rates - **nearly 1.5 million MT of CO2e sequestered by working forests each year in the U.S.** [4]
  - ➢ End-products continue to store large volumes of carbon

## AUGMENTING OTHER FOREST PRODUCT MARKETS

- Pellets represent 3.6% of annual harvest from working forests in the U.S.[4]
- Enviva purchases wood that is generally not utilized for higher-value uses, such as branches and tops

 

*See Supplemental Information for endnotes*

A0537

# SUSTAINABLE **SOURCING**

## RESPONSIBLE SOURCING POLICY[1]
- Underpins Enviva's operations and **clarifies Enviva's commitment to forest stewardship** including conservation leadership at the landscape-level, adhering to strict forest management standards, and supply chain verification

## KEEPING FORESTS AS FORESTS
- Enviva _**does not**_ accept wood from harvested land if the landowner does not intend to keep the land as forest

## INDEPENDENT FORESTRY CERTIFICATIONS[2]
- Ensuring Enviva meets industry-leading sustainability requirements

## SOURCING IS VERIFIED BY ENVIVA'S TRACK & TRACE® PROGRAM
- Provides transparency on the origins of our wood in the forest

**Certifications with Annual Audits by Independent Certification Bodies:**

    

**Branches & Tops**

**Small Dimension Trees**

**Large Dimension/ Sawlogs**

**Stumps**

 

*See Supplemental Information for endnotes*

A0538

# COMMITMENT TO **PARTNERSHIPS**

**Enviva engages credible stakeholders with deep-knowledge in regional forest dynamics and conservation to ensure our operations do not negatively impact the local environment**

**RESPONSIBLE SOURCING**

Reflecting operational growth trajectory in our **Responsible Sourcing Policy** with the support of **the Earthworm Foundation's** expertise and scalable solutions

**HEIRS PROPERTY**

**Enviva Heirs Property Fund** partners with **nonprofits and property professionals** to assist families secure clear title to land assets and capture sustainable value

**CONSERVATION**

**Enviva Forest Conservation Fund** administered by the **US Endowment for Forestry and Communities:** $5 million, 10-year effort to preserve 35,000 acres of bottomland forests in VA and NC

**REFORESTATION**

**Enviva Forest Restoration Plan** with **The Longleaf Alliance** to support the goals of the America's Longleaf Restoration Initiative

 **INVESTOR DAY 2023**

*See Supplemental Information for endnotes*

**A0539**



# ASSET GROWTH

**enviva** | **INVESTOR DAY 2023**

42

A0540

# BEYOND 2023, WE HAVE ESTABLISHED THE FUNDAMENTAL PILLARS FOR GROWTH

**We invested in detailed engineering and standardization over the last 6 months to optimize capital productivity and de-risk execution model**

## Talent

We've set out on a **purposeful acquisition of talent and deployed top talent** in capital projects for seamless delivery including VP of Construction and VP of Capex Procurement



*EBITDA growth of new plants*

## Value Engineering

Completed **value engineering and incorporated experience** from our network of 10 plants to maximize capital efficiency and to deliver state-of-the-art new plants

- **Cost and Schedule Certainty** with Standard Plant Program

- **Derisking Program Delivery** with Improved Standard Plant Design

- **$75-90MM Adjusted EBITDA** expected from each 1.1MM MT plant

- **5X or better Adjusted EBITDA multiple** per plant

## EPC – Engineering, Procurement, & Construction

EPC delivery model partnering with 2 EPC firms, **delivering programmatic savings**. Our plan is to contract Bond and Beyond on a **Lump Sum Basis leveraging duplication** from our Standard Plant design, creating pathway to low-cost project financing



**INVESTOR DAY 2023**

*See Supplemental Information for endnotes*

43

A0541



# EVA-1100™
# STANDARD PLANT DESIGN

A0542

# A PROVEN, REPEATABLE EVA-1100™ PLANT DESIGN

## Producing 1.1 MM MTPY by utilizing demonstrated production rates and lessons learned from existing 10 plants



INVESTOR DAY 2023

*See Supplemental Information for endnotes*

45

A0543

A0544

# CAPEX PROGRAM INCREASES ADJ. EBITDA BY 25% PER PLANT

**Annual Adjusted EBITDA per plant**, *$ in millions*



**Key insights:**

Contract pricing and operational improvements continue to drive **5X or better Adjusted EBITDA multiple**

**Per Plant Capital Expenditures Walk From Prior 1.1MM MT Design to New 1.1MM MT Design**



Capital cost increase due to inflation, redundancies added in Standard Plant Design, & safety and operational enhancements



**INVESTOR DAY 2023**

*See Non-GAAP Financial Measures*

47

A0545

# GROWTH PLAN

## On path to doubling adjusted EBITDA over next 4 years, with each plant adding $75 - 90 MM at a 5X multiple

Adjusted EBITDA    ~$244[1]    ~$500

*(Million)*

| | Year 0 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |

**EPES, ALABAMA**
Construction underway — 1.1 million MTPY

**BOND, MISSISSIPPI**
Construction planned for start in 2H 2023 — 1.1 million MTPY

**2 EVA-1100 STANDARD PLANTS (under development[2])**
1.1 million MTPY x 2

**2 ADDITIONAL PLANTS (under option)**
1.1 million MTPY x 2

[1] Excluding impact of the Deferred Gross Margin Transactions

[2] $75-90 MM in Adj. EBITDA contribution per EVA-1100™ not included in 2026 forecast

