## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANDREW DAVIS, et al., | Civil Action No. 8:23-cv-02474-MJM |
| Plaintiff, | |
| v. | |
| JOHN K. KEPPLER, et al., | |
| Defendants. | |

## DECLARATION OF GARTH SPENCER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Garth Spencer, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the States of New York, California, and North Carolina, and admitted *pro hac vice* in this action. I am a partner in the law firm of Glancy Prongay & Murray LLP, counsel of record for Lead Plaintiff Andrew Davis and named plaintiffs Christine Alloro and Ted Goldstein in this action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2. Attached as **Exhibit A** are highlighted excerpts of a true and correct copy of the Disclosure Statement For The Amended Joint Chapter 11 Plan Of Reorganization Of Enviva Inc. And Its Debtor Affiliates, *In re: Enviva Inc.*, Case No. 24-10453-BFK (Bankr. E.D. Va.), ECF No. 1202 (filed Oct. 14, 2024).

3. Attached as **Exhibit B** is a chart titled "PPI for final demand, 12-month percent change, not seasonally adjusted," obtained from the U.S. Bureaeu of Labor Statistics website at https://www.bls.gov/charts/producer-price-index/final-demand-12-month-percent-change.htm.

4. Attached as **Exhibit C** are excerpts of true and correct copies of the Form 10-Q for

Enviva Inc., filed with the SEC on November 3, 2022, and its accompanying Certification of Principal Executive Officer, John K. Keppler, which were obtained from the SEC's online EDGAR database.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 5th day of December, 2024, at Wilmington, North Carolina.

Garth Spencer