# Exhibit B



# PPI for final demand, 12-month percent change, not seasonally adjusted

Source: U.S. Bureau of Labor Statistics.