# Exhibit C

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# Form 10-Q

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2022**

or

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from ___ to ___**

**Commission file number 001-37363**

## Enviva Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **46-4097730** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **7272 Wisconsin Ave. Suite 1800** | |
| **Bethesda, MD** | **20814** |
| (Address of principal executive offices) | (Zip code) |

**(301) 657-5560**

(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock | EVA | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Results of Operations**

*Three Months Ended September 30, 2022 Compared to Three Months Ended September 30, 2021*

| | Three Months Ended September 30, | | | | | |
|---|---|---|---|---|---|---|
| | | 2022 | | 2021 (Recast) | | Change |
| | | (in thousands) | | | | |
| Product sales | $ | 322,978 | $ | 229,698 | $ | 93,280 |
| Other revenue | | 2,682 | | 8,128 | | (5,446) |
| Net revenue | | 325,660 | | 237,826 | | 87,834 |
| Cost of goods sold, excluding items below | | 257,542 | | 199,943 | | 57,599 |
| Loss on disposal of assets | | 4,035 | | 3,916 | | 119 |
| Selling, general, administrative, and development expenses | | 30,407 | | 33,898 | | (3,491) |
| Depreciation and amortization | | 34,930 | | 23,285 | | 11,645 |
| Total operating costs and expenses | | 326,914 | | 261,042 | | 65,872 |
| Loss from operations | | (1,254) | | (23,216) | | 21,962 |
| Interest expense | | (18,704) | | (15,463) | | (3,241) |
| Other income (expense), net | | 1,671 | | (37) | | 1,708 |
| Net loss before income tax expense (benefit) | | (18,287) | | (38,716) | | 20,429 |
| Income tax expense (benefit) | | 12 | | (2,893) | | 2,905 |
| Net loss | $ | (18,299) | $ | (35,823) | $ | 17,524 |

*Net revenue*

Revenue related to product sales for wood pellets produced or procured by us increased to $323.0 million in the three months ended September 30, 2022 from $229.7 million in the three months ended September 30, 2021. The $93.3 million, or 41%, increase was primarily attributable to a 31% increase in average sale price per MT and a 7% increase in product sales volumes for the three months ended September 30, 2022 as compared to the three months ended September 30, 2021.

The increase in average sales price per MT was primarily due to addressing dislocations in our customers' and other producers' supply chains, which enabled incremental deliveries at elevated spot pricing, pricing escalators and cost pass-through mechanisms inclusive of bunker fuel adjustments in our existing contracts, and repricing existing contracts and entering into new contracts at higher prices compared to historical prices. Recent biomass spot market prices, as well as the forward curve pricing of certain European indices, have exceeded $400 per MT, representing a substantial premium to the current long-term contracted pricing of roughly $200 to $220 per MT across Enviva's weighted average portfolio, and we have been able to capture some of that differential during the three months ended September 30, 2022.

The increase in product sales volumes was 84 thousand MT. Product sales volumes were dampened by the timing of shipments that has resulted in an increase in finished goods inventory due to Hurricane Ian and decreased volumes procured from third parties to fulfill product sales during the three months ended September 30, 2022 as compared to the three months ended September 30, 2021. As of September 30, 2022, due to Hurricane Ian we had three shipments with approximately 80 thousand MT that were delayed due to the temporary suspension of port operations and were sold in the subsequent quarter. The decrease in procured volumes was due to a lower availability of third-party pellets resulting from the war in Ukraine and related sanctions.

Other revenue for the three months ended September 30, 2022 and 2021 was $2.7 million and $8.1 million, respectively, and included none and $7.2 million, respectively, in payments to us for adjusting deliveries under our take-or-pay off-take contracts, which otherwise would have been included in product sales and which was recognized under a breakage model based on when the pellets would have been loaded.

*Cost of goods sold*

Cost of goods sold increased to $257.5 million for the three months ended September 30, 2022 from $199.9 million for the three months ended September 30, 2021, an increase of $57.6 million, or 29%. The increase in cost of goods sold was primarily a result of incremental fiber procurement and energy costs inclusive of bunker fuel adjustments. In addition, we incurred incremental cost of goods sold from the on-going ramp of our tenth plant in Lucedale, Mississippi (the "Lucedale plant") and

EX-31.1 2 exhibit311evainc-20220930x.htm EX-31.1

**EXHIBIT 31.1**

**Certification of Principal Executive Officer**
**Pursuant to Rule 13a-14(a) or 15d-14(a)**
**of the Securities Exchange Act of 1934, as amended**

I, John K. Keppler, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Enviva Inc. (the "Registrant"):

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements and other financial information included in this report fairly present, in all material respects, the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 2, 2022

/s/ John K. Keppler

John K. Keppler

*Chairman and Chief Executive Officer of Enviva Inc.*

*(Principal Executive Officer)*