## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| ANDREW DAVIS, | * |
| Plaintiff, | * |
| v. | *     Civ. No. MJM-23-2474 |
| JOHN K. KEPPLER, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 29th day of December, 2025, by the United States District Court for the District of Maryland hereby ORDERED that:

1. Defendant's Motion to Dismiss (ECF 49) is GRANTED in part and DENIED in part;

2. The Motion to Dismiss is denied as to (1) Meth's omission of material facts during the March 2023 earnings call by failing to disclose terms of the Q4 2022 Purchase Agreements that exposed Enviva to hundreds of millions of dollars in losses while touting the deal as "attractive"; (2) Meth's misrepresentations during the March 2023 earnings call and April 2023 Investor Day concerning the significant manufacturing and production challenges at the Southampton plant that hindered Enviva's productivity and profitability; and (3) Meth and Even's misrepresentation that the Q4 2022 Purchase Agreements were priced "at market prices in effect at the time of the agreements" in Enviva's SEC Form 10-Q for 1Q 2023;

3. In all other respects, the Motion to Dismiss is granted.

_____/s/_____
Matthew J. Maddox
United States District Judge