**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ANDREW DAVIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN K. KEPPLER, et al.,<br><br>Defendants. | Civil Action No. 8:23-cv-02474-MJM |

**JOINT STIPULATION AND ORDER**
**FOR ENTRY OF A SCHEDULING ORDER**

Lead Plaintiff Andrew Davis and named plaintiffs Christine Alloro and Ted Goldstein (collectively, "Plaintiffs"), and Defendants Thomas Meth and Shai S. Even ("Defendants," and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby submit this joint stipulation to request entry of the scheduling order proposed herein.

WHEREAS, on August 2, 2024, Plaintiffs filed the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 48, the "Complaint");

WHEREAS, by order and opinion dated December 29, 2025, the Court granted in part and denied in part Defendants' motion to dismiss the Complaint (ECF Nos. 56-57);

WHEREAS, the Parties jointly submitted a proposed case schedule in their Rule 26(f) Report filed March 10, 2026 (ECF No. 76);

WHEREAS, no scheduling order has been entered by the Court;

WHEREAS, the Parties began discovery by agreement on April 9, 2026;

WHEREAS, the Parties engaged in mediation on July 9, 2026, and mediation efforts remain ongoing;

WHEREAS, leading up to and after the mediation, the Parties focused their efforts on the

mediation and related activities, and temporarily paused their efforts directed at party discovery;

WHEREAS, because no scheduling order has been entered by the Court, entry of a scheduling order will not impact any current deadlines in this action;

THEREFORE, THE PARTIES, SUBJECT TO THE COURT'S APPROVAL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Fact discovery shall be completed by April 30, 2027.

2. The Parties shall submit a proposed expert discovery schedule by April 30, 2027.

3. Plaintiffs shall file their motion for class certification by November 2, 2026.

4. Defendants shall file their opposition to Plaintiffs' motion for class certification by February 2, 2027.

5. Plaintiffs shall file their reply in support of class certification by March 12, 2027.

SO ORDERED:

/S/ 8/26/26

Hon. Matthew J. Maddox
U.S. District Judge

DATED: August 24, 2026

**WEISBROD MATTEIS & COPLEY PLLC**

By: /s/ William E. Jacobs
Stephen A. Weisbrod (# 14795)
William E. Jacobs (#21975)
3000 K Street NW, Suite 275
Washington, D.C. 20007
Telephone: (202) 499-7900
Email: sweisbrod@wmclaw.com
wjacobs@wmclaw.com

*Liaison Counsel for Lead Plaintiff Andrew Davis, Named Plaintiffs Christine Alloro and Ted Goldstein, and the Proposed Class*

**GLANCY PRONGAY WOLKE & ROTTER LLP**

By: /s/ Garth Spencer
(signed by William E. Jacobs with permission of Garth Spencer)
Robert V. Prongay (*pro hac vice*)
Charles H. Linehan (*pro hac vice*)
Pavithra Rajesh (*pro hac vice*)
Garth Spencer (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
clinehan@glancylaw.com
prajesh@glancylaw.com
gspencer@glancylaw.com

*Lead Counsel for Lead Plaintiff Andrew Davis, Named Plaintiffs Christine Alloro and Ted Goldstein, and the Proposed Class*

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ Ari M. Berman
(signed by William E. Jacobs with permission of Ari M. Berman)
Ari M. Berman (admitted *pro hac vice*)
John R. Van Son (admitted *pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
+T: 212.858.1000
+F: 212.858.1500
ari.berman@pillsburylaw.com
john.vanson@pillsburylaw.com

*Attorneys for Defendant Shai S. Even*

**HOGAN LOVELLS US LLP**

By: /s/ Peter J. Martinez
(signed by William E. Jacobs with permission of Peter J. Martinez)
Peter J. Martinez (Bar No. 28672)
HOGAN LOVELLS US LLP
100 International Dr., Suite 2000
Baltimore, MD 21202
Tel: (410) 659-2700
Fax: (410) 659-2701
peter.martinez@hoganlovells.com

Jon M. Talotta (*pro hac vice*)
HOGAN LOVELLS US LLP
8350 Broad St., 17th Floor
Tysons, VA 22102
Tel: (703) 610-6100
Fax: (703) 610-6200
jon.talotta@hoganlovells.com

Allison M. Wuertz (*pro hac vice*)
HOGAN LOVELLS US LLP
390 Madison Ave.
New York, NY 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
allison.wuertz@hoganlovells.com

*Attorneys for Defendant Thomas Meth*

**VINSON & ELKINS L.L.P.**

By: *<u>/s/ Hannah Flesch</u>*
(signed by William E. Jacobs with
permission of Hannah Flesch)
Hannah Flesch (# 31153)
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC 20037
Telephone : (202) 639-6523
hflesch@velaw.com

Jeffrey S. Johnston (admitted *pro hac vice*)
845 Texas Avenue
Suite 4700
Houston, TX 77002
Telephone : (713) 758-2198
jjohnston@velaw.com

Robert Ritchie (admitted *pro hac vice*)
2001 Ross Ave.
Suite 3900
Dallas, TX 75201
Telephone : 214.220.7823
rritchie@velaw.com

*Attorneys for Defendants*