→ CONSTRUCTION PERIOD
→ DEVELOPMENT PERIOD

 **enviva** | INVESTOR DAY 2023

*See Non-GAAP Financial Measures*

48

A0546

# ASSET GROWTH SUMMARY

## Base plan unlocks doubling of Adj. EBITDA, with optionality for additional growth

- **Enviva's doubling of Adj. EBITDA to $500 MM is underpinned by its EVA-1100™ standard plant**
  - Largest pellet plant design in the world producing 1.1MM MT per year, adding $75 – 90MM in Adj. EBITDA at a 5X multiple

- **The Epes project team has laid the groundwork for a successful EVA-1100™ build**

- **Enviva has a strong, active development pipeline to meet our mid-term and longer-term sales opportunities**
  - Epes, Alabama and Bond, Mississippi plants expected online in 2024 and 2025, respectively
  - Two other plants under development, expected online 2026 and 2027
  - Multiple additional sites under option
  - In addition, we are positioning to contribute to the wood biomass verticals, including SAF, industrial, and others

 

*See Non-GAAP Financial Measures*

**A0547**



# FINANCING OUTLOOK

INVESTOR DAY 2023

50

A0548

# KEY TOPICS

 **OVERVIEW OF KEY FINANCIAL PRIORITIES**

 **CAPITAL ALLOCATION PLAN**

 **FINANCING ALTERNATIVES FOR NEXT PHASE OF GROWTH**

enviva | **INVESTOR DAY 2023**

51

*See Supplemental Information for endnotes*

A0549

# FINANCIAL **PRIORITIES**

SUBSTANTIAL LIQUIDITY AND STRONG CASH FLOW GENERATION **SUPPORT MAINTENANCE OF STABLE DIVIDEND**



## STRONG DIVIDEND COVERAGE

**Dividend coverage of over 1.0x** projected for 2023; long-term target of 1.5x dividend coverage projected by 2026

## CONSERVATIVE LEVERAGE

**Leverage ratio target between 3.5 and 4.0** times as calculated under the terms of our revolving credit facility

As reported leverage ratio target is less than 5.0 times

## GROWTH FINANCING

**Reducing reliance on capital markets** over time, which means annual total capital expenditures will be increasingly funded by cash flow from operating activities

*Enviva is committed to maintaining substantial liquidity and financial flexibility, driven by strong, growing cash flow and availability under our revolving credit facility*

 **I N V E S T O R   D A Y   2 0 2 3**

*See Supplemental Information for endnotes*

52

A0550

# GROWTH **FUNDING OUTLOOK**

**NO ADDITIONAL EQUITY ISSUANCE REQUIRED**

The $250 million PIPE in 2023 sufficiently de-levers the company and pre-funds equity portion of expected capex needs. No additional equity is expected to be required to complete organic growth plan of building 4 plants in 4 years

**STRONG EXISTING LIQUIDITY**

$733 million of available liquidity as of 12/31/2022, proforma for the PIPE and the Term Loan. Projecting to exit 2023 with ~$400 million of liquidity

**GROWING LIQUIDITY CAPACITY AND CONSERVATIVE LEVERAGE**

Growing EBITDA allows for additional borrowing (while maintaining conservative leverage) in the event greenfield plant program expanded beyond building next 4 new plants over the next 4 years

**LIMITED NEEDS FOR CAPITAL**

Under the non-recourse project financing structure, Enviva's future capital needs are limited to 30% of the overall greenfield capital cost



**2027 Available Cash Flow For Growth Projects**

*($ in millions)*

Available Cash For Growth Projects $150-$170

Maintenance CapEx - $25

Dividends ~$275
> 1.5x Dividend Coverage

Cash Interest - $120-140

Projected Adjusted EBITDA $570 - $610

Projected Cash Flow From Operations $450 - $470

**In 2027, annual cash flow sufficient to fund at least ~40% of a new greenfield plant**

*See Supplemental Information for endnotes*

A0551

# FINANCING FOR NEW GREENFIELD PLANTS

## KEY FACTORS ENABLE ENVIVA TO PURSUE **PROJECT FINANCING** FOR FUTURE PRODUCTION PLANTS

**1**

**LONG-TERM OFFTAKE CONTRACTS**

10–15-year tenor, investment grade / high credit-quality customers

**2**

**EPC CONTRACTS**

Lump-sum, de-risked EPC contracts with top-tier EPC firms

**3**

**ABUNDANT FIBER SUPPLY**

New plants are in robust fiber baskets with abundant supply and stable pricing for raw materials

**Project Financing**



**INVESTOR DAY 2023**

54

*See Supplemental Information for endnotes*

**A0552**

# ACCESS TO VARIOUS PROJECT FINANCING ALTERNATIVES

## EXISTING RELATIONSHIP BANKS

Highly supportive group of relationship banks including top tier global Project Finance banks

## EUROPEAN & JAPANESE MARKETS

Presence in European and Japanese markets and renewable focus resonate well with major Project Financing participants

## INFRASTRUCURE & CREDIT FUNDS

Existing relationships with leading credit and infrastructure funds that focus on sustainable finance

## ACCESS TO TAX-EXEMPT BOND MARKETS

Proven access to the tax-exempt municipal bond market provides another cost-effective way to finance construction projects

**Upside:**

### Inflation Reduction Act

**Enviva's greenfield plants could qualify for "Advanced Energy Projects" (under section 48C) which could result in tax credits from 6% to up to 30% of total capital investment cost**

 INVESTOR DAY 2023

55

*See Supplemental Information for endnotes*

**A0553**

# FINANCIAL PRIORITIES FOR 2023 & 2024

## SUBSTANTIAL LIQUIDITY AND STRONG CASH FLOW GENERATION **SUPPORT MAINTENANCE OF STABLE DIVIDEND** AND **LIMITED ADDITIONAL BORROWING**

| *Projected funding needed for next 2 greenfield plants*: | *In millions $* |
|---|---|
| Epes, Alabama plant | $0 |
| Bond, Mississippi plant | $275 |

| *Bond, Mississippi Plant Funding Plan:* | *In millions $* |
|---|---|
| Average cost of new greenfield plant | $375 |
| Tax-exempt bond raise completed in 2022 for Bond plant | $100 |
| Funding needed to complete Bond plant | $275 |
| Inducement from State of Mississippi for municipal bond issuance | $400 |
| Less: Tax-exempt bond raise completed in 2022 for Bond plant | ($100) |
| Remaining inducement available for further tax-exempt bond issuances in Mississippi | $300 |
| Potential tax-exempt bond offering to complete funding for Bond plant | $275 |
| Remaining amount available under the Mississippi Inducement | $25 |



**INVESTOR DAY 2023**

56

*See Supplemental Information for endnotes*

A0554

# FINANCING OUTLOOK SUMMARY

- We believe we can fund the next phase of our organic growth, our 4 plants in 4 years program, **without raising equity**

- We believe we can fund our next phase of growth with attractive debt options and **maintain our dividend**

- We believe we can **achieve our conservative leverage targets** and our **dividend coverage targets** throughout our next phase of growth

 **INVESTOR DAY 2023**

57

A0555



# WRAP UP

A0556

# KEY TAKEAWAYS

**Enviva has the potential to create durable, long-term shareholder value**

- Guiding to **adj. EBITDA of $320 million in 2023** (midpoint)

- **Reducing operating position by $100 million in 2023**

- Executing growth plan of building **4 plants in 4 years** at improved economics and lower risk

- Pathway to doubling adj. EBITDA to **$500 million by 2026**

- Flexibility to both **fund our growth plan without issuing additional equity and to pay the dividend**

- **Market tailwinds** and significant growth trajectory in new geographies and market applications

- Ability to **sustainably scale** the business, grounded in responsible forest management practices

 enviva | **I N V E S T O R  D A Y  2 0 2 3**

59

*See Supplemental Information for endnotes*

A0557

# LOOKING AHEAD

## Multiple opportunities to engage with Enviva in 2023

- **Ongoing plant and forest tours**
    - Sign-up sheet at registration desk

- **Sustainability Webinar Series kicking off in May 2023. Topics to include:**
    - Forest dynamics in the US Southeast
    - Biomass certification schemes
    - Enviva's Track & Trace® Standard
    - Developing industrial markets
    - Unpacking Enviva's Corporate Sustainability Report
    - Partnerships

- **1Q23 Results expected to be released on May 3, 2023**

- **Biogenic Carbon Conference in September 2023**

 **I N V E S T O R   D A Y   2 0 2 3**

*See Supplemental Information for endnotes*

**A0558**



Q & A

**Email Questions To:**

Kate.Walsh@envivabiomass.com or
Jessie.Dzura@envivabiomass.com

61

A0559



# NON-GAAP FINANCIAL MEASURES

62

A0560

# NON-GAAP FINANCIAL MEASURES

## Non-GAAP Financial Measures

In addition to presenting our financial results in accordance with accounting principles generally accepted in the United States ("GAAP"), we use adjusted net income, adjusted gross margin, adjusted gross margin per metric ton, adjusted EBITDA, and distributable cash flow to measure our financial performance. In addition, as a result of our Simplification Transaction, we were required to recast our historical financial results in accordance with GAAP. Accordingly, any results presented on a non-recast basis constitute a Non-GAAP measure.

The estimated incremental adjusted EBITDA that can be expected from Enviva's development of new wood pellet plant capacity is based on an internal financial analysis of the anticipated benefit from the incremental production capacity and cost savings we expect to realize. Such estimates are based on numerous assumptions and are inherently uncertain and subject to significant business, economic, financial, regulatory, and competitive risks that could cause actual results and amounts to differ materially from such estimates. A reconciliation of the estimated incremental adjusted EBITDA expected to be generated by a new wood pellet production plant constructed by Enviva to the closest GAAP financial measure, net income (loss), is not provided because net income (loss) expected to be generated is not available without unreasonable effort, in part because the amount of estimated incremental interest expense related to the financing of such a plant and depreciation is not available at this time.

## Adjusted Net (Loss) Income

We define adjusted net (loss) income excluding acquisition and integration costs and other, early retirement of debt obligation, Support Payments, Executive separation, effects of COVID-19, and the war in Ukraine. We believe that adjusted net (loss) income enhances investors' ability to compare the past financial performance of our underlying operations with our current performance separate from certain items of gain or loss that we characterize as unrepresentative of our ongoing operations.

## Adjusted Gross Margin and Adjusted Gross Margin per Metric Ton

We define adjusted gross margin as gross margin excluding loss on disposal of assets and impairment of assets, non-cash equity-based compensation and other expense, depreciation and amortization, changes in unrealized derivative instruments related to hedged items, acquisition and integration costs and other, Support Payments, effects of COVID-19 and the war in Ukraine. We define adjusted gross margin per metric ton as adjusted gross margin per metric ton of wood pellets sold. We believe adjusted gross margin and adjusted gross margin per metric ton are meaningful measures because they compare our revenue-generating activities to our cost of goods sold for a view of profitability and performance on a total-dollar and a per-metric ton basis. Adjusted gross margin and adjusted gross margin per metric ton primarily will be affected by our ability to meet targeted production volumes and to control direct and indirect costs associated with procurement and delivery of wood fiber to our wood pellet production plants and our production and distribution of wood pellets.

Our estimated AGM for the full-year 2023 is based on internal financial analyses. Such estimates are based on numerous assumptions and are inherently uncertain and subject to significant business, economic, financial, regulatory, and competitive risks that could cause actual results and amounts to differ materially from such estimates. Reconciliation of the estimated AGM/MT and the estimated AGM for full-year 2023 to the closest GAAP financial measure, gross margin, is not provided because gross margin expected to be generated is not available without unreasonable effort.



**INVESTOR DAY 2023**

63

A0561

# NON-GAAP FINANCIAL MEASURES, *(cont.)*

## Adjusted EBITDA

We define adjusted EBITDA as net income (loss) excluding depreciation and amortization, interest expense, income tax expense (benefit), early retirement of debt obligation, non-cash equity-based compensation and other expense, loss on disposal of assets and impairment of assets, changes in unrealized derivative instruments related to hedged items, acquisition and integration costs and other, Executive separation, effects of COVID-19 and the war in Ukraine, and Support Payments. Adjusted EBITDA is a supplemental measure used by our management and other users of our financial statements, such as investors, commercial banks, and research analysts, to assess the financial performance of our assets without regard to financing methods or capital structure.

Our adjusted EBITDA guidance for  2024, 2025, 2026 and 2027 is based on internal financial analyses. Such estimates are based on numerous assumptions and are inherently uncertain and subject to significant business, economic, financial, regulatory, and competitive risks that could cause actual results and amounts to differ materially from such estimates. A reconciliation of the adjusted EBITDA guidance for 2024, 2025, 2026 and 2027 to the closest GAAP financial measure, net income (loss), is not provided because net income (loss) expected to be generated is not available without unreasonable effort, in part because the amount of estimated incremental interest expense related to financing and depreciation is not available at this time.

## Distributable Cash Flow

We define distributable cash flow as adjusted EBITDA less cash income tax expenses, interest expense net of amortization of debt issuance costs, debt premium, and original issue discounts, non-cash interest expense from Deferred Gross Margin Transactions, and maintenance capital expenditures. We use distributable cash flow as a performance metric to compare our cash-generating performance from period to period and to compare the cash-generating performance for specific periods to the cash dividends (if any) that are expected to be paid to our shareholders. We do not rely on distributable cash flow as a liquidity measure.

Our estimated distributable cash flow for the full-year 2023 is based on internal financial analyses. Such estimates are based on numerous assumptions and are inherently uncertain and subject to significant business, economic, financial, regulatory, and competitive risks that could cause actual results and amounts to differ materially from such estimates. A reconciliation of the estimated distributable cash flow for the full-year 2023 to the closest GAAP financial measure, net income (loss), is not provided because net income (loss) expected to be generated is not available without unreasonable effort, in part because the amount of estimated incremental interest expense related to financing and depreciation is not available at this time.

A0562

# NON-GAAP FINANCIAL MEASURES, *(cont.)*

## Limitations of Non-GAAP Financial Measures

Adjusted net income (loss), adjusted gross margin, adjusted gross margin per metric ton, adjusted EBITDA, and distributable cash flow, as well as our Non-Recast Presentation are not financial measures presented in accordance with GAAP. We believe that the presentation of these non-GAAP financial measures provides useful information to investors in assessing our financial condition and results of operations. Our non-GAAP financial measures should not be considered as alternatives to the most directly comparable GAAP financial measures. Each of these non-GAAP financial measures has important limitations as an analytical tool because they exclude some, but not all, items that affect the most directly comparable GAAP financial measures. You should not consider adjusted net income (loss), adjusted gross margin, adjusted gross margin per metric ton, adjusted EBITDA, or distributable cash flow, or our Non-Recast Presentation, in isolation or as substitutes for analysis of our results as reported under GAAP.

Our definitions of these non-GAAP financial measures may not be comparable to similarly titled measures of other companies, thereby diminishing their utility.

A0563

# NON-GAAP FINANCIAL MEASURES RECONCILIATION, *(cont.)*

## DEFERRED GROSS MARGIN TRANSACTIONS ("DGMT")

- Enviva has multiple long-term contracts with a large European customer for the sale of approximately 2.8 million MT from 4Q22 through 2026

- In 4Q22, Enviva entered into agreements with this same customer to purchase approximately 1.8 million MT of wood pellets between 2023 and 2025

- Under GAAP, the 4Q22 purchase agreements constituted a contract modification of the existing sales contracts. Because the scope of the modification resulted in a net decrease in future sales volumes to this customer, Enviva was required to account for the modification as if it terminated its existing sales contracts and created a new, single contract.  Accordingly, the amount of consideration to be received for the sale of approximately 2.8 million MT will be allocated based on an average sales price per MT to the remaining sales during the life of the deemed new contract

- Additionally, the 4Q22 agreements to purchase approximately 1.8 million MT of wood pellets during 2023 - 2025 constitute, for GAAP purposes, a repurchase agreement. Under GAAP, Enviva is required to account for the purchase agreements as a financing arrangement

- As a result, approximately 450,000 MT of wood pellets sold to this customer in 4Q22 are reflected as a financing transaction in our consolidated financial statements as opposed to product sales:

- Gross sales proceeds of $175 million are presented as financing liabilities on our balance sheet

- Cost of goods sold of approximately $95 million, inclusive of depreciation and amortization of approximately $9 million, are presented as inventory

- In addition, non-cash interest expenses of approximately $10 million have been recorded, reflecting the difference between the future purchase price of the approximately 1.8 million MT and the average sale price per MT over approximately 1.8 million MT

- $102 million of cash was received during 4Q22 from this customer, and is included in net cash provided by financing activities as opposed to cash provided by operating activities; the remaining $73 million of cash related to the $175 million of gross sales proceeds was collected in January and February 2023

- Had Enviva not accounted for the transactions with the customer as financing transactions, 2022 gross margin (excluding depreciation and amortization) would have been higher by $88.9 million, and interest expense lower by $10 million

- In addition, net cash provided by operating activities would have been higher by approximately $102 million

### Reversal of DGMT

Enviva expects the Deferred Gross Margin Transactions to increase gross margin by **$88.9 million** over the remaining duration of the purchase agreements with our customer

As such, we expect approximately **50%** of such increase will be reported in 2024 and **50%** in 2025

We expect adjusted EBITDA to increase in the same manner as gross margin for 2024 and 2025


A0564

# NON-GAAP FINANCIAL MEASURES RECONCILIATION, *(cont.)*

**The following table provides a reconciliation of deferred gross margin transaction impacts to key 4Q22 GAAP and non-GAAP financial metrics:**

| $ in millions, unless noted | 4Q22 As Reported | Deferred Gross Margin Transactions ("DGMT") | 4Q22 Excluding DGMT Impact** |
|---|---|---|---|
| Net Revenue | $ 239.3 | $ 175.1 | $414.4 |
| Net Loss | (77.4) | 107.9 | 30.5 |
| Adjusted EBITDA* | 18.6 | 88.9 | 107.5 |

\* Adjusted gross margin, adjusted EBITDA, distributable cash flow, and adjusted gross margin per MT are non-GAAP financial measures

\*\* All financial measures presented excluding the DGMT impact are non-GAAP financial measures, please refer to slide 66 for more details on the DGMT

enviva

**A0565**

# NON-GAAP FINANCIAL MEASURES RECONCILIATION, *(cont.)*

**The following table provides a reconciliation of 4Q22 net loss to adjusted EBITDA, and the same reconciliation for 4Q21 on a recast basis and non-recast basis (in millions):**

| | Three Months Ended December 31, | | |
|---|---|---|---|
| | **2022** | **2021 Recast** | **2021 Non-Recast** |
| **Net loss** | $ (77.4) | $ (61.4) | $ (34.0) |
| *Add:* | | | |
| Depreciation and amortization | 26.9 | 24.0 | 23.9 |
| Interest expense | 29.0 | 10.2 | 9.4 |
| Income tax expense (benefit) | 2.5 | (13.1) | - |
| Early retirement of debt obligation | - | 9.4 | - |
| Non-cash equity-based compensation and other expense | 7.1 | 33.5 | 15.7 |
| Loss on disposal of assets and impairment of assets | 4.1 | 2.9 | 2.9 |
| Changes in unrealized derivative instruments | (1.3) | 0.9 | 0.9 |
| Acquisition and integration costs and other | 3.0 | 23.8 | 24.1 |
| Support Payments | 4.0 | 25.1 | 25.1 |
| Executive separation | 20.8 | - | - |
| **Adjusted EBITDA** | $ 18.6 | $ 55.1 | $ 68.0 |

enviva

A0566

# NON-GAAP FINANCIAL MEASURES RECONCILIATION, *(cont.)*

**The following table provides a reconciliation of deferred gross margin transaction impacts to key 2022 GAAP and non-GAAP financial metrics:**

| $ in millions, unless noted | 2022 As Reported | Deferred Gross Margin Transactions ("DGMT") | 2022 Excluding DGMT Impact** |
|---|---|---|---|
| Net Revenue | $ 1,094.3 | $ 175.1 | $1,269.4 |
| Adjusted Gross Margin* | 217.1 | 88.9 | 306.0 |
| Net Loss | (168.4) | 107.9 | (60.5) |
| Adjusted EBITDA* | 155.2 | 88.9 | 244.1 |
| Distributable Cash Flow (DCF)* | 81.3 | 88.9 | 170.2 |
| Adjusted Gross Margin ($/MT)* | 46.65 | 13.36 | 60.01 |

*Adjusted gross margin, adjusted EBITDA, distributable cash flow, and adjusted gross margin per MT are non-GAAP financial measures

**All financial measures presented excluding the DGMT impact are non-GAAP financial measures; please refer to Slide 66 for more details on the DGMT

A0567

# NON-GAAP FINANCIAL MEASURES RECONCILIATION, *(cont.)*

**The following table provides a reconciliation of net loss to adjusted EBITDA for each of the periods indicated (in millions):**

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2022** | | **2021** |
| **Net loss** | $ (168.4) | $ | (145.3) |
| *Add:* | | | |
| Depreciation and amortization | 113.2 | | 91.9 |
| Interest expense | 71.6 | | 56.5 |
| Income tax expense (benefit) | 2.5 | | (17.0) |
| Early retirement of debt obligation | - | | 9.4 |
| Non-cash equity-based compensation and other expense | 38.3 | | 55.9 |
| Loss on disposal of assets and impairment of assets | 11.3 | | 10.2 |
| Changes in unrealized derivative instruments | (.6) | | (2.7) |
| Acquisition and integration costs and other | 21.7 | | 32.6 |
| Effects of COVID-19 | 15.2 | | - |
| Effects of the war in Ukraine | 5.1 | | - |
| Support Payments | 24.0 | | 25.1 |
| Executive separation | 20.8 | | - |
| **Adjusted EBITDA** | $ 155.2 | $ | 116.7 |

A0568

# NON-GAAP FINANCIAL MEASURES RECONCILIATION, *(cont.)*

**The following table provides a reconciliation of gross margin to adjusted gross margin per metric ton for each of the periods indicated (in millions):**

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2022** | **2021** | Change |
| | *(in thousands, except per metric ton)* | | |
| **Reconciliation of gross margin to adjusted gross margin and adjusted gross margin per metric ton:** | | | |
| Gross Margin [1] | $ 53,906 | $ 83,362 | $ (29,456) |
| Loss on disposal of assets and impairment of assets | 10,478 | 10,143 | 335 |
| Non-cash equity-based compensation and other expense | 2,944 | 2,271 | 673 |
| Depreciation and amortization | 105,179 | 86,471 | 18,708 |
| Changes in unrealized derivative instruments | (59) | (2,673) | 2,614 |
| Acquisition and integration costs and other | 1,664 | 397 | 1,267 |
| Effects of COVID-19 | 13,942 | - | 13,942 |
| Effects of the war in Ukraine | 5,051 | - | 5,051 |
| Support Payments | 23,985 | 25,100 | (1,115) |
| Adjusted gross margin | $217,090 | $205,071 | $12,019 |
| Metric tons sold | 4,654 | 5,033 | (379) |
| **Adjusted gross margin per metric ton** | **$46.65** | **$40.75** | **$5.90** |

(1) Gross margin is defined as net revenue less cost of goods sold (including related depreciation and amortization and loss on disposal of assets).



**I N V E S T O R   D A Y   2 0 2 3**

71

A0569

# NON-GAAP FINANCIAL MEASURES RECONCILIATION, *(cont.)*

**The following table provides a reconciliation of gross margin to adjusted gross margin per metric ton for each of the periods indicated (in millions):**

| Reconciliation of gross margin to adjusted gross margin and adjusted gross margin per metric ton: | Year Ended December 31, | |
|---|---|---|
| | 2021 (Recast) | 2020 (Recast) |
| | *(in thousands, except per metric ton)* | |
| Gross Margin [1] | $    83,362 | $    72,538 |
| Loss on disposal of assets and impairment of assets | 10,143 | 8,683 |
| Non-cash equity-based compensation and other expense | 2,271 | 2,714 |
| Depreciation and amortization | 86,471 | 82,523 |
| Changes in unrealized derivative instruments | (2,673) | 4,328 |
| Acquisition and integration costs and other | 397 | 1,517 |
| Support Payments | 25,100 | - |
| Commercial Services | | (4,139) |
| Adjusted gross margin | $205,071 | $168,134 |
| Metric tons sold | 5,033 | 4,332 |
| **Adjusted gross margin per metric ton** | **$40.75** | **$38.81** |

(1) Gross margin is defined as net revenue less cost of goods sold (including related depreciation and amortization and loss on disposal of assets).



**INVESTOR DAY 2023**

A0570

# NON-GAAP FINANCIAL MEASURES RECONCILIATION, *(cont.)*

**The following table provides a reconciliation of adjusted gross margin and adjusted gross margin per metric ton for each of the periods indicated (in millions):**

| Full-Year 2021<br>$ in millions, unless noted | Recast Presentation 2021 | Adjustments | Non-Recast Presentation 2021 |
|---|---|---|---|
| Adjusted Gross Margin | 205.1 | 32.5 | 237.6 |
| Adjusted Gross Margin $/metric ton | 40.75 | 6.46 | 47.21 |

A0571

# NON-GAAP FINANCIAL MEASURES RECONCILIATION, *(cont.)*

**The following table provides a reconciliation of gross margin to adjusted gross margin per metric ton for each of the periods indicated (in thousands, except per metric ton):**

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2020** | **2019** | Change |
| | | | |
| Gross Margin [1] | $ 107,123 | $ 72,538 | $ 26,055 |
| Asset impairment and disposals | 6,978 | 3,103 | 3,875 |
| Non-cash unit compensation expense | 2,024 | - | 2,024 |
| Depreciation and amortization | 76,115 | 50,521 | 25,594 |
| Changes in unrealized derivative instruments | 4,328 | 4,588 | (260) |
| MSA Fee Waivers | 10,913 | 5,000 | 5,913 |
| Acquisition and integration costs and other | 1,510 | 3,211 | (1,701) |
| Commercial Services | (4,139) | 4,139 | (8,278) |
| Adjusted gross margin | $204,852 | $151,630 | 53,222 |
| Metric tons sold | 4,332 | 3,564 | 768 |
| **Adjusted gross margin per metric ton** | **$47.29** | **$42.54** | **$4.74** |

A0572

# NON-GAAP FINANCIAL MEASURES RECONCILIATION, *(cont.)*

**The following table is a reconciliation of adjusted EBITDA to distributable cash flow for each of the periods indicated (in thousands, except per metric ton):**

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2022** | **2021** | Change |
| **Reconciliation of adjusted EBITDA to distributable cash flow attributable to Enviva:** | | | |
| Adjusted EBITDA | $ 155,219 | $ 116,706 | $ 38,513 |
| Less: | | | |
| Interest expense, net of amortization of debt issuance costs, debt premium, original issue discount, and non-cash interest expense from the Deferred Gross Margin Transaction [1] | 59,508 | 52,574 | 6,934 |
| Maintenance capital expenditures | 14,375 | 13,981 | 394 |
| Distributable cash flow attributably to Enviva Inc. | 81,336 | 50,151 | 31,185 |
| Less: Distributable cash flow attributable to incentive distribution rights | - | 19,030 | (19,030) |
| **Distributable cash flow attributable to Enviva Inc.** | $ 81,336 | $ 31,121 | $ 50,215 |

(1) See above, "Contracts as a Financing Arrangement ("Deferred Gross Margin Transaction")"

 **enviva**

**INVESTOR DAY 2023**

A0573

# 2023 GUIDANCE

**The following table provides a reconciliation of the estimated range of net income (loss) to the estimated range of adjusted EBITDA for the twelve months ending December 31, 2023 (in millions):**

| | Twelve Months Ending December 31, 2023 |
|---|---|
| **Estimated net loss** | $ (48.0) – (18.0) |
| Add: | |
| Depreciation and amortization | 136.0 |
| Interest expense* | 159.0 |
| Income tax expense | – |
| Non-cash equity-based compensation expense | 40.0 |
| Loss on disposal of assets | 10.0 |
| Changes in unrealized derivative instruments | 2.0 |
| Support Payments | 6.0 |
| **Estimated adjusted EBITDA** | $ 305.0 – 335.0 |

\* Interest expense includes $89.0 million of non-cash interest expense resulting from the Deferred Gross Margin Transactions impact.

 
**A0574**



# SUPPLEMENTAL INFORMATION

INVESTOR DAY 2023

A0575

# SUPPLEMENTAL INFORMATION

### Slide 5 (Our Vision)

1. The Intergovernmental Panel on Climate Change https://www.ipcc.ch/srccl/

### Slide 7 (Enviva)

1. Enviva's total expected production capacity as of December 31, 2022, including the Lucedale, Mississippi plant (the "Lucedale plant") after it has achieved its nameplate capacity. The total expected production capacity also includes part of the expansion projects underway at the Sampson, Hamlet, and Cottondale plants (the "Multi-Plant Expansions"), which are expected to be completed during 2023. The total expected production capacity does not include the recently announced expansion at our plant in Ahoskie, North Carolina (the "Ahoskie plant").
2. A of January 1, 2023, Enviva's total weighted-average remaining term of take-or-pay off-take contracts is approximately 14 years, with a total contracted revenue backlog of approximately $24 billion. Enviva's contracted revenue backlog is complemented by a customer sales pipeline that now exceeds $50 billion, which includes higher-priced contracts in various stages of negotiation.
3. Enviva expects to construct new fully contracted wood pellet production plants at an approximately 5x adjusted EBITDA project investment multiple.
4. Enviva's customer sales pipeline includes the previously announced J-Power and German utility MOUs. Our customer sales pipeline comprises long-term, take-or-pay off-take opportunities in our traditional markets for biomass-fired power and heat generation in geographies ranging from the United Kingdom to the European Union (including opportunities in Germany and Poland), to Asia (including incremental demand in Japan and emerging potential in Taiwan), as well as in developing industrial segments across the globe (including steel, cement, lime, chemicals, sustainable aviation fuel ("SAF"), biomethanol, and biodiesel). We are negotiating long-term wood pellet supply contracts with several leading industrial companies in each of these hard-to-abate sectors that are actively and urgently pursuing large-scale reductions of lifecycle GHG emissions.
5. Based on current information. There can be no assurance that the growth plan will occur on the estimated timeline, if at all. Given the quality and size of our current customer sales pipeline, we believe we will be able to support the addition of at least four new fully contracted wood pellet production plants and several highly accretive expansion projects, which, over the next four years, would roughly double our current adjusted EBITDA generation.

### Slide 8 (4Q22 and FY2022)

1. For more information, please refer to our earnings press release dated March 1, 2023.

### Slide 24 (Third-Party Pellet Purchases)

1. Enviva's Responsible Sourcing policy outlines our standards for forest stewardship in three critical areas: (1) at the tract level, with strict standards for forest sourcing; (2) throughout our supply chain, with provisions for verification, transparency, and reporting; and (3) in pledges for conservation leadership on landscape-level challenges and opportunities.
2. Enviva is partnering with the Earthworm Foundation to reflect the operational growth trajectory and scale of the business in our Responsible Sourcing Policy.

### Slide 25 (Third-Party Pellet Opportunities)

1. Source: Reuters and other media sources covering EU carbon pricing. "EU carbon hits 100 euros taking cost of polluting to record high," February 21, 2023.

 **INVESTOR DAY 2023**

A0576

# SUPPLEMENTAL INFORMATION

### *Slide 26 (2023 Adjusted EBITDA Outlook)*

1. For more information, please refer to our earnings press release dated March 1, 2023.

### *Slide 31 (Cost Competitive)*

1. Based on Bloomberg, forwards as of March 23, 2023 (heating oil, jet fuel, and methanol 2023 prices assuming forward curve is flat), Argus Media, and other sources including finance.yahoo.com, ons.gov.uk/economy, jet-a1-fuel.com, and www.methanex.com

### *Slide 32 (European Demand Market & Regulatory Environment)*

1. Based on policy statements in the United Kingdom's current Biomass Policy Statement (November 2021) and Power BECCS Business Model Consultation Response (March 2023).

2. Based on Enviva's total contracted revenue backlog of approximately $24 billion and customer sales pipeline in excess of $50 billion, which includes higher-priced contracts in various stages of negotiation.

3. Germany's "Easter Package" (2022), released by the Federal Ministry for Economic Affairs and Climate Action, outlined legislation to expedite immediate renewable energy deployment, including biomass as a source of energy for power plants. For further information on Poland's initiatives and policies regarding increasing consumption of renewable energy, please refer to the International Energy Agency's website: https://www.iea.org/policies/12882-energy-policy-of-poland-until-2040-pep2040

### *Slide 33 (Asian Demand Market & Regulatory Environment)*

1. In 2020, Japan's Ministry of Economy, Trade and Industry (METI) announced it would proceed with the closure of low-efficiency coal-fired power plants in Japan as a concretization of Japan's Basic Energy Plan.

2. For more information about market development in Taiwan, please refer to our earnings press release dated November 2, 2022.

3. Included in Envia's customer sales pipeline in excess of $50 billion.

### *Slide 34 (United States Demand Market & Regulatory Environment)*

1. On March 3, 2023, in the company's 4Q22 earnings, Enviva announced a 10-year take-or-pay off-take contract signed with an existing global customer related to production in the U.S. of biofuels for blending into sustainable aviation fuel and other renewable fuels. Previously, on September 6, 2022, Enviva announced the signing of a contract with Alder Fuels for the long-term, large-scale supply of woody biomass to further commercialize the supply of sustainable aviation fuel in the United States.

2. For more information, please refer to our press release on the Inflation Reduction Act dated August 17, 2022.



**A0577**

# SUPPLEMENTAL INFORMATION

### *Slide 36 (Global Scale)*

1. Enviva's total production capacity and number of plants are based on nameplate capacities of our existing operating plants, wood pellet production plants in Epes, Alabama (the "Epes plant") and Bond, Mississippi (the "Bond plant"), which are currently under development, capital-light expansions at existing Enviva facilities, and two additional plants, which are currently in the development process. Production capacity and number of plants for other pellet producers are based on Hawkins Right: The Outlook for Wood Pellets - Demand, Supply, Costs and Prices; 4th Quarter 2022.
2. Hawkins Wright: The Outlook for Wood Pellets - Demand, Supply, Costs and Prices; 4th Quarter 2022. Plant categories included in the market share calculation are operating, operating at reduced capacity, temporary idled, and under construction/financed by 2023.

### *Slide 38 (Growth Environment)*

1. Source: Boundless Impact's "Enviva Environmental Impact Report: Alternative Fuels Industry."

### *Slide 39 (Healthy Working Forests)*

1. Source: NCASI: Trends in Forest Harvest, Regeneration, and Management in the Southeastern United States as Related to Biomass Feedstock, Table 1. NCASI defines the Southeastern United States to include Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina, Tennessee, Texas, and Virginia.
2. Based on data from the U.S. Department of Agriculture's Forest Inventory and Analysis National Program, FIA EVALIDator
3. Based on data from the U.S. Department of Agriculture's Forest Inventory and Analysis National Program, FIA EVALIDator. The 3% harvested value represents the acreage of forest land that has been harvested in Alabama, Florida, Georgia, Mississippi, North Carolina, South Carolina, and Virginia compared to the total acreage of forested lands in these states in the USFS FIA database.
4. Based on data from the NCASI Forest Carbon Data Viz.

### *Slide 40 (Sustainable Sourcing)*

1. For more information on Enviva's Responsible Sourcing Policy, please refer to the Enviva website
2. For more information on Enviva's Third-Party Sustainability Certifications, please refer to the Enviva website.

### *Slide 41 (Partnerships)*

1. For more information on Enviva's sustainability partnerships, please refer to Enviva's sustainability section on our website: https://www.envivabiomass.com/sustainability/

 **INVESTOR DAY 2023**

A0578